**Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **CASE NO. 26-10678** |
| **CROSBY MARINE TRANSPORTATION,** | § | |
| **LLC,** | § | **Chapter 11** |
| | § | **COMPLEX CASE** |
| **Debtors.**[1] | § | |
| | § | **SECTION: A** |

**ORDER GRANTING MOTION FOR AUTHORITY TO PAY EMPLOYEES' PRE-PETITION WAGES, RELATED EXPENSES, BENEFITS, AND TAXES**

Before the Court is the *Motion for Authority to Pay Employees' Pre-Petition Wages, Related Expenses, Benefits, and Taxes* (the "Motion") [ECF Doc.____], filed by Crosby Tugs, L.L.C. and Crosby Dredging, LLC (collectively, "Debtors").

Considering the record and pleadings, the application law, and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED**, that the Debtors are authorized to (a) pay Employee Obligations[2] earned by Debtors' employees[3], in the ordinary course of the Debtors' businesses (if any are unpaid) as though no bankruptcy filing by Debtors had occurred; and (b) pay Reimbursable Expenses incurred by Debtors' employees, as though no bankruptcy filings by Debtors had occurred;

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

[2] Capitalized terms not defined herein are as defined in the Motion.

[3] Employees shall not include any insiders of the Debtors who shall be paid pursuant to separate order of the Court.

1

**IT IS FURTHER ORDERED**, that the Debtors are not authorized to pay any pre-petition Employee Obligations that exceed the threshold which would constitute a priority claim pursuant to section 507(a)(4) of the Code; and

**IT IS FURTHER ORDERED** that the Debtors shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

#10326647v2<LUGENBUHL> - 6 - Order re. Motion for Authority to Pay Prepetition Wages