## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | § | |
| IN RE: | § | **CASE NO: 26-10678** |
| | § | |
| **CROSBY MARINE TRANSPORTATION, LLC,** | § | **CHAPTER 11** |
| | § | |
| | § | **SECTION A** |
| Debtors[1] | § | |
| | § | **(Joint Administration)** |
| | § | |
| | § | **(Complex Designation)** |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, J.J. Astor & Co. ("JJ Astor"), by and through its attorneys, Chaffe McCall, LLP, appears in the above-captioned case and requests that all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

David J. Messina, Esq.
Fernand L. Laudumiey, IV, Esq.
CHAFFE McCALL, LLP
2300 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Fax: (504) 585-7075
messina@chaffe.com
laudumiey@chaffe.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, and, pursuant to

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 8; No. 26- 10679, ECF Doc. 3; No. 26-10680, ECF Doc. 3, No. 26-10681, ECF Doc. 3].

Section 1109(b) of the Bankruptcy Code, also includes, without limitation, any notice of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, plans, disclosure statements, reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affects or seeks to affect in any way any rights or interests of any creditor, equity security holder, party in interest, and/or other person or entity.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is expressly without prejudice to any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit JJ Astor to the jurisdiction of the Court and it is without prejudice to its rights, remedies and claims against other entities. This Notice of Appearance shall not be deemed or construed to be a waiver of the right: (1) to have final orders in non-core matters entered only after de novo review by a District Court judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (3) to have the District Court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal. All rights, remedies, claims, actions, setoffs or recoupments to which JJ Astor is or may be entitled are hereby expressly reserved, including, without limitation, the making of a motion to dismiss, to seek abstention or to seek withdrawal of the case or a proceeding therein.

Respectfully submitted,

Dated: March 24, 2026

CHAFFE McCALL, LLP
2300 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Fax: (504) 585-7075

By: */s/ Fernand L. Laudumiey, IV*
    David J. Messina, #18341
    messina@chaffe.com
    Fernand L. Laudumiey, IV, #24518
    laudumiey@chaffe.com

***Attorneys for J.J. Astor & Co.***

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was this day served via email through the Court's electronic CM/ECF filing system on the parties participating in the Court's CM/ECF system in this case.

By*: /s/ Fernand L. Laudumiey, IV*
Dated: March 24, 2026.    Fernand L. Laudumiey, IV, #24518