**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 26-10678** |
| **CROSBY MARINE TRANSPORTATION,** | § | **(JOINTLY ADMINISTERED)** |
| **LLC,** | § | |
| | § | **Chapter 11** |
| | § | **COMPLEX CASE** |
| **DEBTORS.[1]** | § | |
| | § | **SECTION: A** |

**DEBTORS' REQUEST FOR EMERGENCY CONSIDERATION OF**
**CERTAIN "FIRST-DAY" MATTERS**

Crosby Marine Transportation, LLC ("*Transport*"), Crosby Tugs, L.L.C. ("*Tugs*"), Crosby Dredging, LLC ("*Dredging*"), and Bertucci Contracting Company, L.L.C. ("*Bertucci*"), as debtors and debtors-in-possession, (collectively, "*Debtors*") filed petitions on March 23, 2026, seeking relief under chapter 11 of title 11 of the United States Code. Pursuant to Part III of the Court's Procedures for Complex Chapter 11 Cases ("*Complex Procedures*"), the cases have been designated as Complex Cases as defined in the Complex Procedures. The Debtors also filed a *Notice of Designation as Complex Chapter 11 Bankruptcy Cases*, which was granted. See ECF Docs 3, 16.

1. The Court has set a hearing ("*First Day Hearing*") to be held on **March 25, 2026, at 4:30 p.m.**, during which the Court will consider the Debtors' initial case matters ("*First Day Matters*").

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

#10326746v2<LUGENBUHL> - 8 - Request for Emergency Consideration of Certain First Day Matters

2.      Currently set for the First Day Hearing are the Debtors' following Motions:

a.   *Emergency Motion for Entry of an Order Authorizing the Debtors to (A) File a Consolidated List of Creditors, and (B) File a Consolidated List of the 30 Largest Unsecured Creditors*, [ECF Doc. 5]

b.   *Motion for Entry of a Final Order: (A) Prohibiting Utilities From Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtors on Account of Amounts Due, and (B) Establishing Procedures for Determining Requests for Adequate Assurance*, [ECF Doc. 6]; and

c.   *Debtors' Emergency Application for Entry of an Order (A) Authorizing the Retention and Appointment of Stretto, Inc. as Claims, Noticing, and Solicitation Agent and (B) Granting Related Relief,* [ECF Doc. 7].

3.      The Debtors respectfully request emergency first-day consideration, as well for the following:

a.   *Debtors' Emergency Motion for Entry of an Order Under 11 U.S.C. §§ 105, 363, 364, 1107 and 1108: (I) Authorizing (A) Maintenance of Existing Bank Accounts, (B) Continued Use of Existing Business Forms, and (C) Continued Use of Existing Business Forms, and (II) Granting Related Relief,* [ECF Doc. 24].

b.   *Motion for Authority to Pay Employees Prepetition Wages, Related Expenses, Benefits, and Taxes,* [ECF Doc. 25].

c.   *Motion to Extend (I) Deadline to File Bankruptcy Schedules, Statements of Financial Affairs and Other Documents and (II) Extend the Time Period to Hold the Meeting,* [ECF Doc. 27];

d. *Motion for Entry of Interim Order Authorizing Use of Cash Collateral* [ECF Doc. 28]; and

e. *Motion for Interim Order and Hearing Date for Next Interim Order (A) Authorizing Postpetition use of Cash Collateral, (B) Granting Adequate Protection to Lender, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and Granting Related Relief*, [ECF Doc. 29].

4. The Debtors respectfully request that the Court set a deadline for parties-in-interest to object or respond to the First Day Matters. The Debtors will publish an agenda for the First Day Hearing listing the First Day Matters and timely-filed objections responses prior to the First Day Hearing.

5. The emergency basis for the First Day Matters, as well as information regarding the circumstances leading to the commencement of the Bankruptcy Cases and information regarding the Debtors' business and capital structure is set forth in the *Declaration of Lawrence Perkins in Support of Debtors' Chapter 11 Petitions and First Day Relief* (the "***First Day Declaration***"), which has been filed contemporaneously herewith.

Dated: March 24, 2026

Respectfully submitted:

*/s/Benjamin W. Kadden*
Benjamin W. Kadden, La. Bar No. 29927
bkadden@lawla.com
Stewart F. Peck, La. Bar No. 10403
speck@lawla.com
Douglas S. Draper, La. Bar No. 5073
ddraper@lawla.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
Coleman L. Torrans, La Bar No. 38917
ctorrans@lawla.com

4

**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2755
New Orleans, LA 70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

*Proposed Counsel for Debtors and Debtors in Possession*