**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | * | **Chapter 11** |
| | * | |
| **Crosby Marine Transportation, LLC** | * | **Case No. 26-10678** |
| | * | |
| **Debtors[1]** | * | **Section "A"** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PADDY CROSBY, THE LAUREN M. GUIDRY TRUST, THE AARON J. GUIDRY TRUST, LAUREN GUIDRY LEYRER AND AARON J. GUIDRY'S OBJECTION TO FIRST DAY MOTIONS**

NOW INTO COURT,  through undersigned counsel, comes Paddy Crosby, the Lauren M. Guidry Trust, the Aaron J. Guidry Trust, Lauren Guidry Leyrer, and Aaron J. Guidry (collectively "Objectors") who object to the following motions:

- *Emergency Motion for Entry of an Order Authorizing the Debtors to (A) File a Consolidated List of Creditors, and (B) File a Consolidated List of the 30 Largest Unsecured Creditors* **[P-5]** ("Consolidated Creditors List Motion"),

- *Debtor's Emergency Motion for Entry of an Order Under 11 U.S.C. §§ 105, 345, 363, 364, 1107 and 1108: (I) Authorizing (A) Maintenance of Existing Bank Accounts and Use of Cash Management System and (B) Continued Use of Existing Business Forms* **[P-24]** ("Bank Account Motion"),

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 8; No. 26- 10679, ECF Doc. 3; No. 26-10680, ECF Doc. 3, No. 26-10681, ECF Doc. 3].

- *Motion to Extend (I) Deadline to File Bankruptcy Schedules, Statements of Financial Affairs and Other Documents and (II) Extend the Time Period to Hold the Meeting* **[P-27]** ("Schedules Motion"),

- *Motion for Interim Order and Hearing Date for Next Interim Order (a) Authorizing Post Petition Use of Cash Collateral, (b) Granting Adequate Protection, (c) Modifying the Automatic Stay, (d) Scheduling a Final Hearing, and (e) Granting Related Relief* **[P-28]** ("Cash Collateral Motion"), *and*

- *Motion to Obtain Interim Debtor-in-Possession Financing* **[P-29]** (the "Post Petition Financing Motion").

(collectively the "Selective First Day Motions'), for the reasons set forth below:

1.

As the bankruptcy schedules of Bertucci Contracting Company, LLC ("Bertucci") will inform all of the First Day Motions, the sought extension of time for the filing for the Schedules Motion as to Bertucci should be denied. Similarly, the Consolidated Creditors List Motion should be denied.

2.

On information and belief,  documents relied on in connection with the description of the financial relationship among the Debtors are problematic. See Exhibit "A"(the transcript of the Deposition of Farrel Trosclair),  Exhibit "B" (Petition for Writ of Mandamus), and Exhibit "C" (Judgment on Petition for Writ of Mandamus).

3.

On information and belief, the only actual, material, legitimate, indebtedness of Bertucci is unto the Hanock Whitney Bank.

4.

There exists a sealed record in the 17th JDC in Lafourche Parish under Case No. 146442 wherein Kurt Crosby, Crosby Dredging, LLC, and Bertucci are among the defendants and objectors are among the Plaintiffs. This sealed record contains information which should be considered by this Court in connection with the Selective First Day Motions.

5.

The relief sought in connection with these First Day Motions, and in particular with the 60 million dollar Post Petition Financing Motion, are an attempt to substantively consolidate Bertucci with the other three Debtors. Bertucci is not insolvent and Bertucci has a separate ownership structure from the other Debtors.

6.

Objectors object to these Selective First Day Motions as to Bertucci and the relief sought as to Bertucci should be denied.

Metairie, Louisiana, March 25, 2026.

Respectfully submitted,
THE DERBES LAW FIRM, L.L.C.

*/s/ Albert J. Derbes, IV*
ALBERT J. DERBES, IV (LA Bar. 20164)
ERIC J. DERBES (LA Bar. 23464)
THE DERBES LAW FIRM, LLC
3027 Ridgelake Drive
Metairie, LA 70002
Telephone: (504) 207.0909
Facsimile: (504) 832.0322
Email: ajdiv@derbeslaw.com
        ederbes@derbeslaw.com
*Attorneys for Paddy Crosby, the Lauren M. Guidry Trust, the Aaron J. Guidry Trust, Lauren Guidry Leyrer and Aaron J. Guidry*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served on the parties required to receive notice through the Electronic Case Filing system for the United States Bankruptcy Court for the Eastern District of Louisiana on this 25th  day of March, 2026.

*/s/ Albert J. Derbes, IV*
ALBERT J. DERBES, IV