**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:** | **CASE NO: 26-10678** |
| **CROSBY MARINE TRANSPORTATION LLC, ET AL.** | **CHAPTER 11 COMPLEX CASE** |
| **DEBTORS** | **SECTION A** |

---

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST PLEASE TAKE NOTICE THAT:**

**NOW INTO COURT**, through undersigned counsel, comes Leonard Anthony Goosby, Jr., a creditor in the above-referenced bankruptcy case, who files this Notice of Appearance and Request for Notice in the above-referenced proceeding and requests that all notices given or required to be given in this case and all documents served or required to be served in this case be sent or served upon the undersigned at the address and/or email address listed as follows:

J. Christopher Zainey, Jr. (LA Bar No. 32022)
Lambert Zainey Smith & Soso, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Tel: (504) 581-1750
Fax: (504) 529-2931
czainey@lambertzainey.com

**FURTHER NOTICE** is hereby given that the foregoing request includes all notices and copies of all motions, notices, reports, briefs, applications, complaints, demands, hearings, pleadings, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization, or request, formal or informal, whether transmitted

1

or conveyed by mail, email, fax or otherwise, that has been filed with the Court, any other documents or instruments filed in the above-referenced case and any other matter in which notice is required pursuant to Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure.

Respectfully Submitted,

**LAMBERT, ZAINEY, SMITH & SOSO, PLC**

*/s/ J. Christopher Zainey, Jr.*
J. Christopher Zainey, Jr. (LA Bar No. 32022)
Lambert Zainey Smith & Soso, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Tel: (504) 581-1750
Fax: (504) 529-2931
czainey@lambertzainey.com
***Counsel for Leonard Anthony Goosby, Jr.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2026, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

*s/ J. Christopher Zainey, Jr.*
**J. CHRISTOPHER ZAINEY, JR.**

2