**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION,** | § | |
| **LLC,** | § | **CHAPTER 11** |
| | § | **COMPLEX CASE** |
| Debtors.[1] | § | |
| | § | **SECTION: A** |

**NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR OMNIBUS**
**HEARING ON APRIL 2, 2026 AT 10:00 AM (CENTRAL TIME)**

The above-captioned debtors and debtors-in-possession (the "***Debtors***") hereby file this amended agenda (the "***Agenda***") for matters set for Omnibus Hearing on **April 2, 2026 at 10:00 AM** (Prevailing Central Time), pursuant to the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana, as amended on September 15, 2023 by Amended General Order 2021-2 (the "***Complex Case Procedures***"), available at https://www.laeb.uscourts.gov/.

This agenda has been amended to reflect additional objections filed.

Parties in interest may participate in the hearing (i) in person in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130; (ii) by telephone only (Dial-in: 1-504-517-1385, Access Code: 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill (Meeting Code: "JudgeGrabill"). Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/ (amended and effective as of July 8, 2025).

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

**CONTESTED MATTERS[2]**

a. *Debtors' Emergency Motion for Entry of an Order Under 11 U.S.C. §§ 105, 363, 364, 1107 and 1108: (I) Authorizing (A) Maintenance of Existing Bank Accounts, (B) Continued Use of Existing Business Forms, and (C) Continued Use of Existing Business Forms, and (II) Granting Related Relief* [ECF Doc. 24]

> **Movant:** Debtors
> **Nature of Motion:** Cash management.
> **Response Deadline:** 3 p.m., April 1, 2026
> **Objections:** Omnibus Objection filed by UST, ECF Doc. 47 (filed 03/25/2026); Objection filed by Aaron J. Guidry Trust et al., ECF Doc. 56 (filed 03/25/2026)
> **Status:** This matter is going forward on a Second Interim Hearing pursuant to the Court's order at ECF Doc. 76.
> **Prior Orders:** Previously granted on interim basis per Court Order, ECF Doc. 76.

b. *Motion for Interim Order and Hearing Date for Next Interim Order (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection to Lender, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief* [ECF Doc. 28]; and

> **Movant:** Debtors
> **Nature of Motion:** Authority to use cash collateral.
> **Response Deadline:** 5 p.m., April 1, 2026
> **Objections:** Omnibus Objection filed by UST, ECF Doc. 47 (filed 03/25/2026); Objection by PNC Bank, ECF Doc. 53 (filed  03/25/2026); Objection filed by Aaron J. Guidry Trust et al., ECF Doc. 56 (filed 03/25/2026); Objection by MC Bank & Trust Company, ECF Doc. 60 (filed 03/25/2026); Objection by Kompass Kapital Funding, LLC, ECF Doc. 63 (filed 03/25/2026); Objection filed by City National Bank of Flordia, ECF Doc. 104 (filed 03/30/2026); Limited Objection filed by Arba Credit Investors, III, LP, ECF Doc. 114 (filed 03/31/2026); Objection by MC Bank and Trust, ECF Doc. 130, (filed 04/01/2026); Objection by ELGA One, LLC-Series III, ECF Doc. 132, (filed 04/01/2026); Supplemental Objection by PNC Bank, ECF Doc. 137, (filed 04/01/2026); Objection by Meged Funding Group, ECF Doc. 138 (filed 04/01/2026)
> **Status:** This matter is going forward on a Second Interim Hearing pursuant to the Court's order at ECF Doc. 64.
> **Prior Orders:** Previously granted on interim basis per Court Order, ECF Doc. 64.

---

[2]   As of the filing date of the Agenda, the Debtors will continue to comply with the obligation "to notify the Courtroom Deputy by e-mail of additional related pleadings that have been filed and changes in the status of any agenda matter." Complex Case Procedures, Part V.E.

c. *Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing Debtors to (I) Obtain Postpetition Financing and (II) Use Cash Collateral, (B) Granting Liens and Providing Claims With Superpriority Administrative Expense Status, (C) Granting Adequate Protection, (D) Modifying Automatic Stay, (E) Scheduling Final Hearing, and (F) Granting Related Relief* [ECF Doc. 29].

> **Movant:** Debtors
> **Nature of Motion:** DIP Financing Motion.
> **Response Deadline:** 5 p.m., April 1, 2026
> **Objections:** Omnibus Objection filed by UST, ECF Doc. 47 (filed 03/25/2026)**;** Objection filed by J.J. Astor & Co., ECF Doc. 51 (filed 03/25/2026); Objection filed by Aaron J. Guidry Trust et al., ECF Doc. 56 (filed 03/25/2026); Objection by MC Bank & Trust Company, ECF Doc. 60 (filed 03/25/2026); Objection filed by Equipment Leasing Group of America, ECF Doc. 61 (filed 03/25/2026); Limited Objection filed by Arba Credit Investors, III, LP, ECF Doc. 114 (filed 03/31/2026); Objection by MC Bank and Trust, ECF Doc. 130, (filed 04/01/2026); Objection by ELGA One, LLC-Series III, ECF Doc. 132, (filed 04/01/2026); Objection by Meged Funding Group, ECF Doc. 138 (filed 04/01/2026)
> **Status:** This matter is going forward on a Second Interim Hearing pursuant to the Court's order at ECF Doc. 65.
> **Prior Orders:** Previously granted on interim basis per Court's Order, ECF Doc. 65.

d. *Debtors' Expedited Motion for (I) Entry of Orders (A) Restating and Affirming Automatic Turnover Obligation and Approving Turnover Process and (B) Directing Customers to Turn Overdue and Owing Accounts Receivable to the Debtors, and (III) Granting Related Relief*, [ECF Doc. 111]

> **Movant:** Debtors
> **Nature of Motion:** Turnover of Debtor property.
> **Response Deadline:** Before or at the Omnibus Hearing on April 2, 2026 at 10:00 a.m. (Central Time).
> **Objections:** Objection by Mynt Gold, LLC, ECF Doc. 136, (filed 04/01/2026); Objection by Meged Funding Group, ECF Doc. 138 (filed 04/01/2026); Objection by Ecoserv Environmental Services, ECF Doc. 140, (filed 04/01/2026)
> **Status:** This matter is going forward pursuant to the Court's order at ECF Doc. 113.
> **Prior Orders:** None

3

Dated: April 2, 2026

Respectfully submitted:

*/s/Benjamin W. Kadden*
Benjamin W. Kadden, La. Bar No. 29927
bkadden@lawla.com
Stewart F. Peck, La. Bar No. 10403
speck@lawla.com
Douglas S. Draper, La. Bar No. 5073
ddraper@lawla.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
Coleman L. Torrans, La Bar No. 38917
ctorrans@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2755
New Orleans, LA  70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

***Proposed Counsel for Debtors and Debtors in Possession***