**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION,** | § | |
| **LLC,** | § | **CHAPTER 11** |
| | § | **COMPLEX CASE** |
| Debtors.[1] | § | |
| | § | **SECTION: A** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR OMNIBUS HEARING ON**
**APRIL 9, 2026 AT 9:30 AM (CENTRAL TIME)**

The above-captioned debtors and debtors-in-possession (the "***Debtors***") hereby file this agenda (the "***Agenda***") for matters set for Omnibus Hearing on **April 9, 2026 at 9:30 AM** (Prevailing Central Time), pursuant to the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana, as amended on September 15, 2023 by Amended General Order 2021-2 (the "***Complex Case Procedures***"), available at https://www.laeb.uscourts.gov/.

Parties in interest may participate in the hearing (i) in person in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130; (ii) by telephone only (Dial-in: 1-504-517-1385, Access Code: 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill (Meeting Code: "JudgeGrabill"). Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/ (amended and effective as of July 8, 2025).

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

## UNCONTESTED MATTERS[2]

a. *Expedited Motion for Order Under Bankruptcy Code Sections 105, 361, 362, 363, 1107(a), and 1108 Authorizing Debtors to Maintain Existing Insurance Policies and Pay All Policy Premiums*, ECF Doc. 121

> **Movant:** Debtors
> **Nature of Motion:** Insurance
> **Response Deadline:** 4 p.m., April 8, 2026
> **Objections:**
> **Status:** This matter is going forward
> **Prior Orders:** None

## CONTESTED MATTERS

### ADVERSARY PROCEEDING – Case No. 26-AP-01018

b. Motion for Preliminary Injunction *The Debtors Expedited And Emergency Motion To Obtain Temporary Restraining Order And Preliminary Injunction Against Interested Parties, Inclusive Of The MCA Defendants, And Extend Automatic Stay To Protect The Debtors Prepetition Accounts Receivable And Customers Delivering Same,* ECF Doc. 8

> **Movant:** Debtors
> **Nature of Motion:** Injunctive Relief
> **Response Deadline:** 6 p.m., April 8, 2026
> **Objections:**
> **Status:** This matter is going forward
> **Prior Orders:** None

c. *Restated and Amended Motion for Entry of an Order (I) (A) Restating an Affirming Automatic Turnover Obligation and (B) Directing Customers To Turn Overdue and Owning Accounts Receivable to the Debtors, and (II) Granting Related Relief*, ECF Doc. 9

> **Movant:** Debtors
> **Nature of Motion:** Turnover
> **Response Deadline:** 6 p.m., April 8, 2026
> **Objections:**
> **Status:** Set for a Status Conference
> **Prior Orders:** Per the Court's Order, ECF Doc. 11, this matter is set for a status conference.

---

2   As of the filing date of the Agenda, the Debtors will continue to comply with the obligation "to notify the Courtroom Deputy by e-mail of additional related pleadings that have been filed and changes in the status of any agenda matter." Complex Case Procedures, Part V.E.

Dated: April 8, 2026

Respectfully submitted:

*/s/Benjamin W. Kadden*
Benjamin W. Kadden, La. Bar No. 29927
bkadden@lawla.com
Stewart F. Peck, La. Bar No. 10403
speck@lawla.com
Douglas S. Draper, La. Bar No. 5073
ddraper@lawla.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
Coleman L. Torrans, La Bar No. 38917
ctorrans@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2755
New Orleans, LA  70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

***Proposed Counsel for Debtors and Debtors in Possession***

3