UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | COMPLEX CASE |
| CROSBY MARINE TRANSPORTATION, | § | |
| LLC, ET AL | § | CASE NO. 26-10678 |
| | § | (Jointly Administered) |
| DEBTORS[1]. | § | |
| | § | SECTION A |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** of the appearance of Joseph A. Caneco of the firm of Fishman Haygood, L.L.P., proposed co-counsel for the Official Committee of Unsecured Creditors of Crosby Tugs, LLC and Crosby Dredging, LLC ("Committee"), who hereby enters an appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) and hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that all notices, orders, judgments, requests, pleadings, applications, motions, complaints or demands, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, telegraph, telex, email, or otherwise in the captioned cases, be given to, and served upon the following:

Joseph A. Caneco
FISHMAN HAYGOOD, L.L.P.
201 St. Charles Ave., 46th Floor
New Orleans, Louisiana 70170
(t): 504-586-5252
(f): 504-387-6790
E-mail: jcaneco@fishmanhaygood.com

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26-10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

4119163v1

**PLEASE TAKE FURTHER NOTICE** that the Committee intends neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, claim or suit shall waive (i) Committee's right to have final orders in non-core matters entered only after *de novo* review by a U.S. District Court; (ii) Committee's right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to this bankruptcy proceeding; (iii) Committee's right to have the U.S. District Court for the Eastern District of Louisiana withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled, in law or in equity, including the right to contest the jurisdiction of the U.S. Bankruptcy Court for the Eastern District of Louisiana, all of which rights, claims, actions, defenses, setoffs and recoupments the Committee expressly reserves.

Dated: April 8, 2026

Respectfully submitted,

*/s/ Joseph A. Caneco*
Tristan Manthey, La. Bar No. 24539
Cherie Dessauer Nobles, La. Bar No. 30476
Joseph A. Caneco, La. Bar No. 40721
FISHMAN HAYGOOD**,** L.L.P.
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana  70170-4600
Telephone:  504-586-5252
Fax:  504-387-6790
E-mail:  tmanthey@fishmanhaygood.com
E-mail:  cnobles@fishmanhaygood.com
E-mail:  jcaneco@fishmanhaygood.com
*Proposed Co-Counsel for the Official Committee of Unsecured Creditors of Crosby Tugs, LLC and Crosby Dredging, LLC*

3761249v.1

## CERTIFICATE OF SERVICE

I do hereby certify that I caused the above and foregoing to be served on April 8, 2026,

via the Court's ECF Notification System as follows:

- **Richard A. Aguilar**   richard.aguilar@arlaw.com, annie.parish@arlaw.com
- **Heather LaSalle Alexis**   halexis@hinshawlaw.com, lgraff@mcglinchey.com
- **A. Brooke Watford Altazan**   baltazan@stewartrobbins.com, baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- **Edward H. Arnold**   harnold@bakerdonelson.com, stannehill@bakerdonelson.com
- **Alexandra D. Blye**   ablye@carltonfields.com
- **Craig W. Brewer**   cbrewer@mcdonoughmarine.com, aimee@staines-eppling.com;kleblanc@staines-eppling.com
- **Joseph Patrick Briggett**   jbriggett@bakerdonelson.com, jbowers@bakerdonelson.com
- **Greta M. Brouphy**   gbrouphy@lawla.com
- **Joseph A. Caneco**   jcaneco@fishmanhaygood.com, kfritscher@fishmanhaygood.com;rmichel@fishmanhaygood.com
- **John A. Cangelosi**   jcangelosi@kingjurgens.com
- **Christopher T. Caplinger**   chris.caplinger@keanmiller.com, mlopez@lawla.com
- **Mark J. Chaney**   mark.chaney@arlaw.com, annie.parish@arlaw.com
- **Ryan E Chapple**   rchapple@cstrial.com
- **William G. Cherbonnier**   wgc@billcherbonnier.com, caludagroupllc@jubileebk.net
- **Katherine Elizabeth Clark**   kclark@lawla.com
- **Leo D. Congeni**   lcongeni@brooksgelpi.com, mmoffatt@brooksgelpi.com
- **Yvette A D'Aunoy**   ydaunoy@midrid.com
- **Albert J. Derbes**   ajdiv@derbeslaw.com, derbespacer@gmail.com;23698@notices.nextchapterbk.com;Derbes..AlbertJ.B150683@notify.bestcase.com
- **Eric J Derbes**   ederbes@derbeslaw.com, DerbesER72443@notify.bestcase.com
- **Scott G. Discon**   tdiscon@disconlawfirm.com, smistric@disconlawfirm.com
- **Amanda Burnette George**   Amanda.B.George@usdoj.gov
- **George R. Gibson**   ggibson@nathansommers.com
- **Paul J. Goodwine**   pgoodwine@loopergoodwine.com
- **Aaron Benjamin Greenbaum**   Aaron.Greenbaum@pjgglaw.com, cynthia.dugas@pjgglaw.com;tricia.borne@pjgglaw.com;ashley.colar@pjgglaw.com;anna.carey@pjgglaw.com
- **Lindsey M Johnson**   ljohnson@loopergoodwine.com
- **Terry Josh Judd**   jjudd@andrewsmyers.com
- **Benjamin Kadden**   bkadden@lawla.com, mnguyen@lawla.com;szito@lawla.com
- **Iain L. C. Kennedy**   ikennedy@nathansommers.com
- **Henry A. King**   hking@kingjurgens.com
- **Donald R Kirk**   dkirk@carltonfields.com
- **Robert J Landry**   robert@landrymagee.com
- **Fernand L. Laudumiey**   laudumiey@chaffe.com, bankruptcy@chaffe.com;messina@chaffe.com

3761249v.1

- **Joshua A. Lesser**   jlesser@bradley.com
- **Francis V Liantonio**   frank.liantonio@arlaw.com, kim.gex@arlaw.com
- **Tristan E. Manthey**   tmanthey@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com
- **David J. Messina**   messina@chaffe.com, bankruptcy@chaffe.com;laudumiey@chaffe.com
- **Mark Mintz**   mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com
- **Abigail Wood Mock**   amock@stewartrobbins.com
- **Harry Morse**   harry@bohmanmorse.com
- **Cherie D. Nobles**   cnobles@fishmanhaygood.com, dbush@fishmanhaygood.com;kfritscher@fishmanhaygood.com
- **George R. Parrott**   robert.parrott@arlaw.com, Vicki.owens@arlaw.com
- **Patrick B. Reagin**   patrick.reagin@hklaw.com
- **Michael D. Rubenstein**   mdrubenstein@liskow.com, lschnabel@Liskow.com
- **David Rubin**   David.Rubin@butlersnow.com
- **Patrick M. Shelby**   rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com
- **Regina Stango Kelbon**   regina.kelbon@blankrome.com
- **Dean Sutherland**   deans@jeanrem.com
- **Riley Svikhart**   rsvikhart@bakerdonelson.com
- **Coleman Torrans**   ctorrans@lawla.com, ijohnson@lawla.com
- **Office of the U.S. Trustee**   USTPRegion05.NR.ECF@usdoj.gov
- **Robert P. Vining**   rvining@sbsblaw.com
- **Gregory F. Vizza**   vizza@blankrome.com
- **J Christopher C Zainey**   czainey@lambertzainey.com


                    */s/ Joseph A. Caneco*
                    Joseph A. Caneco

3761249v.1