**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION,** | § | |
| **LLC,** | § | **CHAPTER 11** |
| | § | **COMPLEX CASE** |
| Debtors.[1] | § | |
| | § | **SECTION: A** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR OMNIBUS HEARING ON**
**APRIL 21, 2026 AT 11:00 AM (CENTRAL TIME)**

The above-captioned debtors and debtors-in-possession (the "***Debtors***") hereby file this amended agenda (the "***Agenda***") for matters set for Omnibus Hearing on **April 21, 2026 at 11:00 AM** (Prevailing Central Time), pursuant to the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana, as amended on September 15, 2023 by Amended General Order 2021-2 (the "***Complex Case Procedures***"), available at https://www.laeb.uscourts.gov/.

Parties in interest may participate in the hearing (i) in person in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130; (ii) by telephone only (Dial-in: 1-504-517-1385, Access Code: 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill (Meeting Code: "JudgeGrabill"). Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/ (amended and effective as of July 8, 2025).

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

## CONTESTED MATTERS[2]

a. *Motion for Interim Order and Hearing Date for Next Interim Order (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection to Lender, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief* [ECF Doc. 28]; and

**Movant:** Debtor

**Nature of Motion:** Authority to use cash collateral.

**Response Deadline:** April 17, 2026

**Objections:**

**UST,** Omnibus Objection, ECF Doc. 47 (filed 03/25/2026); Supplemental Objection, ECF Doc. 244 (filed 04/17/2026)

**JJ Astor,** Objection, ECF Doc. 51 (filed 03/25/2026); Supplemental Objection, ECF Doc. 242 (filed 04/17/2026)

**PNC Bank**: Objection, ECF Doc. 53 (filed 03/25/2026); Supplemental Objection by PNC Bank, ECF Doc. 137, (filed 04/01/2026)

**Guidry Interests**: Objection, ECF Doc. 56 (filed 03/25/2026); First Amended Objection, ECF Doc. 243 (filed 04/17/2026)

**MC Bank & Trust Company**: Objection, ECF Doc. 130, (filed 04/01/2026)

**Kompass Kapital Funding, LLC**: Objection, ECF Doc. 63 (filed 03/25/2026); Supplemental and Limited Objection, ECF Doc. 240 (filed 04/17/2026)

**City National Bank of Florida**, Objection, ECF Doc. 104 (filed 03/30/2026); Supplemental Omnibus Objection, ECF Doc. 239, (filed 04/17/2026)

**ARBA**: Limited Objection filed by Arba Credit Investors, III, LP, ECF Doc. 114 (filed 03/31/2026); Limited Objection, ECF Doc. 235 (filed 04/17/2026)

**ELGA One**, LLC-Series III: Objection, ECF Doc. 132, (filed 04/01/2026)

---

[2] As of the filing date of the Agenda, the Debtors will continue to comply with the obligation "to notify the Courtroom Deputy by e-mail of additional related pleadings that have been filed and changes in the status of any agenda matter." Complex Case Procedures, Part V.E.

2

**Meged Funding Group**: Objection, ECF Doc. 138 (filed 04/01/2026)

**Kirby Inland Marine**: Limited Objection, ECF Doc. 238 (fled 04/17/2026)

**Masse Contracting**: Limited Objection, ECF Doc. 236 (filed 04/17/2026)

**Retif Oil**: Objection, ECF Doc. 237 (filed 04/17/2026)

**South Lafourche Bank and Trust**: Limited Objection, ECF Doc. 233 (filed 04/17/2026)

**Status:** This matter is going forward on a Final Hearing pursuant to the Court's order at ECF Docs. 150 & 158.

**Prior Orders:** Previously granted on interim basis per Court Order, ECF   Doc. 64 and ECF Doc. 158

b. *Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing Debtors to (I) Obtain Postpetition Financing and (II) Use Cash Collateral, (B) Granting Liens and Providing Claims With Superpriority Administrative Expense Status, (C) Granting Adequate Protection, (D) Modifying Automatic Stay, (E) Scheduling Final Hearing, and (F) Granting Related Relief* [ECF Doc. 29].

**Movant:** Debtors

**Nature of Motion:** DIP Financing Motion.

**Response Deadline:** April 17, 2026

**Objections:**
**UST,** Omnibus Objection, ECF Doc. 47 (filed 03/25/2026); Supplemental Objection, ECF Doc. 244 (filed 04/17/2026)

**JJ Astor,** Objection, ECF Doc. 51 (filed 03/25/2026); Supplemental Objection, ECF Doc. 242 (filed 04/17/2026)

**Guidry Interests**: Objection, ECF Doc. 56 (filed 03/25/2026); First Amended Objection, ECF Doc. 243 (filed 04/17/2026)

**MC Bank & Trust Company**: Objection, ECF Doc. 60 (filed 03/25/2026); Objection, ECF Doc. 130, (filed 04/01/2026)

3

**Kompass Kapital Funding, LLC**: Objection, ECF Doc. 63 (filed 03/25/2026); Supplemental and Limited Objection, ECF Doc. 240 (filed 04/17/2026)

**City National Bank of Florida**, Objection, ECF Doc. 104 (filed 03/30/2026); Supplemental Omnibus Objection, ECF Doc. 239, (filed 04/17/2026)

**ARBA**: Limited Objection filed by Arba Credit Investors, III, LP, ECF Doc. 114 (filed 03/31/2026); Limited Objection, ECF Doc. 235 (filed 04/17/2026)

**ELGA One**, LLC-Series III: Objection, ECF Doc. 132, (filed 04/01/2026)

**Equipment Leasing Finance Corporation of America (ELGA)**: Objection, ECF Doc. 61, (filed 03/25/2026)

**Meged Funding Group**: Objection, ECF Doc. 138 (filed 04/01/2026)

**Kirby Inland Marine**: Limited Objection, ECF Doc. 238 (fled 04/17/2026)

**Masse Contracting**: Limited Objection, ECF Doc. 236 (filed 04/17/2026)

**Retif Oil**: Objection, ECF Doc. 237 (filed 04/17/2026)

**South Lafourche Bank and Trust**: Limited Objection, ECF Doc. 233 (filed 04/17/2026)

**Status:** This matter is going forward on a Final Hearing pursuant to the Court's order at ECF Docs. 150 & 158.

**Prior Orders:** Previously granted on interim basis per Court's Order, ECF Doc. 65.

c. *Debtors' Expedited Motion for Amendment to the Terms of the Debtors' DIP Facility*, [ECF Doc. 214].

**Movant:** Debtors

**Nature of Motion:** DIP Financing Motion.

**Response Deadline:** April 20, 2026 at 2:00 p.m.

**Objections:** [To be amended following passage of deadline]

**Status:** This matter is going forward on final hearing

**Prior Orders**: None, but relates to Debtors' DIP Motion, ECF Doc. 29

Dated: April 20, 2026

Respectfully submitted:

*/s/Benjamin W. Kadden*
Benjamin W. Kadden, La. Bar No. 29927
bkadden@lawla.com
Stewart F. Peck, La. Bar No. 10403
speck@lawla.com
Douglas S. Draper, La. Bar No. 5073
ddraper@lawla.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
Coleman L. Torrans, La Bar No. 38917
ctorrans@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin &
Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2755
New Orleans, LA 70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

*Proposed Counsel for Debtors and
Debtors in Possession*