**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | * | **Chapter 11** |
| | * | |
| **Crosby Marine Transportation, LLC** | * | **Case No. 26-10678** |
| | * | |
| **Debtors**[1] | * | **Section "A"** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PADDY CROSBY, THE LAUREN M. GUIDRY TRUST, THE AARON J. GUIDRY TRUST, LAUREN GUIDRY LEYRER AND AARON J. GUIDRY'S SUPPLEMENT TO WITNESS AND EXHIBIT LIST FOR THE OMNIBUS HEARING ON APRIL 21, 2026 AT 11:00 AM.**

NOW INTO COURT, through undersigned counsel, comes Paddy Crosby, the Lauren M. Guidry Trust, the Aaron J. Guidry Trust, Lauren Guidry Leyrer, and Aaron J. Guidry (collectively "Guidry, *Et al.*") who submits this Supplemental Witness and Exhibit List for the Omnibus Hearing set for April 21, 2026 at 11:00 a.m. (Central Time) (the "Hearing") by supplementing the final Deposition Transcript of Lawrence Perkins dated April 15, 2026, as Guidry *Et al.* Exhibit "40" by substituting the draft Deposition Transcript of Lawrence Perkins dated April 15, 2026, for Guidry *Et al.* Exhibit "25".

**WITNESS LIST**

1. Lawrence Perkins, Chief Restriction Officer of the Debtors. (May Call) (On Cross)

2. Aaron Guidry (May Call)

3. Yvette D'Aunoy (May Call)

4. Patrick J. Gros, CPA (May Call) (Expert)

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 8; No. 26- 10679, ECF Doc. 3; No. 26-10680, ECF Doc. 3, No. 26- 10681, ECF Doc. 3].

5. Lauren Guidry Leyrer (May Call)

6. Paddy Crosby (May Call)

7. Geoffrey Richards, or other representative from Raymond James & Associates, Inc (May Call) (On Cross)

8. Representative from Chaffe and Associates (May Call)

9. Eric Dusansky, or other representative of Freedom Capital Markets (May Call)

10. Gene Simon (May Call)

11. Nolan Simoneaux, Jr. (May Call) (On Cross)

12. Farrel Trosclair (May Call) (On Cross)

13. Kurt Crosby (May Call) (On Cross)

14. Representative of Hancock Whitney Bank (May Call)

15. Stewart Peck (May Call) (On Cross)

16. Any witness listed or called by another party (May Call)

17. Any witness necessary for impeachment (May Call)

**EXHIBIT LIST**

| Guidry Et al. Ex No. | Description | Offered | Objection | Admitted/Not Admitted |
|---|---|---|---|---|
| 1. | Act of Creating Irrevocable Trust. Aaron J. Guidry Trust dated November 30, 2004 | | | |
| 2. | Act of Creating Irrevocable Trust. Lauren M. Guidry Trust dated November 30, 2004 | | | |
| 3. | Second Amended and Restated Operating Agreement of the Bertucci Contracting Company, LLC effective January 1, 2015 | | | |
| 4. | 2022 Tax return of Bertucci Contracting Company, LLC | | | |
| 5. | 2024 Tax return of Bertucci Contracting Company, LLC | | | |

| | | | | |
|---|---|---|---|---|
| 6. | $18M Promissory Note | | | |
| 7. | $14M Promissory Note | | | |
| 8. | Louisiana Secretary of State official filings of Crosby Enterprises, LLC | | | |
| 9. | Petition for Writ of Mandamus with Exhibits | | | |
| 10. | First Amendment to Restated Operating Agreement of Crosby Enterprises dated 2017 | | | |
| 11. | Amendment to the Amended & Restated Operation Agreement of Crosby Enterprises, LLC dated 2012 | | | |
| 12. | 1st Amended and Restated Operating Agreement of Crosby Enterprises, LLC dated 1999 | | | |
| 13. | Operating Agreement of Crosby Enterprises, LLC dated 1998 | | | |
| 14. | Certificate of Resolution re: Crosby Tugs, LLC (attachment to P-1 *in re: Crosby Tugs, L.L.C.* [No. 26-10679]) | | | |
| 15. | Certificate of Resolution re: Crosby Marine Transportation, LLC (attachment to P-1 *in re: Crosby Marine Transportation, LLC* [No. 26-10678]) | | | |
| 16. | Certificate of Resolution re: Crosby Dredging, LLC (attachment to P-1 *in re: Crosby Dredging, LLC* [No. 26-10680]) | | | |
| 17. | Certificate of Resolution re: Bertucci Contracting Company, LLC (attachment to P-1 *in re: Bertucci Contracting Company, L.L.C.* [No. 26-10681]) | | | |
| 18. | Amended and Restated Limited Liability Company Agreement of Luhr Crosby, LLC | | | |
| 19. | Expert Report of Patrick Gros | | | |
| 20. | Declaration of Lawrence Perkins [P-52-1] | | | |
| 21. | Certificate of Authority of Bertucci Contracting Company, LLC executed on April 15, 2021. | | | |

| | | | | |
|---|---|---|---|---|
| 22. | Crosby Consolidated Weekly Budget [P-52-5] | | | |
| 23. | Draft Crosby Consolidated Weekly Budget received on 4/16/2026 | | | |
| 24. | Any other budget(s) filed by Debtor(s) on April 20, 2026 or April 21, 2026. | | | |
| 25. | Deposition of Lawrence Perkins dated April 15, 2026. | | | |
| 26. | Meridian Report | | | |
| 27. | Guidry, *et al* First Set of Request for Production to Debtors | | | |
| 28. | Screenshot of Debtor Production | | | |
| 29. | Screenshot of Debtor Production Insurance Information | | | |
| 30. | Screenshot of Debtor Production Bertucci | | | |
| 31. | Screenshot of Debtor production Bertucci 2024 Tax Documents | | | |
| 32. | Screenshot of Debtor production Bertucci Documents | | | |
| 33. | Deposition transcript of Farrel Trosclair dated July 25, 2025 | | | |
| 34. | Excerpt(s) of Deposition transcript of Farrel Trosclair dated July 25, 2025 | | | |
| 35. | Debtors Expedited Motion for Amendments to the Terms of the Debtors' DIP Facility [P-214] | | | |
| 36. | Any exhibit produced in discovery | | | |
| 37. | Any exhibit listed on any parties' exhibit list, sought to be introduced by another party at the hearing, or introduced at the Hearing | | | |
| 38. | Any pleadings or filings in the above-captioned cases and any exhibits thereto | | | |
| 39. | Exhibits for impeachment or rebuttal | | | |
| 40. | Deposition Transcript of Lawrence Perkins dated April 15, 2026. (final) | | | |

Metairie, Louisiana, April 21, 2026.

Respectfully submitted,
THE DERBES LAW FIRM, L.L.C.

*/s/ Albert J. Derbes, IV*
ALBERT J. DERBES, IV (LA Bar. 20164)
ERIC J. DERBES (LA Bar. 23464)
THE DERBES LAW FIRM, LLC
3027 Ridgelake Drive
Metairie, LA 70002
Telephone: (504) 207.0909
Facsimile: (504) 832.0322
Email: ajdiv@derbeslaw.com
    ederbes@derbeslaw.com
*Attorneys for Paddy Crosby, the Lauren M. Guidry Trust, the Aaron J. Guidry Trust, Lauren Guidry Leyrer and Aaron J. Guidry*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the parties required to receive notice through the Electronic Case Filing system for the United States Bankruptcy Court for the Eastern District of Louisiana on this 21st day of April, 2026.

*/s/ Albert J. Derbes, IV*
ALBERT J. DERBES, IV