**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF LOUISIANA**

IN RE:

                                            **CASE. NO. 26-10678**

**CROSBY MARINE TRANSPORTATION, LLC,**

                                            **(JOINTLY ADMINISTERED)**

        **DEBTORS. ¹**

                                            **CHAPTER 11**
                                            **COMPLEX CASE**

                                            **SECTION A**

## <u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE</u>

Pursuant to Bankruptcy Rule 2002(i), I hereby request that I be placed on the Court's mailing list in the above-captioned matter and that all notices, orders, and other papers issued by the Court to any creditors or other parties in interest be sent to the following person:

> **JEFFREY M. TOEPFER**
> NEWMAN, MATHIS, BRADY & SPEDALE
> A Professional Law Corporation
> 3501 N. Causeway Blvd., Suite 300
> Metairie, LA 70002
> Telephone: (504) 837-9040
> E-mail: jtoepfer@newmanmathis.com

> NEWMAN, MATHIS, BRADY & SPEDALE
> A Professional Law Corporation
> 3501 N. Causeway Blvd., Suite 300
> Metairie, LA 70002
> Telephone: (504) 837-9040
> Facsimile: (504) 834-6452
> E-mail: jtoepfer@newmanmathis.com

> By: /s/Jeffrey M. Toepfer_____
>     JEFFREY M. TOEPFER
>     Bar Roll No. 37336