**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION,** | § | |
| **LLC,** | § | **CHAPTER 11** |
| | § | **COMPLEX CASE** |
| **Debtors.**[1] | § | |
| | § | **SECTION: A** |

**MONTHLY STAFFING REPORT AND MONTHLY COMPENSATION REPORT OF SIERRACONSTELLATION PARTNERS, LLC FOR MARCH 24 – 31, 2026 AND NOTICE OF OPPORTUNITY TO OBJECT**

**PLEASE TAKE NOTICE THAT** in accordance with that certain *Order Authorizing the Retention and Employment of SierraConstellation Partners, LLC to Provide Chief Restructuring Officer, Deputy Chief Restructuring Office, and Additional Personnel for the Debtors Effective as of the Petition Date*, entered on May 1, 2026 [ECF Doc. 327], the Debtors file, for the period of March 24, 2026 – March 31, 2026, (1) a Monthly Staffing Report and (2) a Monthly Compensation Report via the following exhibits:

**Exhibit A**: Summary of Hours by Professional

**Exhibit B**: Summary of Hours by Task

**Exhibit C**: Summary of Expenses

**Exhibit D**: Detailed Time Entries by Professional Task

**PLEASE TAKE FURTHER NOTICE THAT** parties in interest shall have fourteen (14) calendar days after the date each Monthly Staffing Report and Monthly Compensation

---

[1]      An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 26-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

Report is filed with the Court and served, or **June 11, 2026** (the "Objection Deadline"), to formally

object.

Date: May 28, 2026                                    Respectfully submitted:

*/s/Benjamin W. Kadden*
Benjamin W. Kadden, La. Bar No. 29927
bkadden@lawla.com
Stewart F. Peck, La. Bar No. 10403
speck@lawla.com
Douglas S. Draper, La. Bar No. 5073
ddraper@lawla.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
Coleman L. Torrans, La Bar No. 38917
ctorrans@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin &**
**Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

*Counsel for Debtors and*
*Debtors in Possession*