**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER  11 |
| | § | COMPLEX CASE |
| **CROSBY MARINE TRANSPORTATION** | § | |
| LLC, ET AL | § | |
| Debtors[1]. | § | CASE NO. 26-10678 |
| | § | (Jointly Administered) |
| | § | |
| | § | |
| | § | SECTION A |

**NOTICE OF HEARING REGARDING BRIAN CLOYD, LEWIS ANDREWS, WALLACE MCCRAY, AND PATRICK BURNETT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Notice is hereby given that a Motion for Relief from the Automatic Stay has been filed by Brian Cloyd, Lewis Andrews, Wallace McCray, and Patrick Burnett (collectively, the Claimants), creditors of debtor, Crosby Tugs L.L.C... The Court files relating to this case are located, and are available for public inspection, in the office of the Clerk of the Bankruptcy Court at the following address:

**U.S. Bankruptcy Court Eastern District of Louisiana**
500 Poydras Street, Suite B-601
New Orleans, LA 70130

Parties in interest objecting to the motion are to file said objections with the Clerk of the Court at the address above, and serve a copy of such objection upon Ryan E. Chapple, Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, Texas 78701, no later than seven (7) calendar days prior to the scheduled hearing.

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26-10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

A hearing on said motion will be held before the Honorable Meredith S. Grabill on June 18, 2026 at 9:30 A.M. at U.S. Bankruptcy Court Eastern District of Louisiana, Via Telephonic Hearing, Dial-in Telephone Number: 504-517-1385 and Access Code: 129611.

Movant hereby consents to the continuation of the automatic stay until a hearing is held on the merits of this motion.

Respectfully submitted this 28th day of May 2026.

_____/s/ Ryan E. Chapple_____
Ryan E. Chapple
Texas State Bar No. 24036354
Email:rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile

***ATTORNEY FOR BRIAN CLOYD, LEWIS ANDREWS, WALLACE MCCRAY, AND PATRICK BURNETT***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice has been served on counsel for Debtor, Debtor, the U.S. Trustee, and all parties receiving or entitled to notice through CM/ECF on this 28th day of May 2026.

**DEBTOR:**
Crosby Tugs, L.L.C.
c/o Kurt Crosby
P.O. Box 1226
Galliano, LA 70354

**DEBTOR'S ATTORNEY:**
Avery Autin
Greta M. Brouphy
Katherine Elizabeth Clark
Michael E. Landis
Samuel Riccardi
Benjamin Kadden
Coleman Torrans
**Lugenbuhl, Wheaton, Peck, Rankin**
601 Poydras St
Suite 2775
New Orleans, LA 70130

Michael D. Rubenstein
**Liskow & Lewis**
First City Tower
1001 Fannin St., Suite 1800
Houston, TX 77002

**U.S. TRUSTEE:**
Office of the U.S. Trustee
DOJ-Ust
600 S. Maestri Place
Suite 840-T
New Orleans, LA 70130

**COUNSEL FOR THE U.S. TRUSTEE:**
Amanda Burnette George
DOJ-Ust
600 S. Maestri Place
Suite 840-T
New Orleans, LA 70130

_____ /s/ Ryan E. Chapple_____
Ryan E. Chapple