**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **CASE NO. 26-10678** |
| **CROSBY MARINE TRANSPORTATION,** | § | |
| **LLC,** | § | **Chapter 11** |
| | § | **COMPLEX CASE** |
| **Debtors.**[1] | § | |
| | § | **SECTION: A** |

**APPELLEES' DESIGNATION OF ADDITIONAL RECORD ITEMS TO BE INCLUDED ON APPEAL FILED BY PADDY CROSBY, THE LAUREN M. GUIDRY TRUST, THE AARON J. GUIDRY TRUST, LAUREN GUIDRY LEYER AND AARON J. GUIDRY**

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(2), Appellees, Crosby Marine Transportation, LLC ("*Transport*"), Crosby Tugs, L.L.C. ("*Tugs*"), Crosby Dredging, LLC ("*Dredging*") and Bertucci Contracting Company, L.L.C. ("*Bertucci*") as debtors and debtors-in-possession, (collectively, "*Debtors*" or "*Loan Parties*") submit this designation of additional record items to be included on appeal to the District Court filed by Paddy Crosby, the Lauren M. Guidry Trust, the Aaron J. Guidry Trust, Lauren Guidry Leyer and Aaron J. Guidry presented on the appeal 26-cv-00998 in addition to the designations previously made by the Appellant. Appellees reserve the right to supplement or modify this designation as needed pursuant to Rule 8009(e).

The following docket entries refer to the main bankruptcy case docket, *In Re Crosby Marine Transportation, LLC*, Case No. 26-10678, and include all associated attachments, exhibits, declarations, and related sub-filings.

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

**ADDITIONAL RECORD DESIGNATIONS**

| Date | ECF Doc. | Description |
|---|---|---|
| 03/23/2026 | 1 | Chapter 11 Voluntary Petition for Non-Individual of Crosby Marine Transportation, LLC, Case No. 26-10678[2] |
| 03/23/2026 | 1 | Chapter 11 Voluntary Petition for Non-Individual of Crosby Tugs, L.L.C., 26-10679 |
| 03/23/2026 | 1 | Chapter 11 Voluntary Petition for Non-Individual of Crosby Dredging, LLC, 26-10680 |
| 03/23/2026 | 1 | Chapter 11 Voluntary Petition for Non-Individual of Bertucci Contracting Company, L.L.C., 26-10681 |
| 03/24/2026 | 30 | Declaration Under Penalty of Perjury for Non-individual Debtors *Declaration of Lawrence Perkinsin Support of Debtors' Chapter 11 Petitions and First Day Relief* |
| 03/24/2026 | 32 | Declaration Under Penalty of Perjury for Non-individual Debtors *Declaration of Geoffrey Richards* |
| 03/25/2026 | 43 | Certificate of Service Filed by Crosby Marine Transportation, LLC |
| 03/25/2026 | 44 | Certificate of Service Filed by Crosby Marine Transportation, LLC |
| 03/25/2026 | 50 | Notice *of Filing of Non-Substantively Amended Declarations in Support of First Day Matters* |
| 03/25/2026 | 51 | Objection with Certificate of Service Filed by J.J. Astor & Co. |
| 03/25/2026 | 54 | Notice of Agenda in re Chapter 11 Complex Case *of First Day Hearing* |
| 03/25/2026 | 63 | Objection with Certificate of Service Filed by Kompass Kapital Funding, LLC |
| 03/26/2026 | 85 | PDF with Audio File of March 25, 2026 Hearing |
| 03/30/2026 | 104 | Objection with Certificate of Service *and Reservation of Rights* Filed by City National Bank of Florida |
| 04/01/2026 | 123 | Notice, *Notice of Filing of Amended Proposed Second Interim Order (I) Authorizing Postpetition Use Of Cash Collateral, (II) Granting Adequate Protection To Existing Secured Parties, (Iii)Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* Filed by Crosby Marine Transportation, LLC |
| 04/01/2026 | 138 | Objection with Certificate of Service Filed by Meged Funding Group Corp. |
| 04/02/2026 | 154 | PDF with Audio File of April 2, 2026 Hearing |

---

[2]     The appellant's designation appears to have solely included "Chapter 11 Voluntary Petition Non-Individual," generally, and for clarity, each of the Debtors' petitions should be included.

| 04/08/2026 | 177 | Official Transcript of April 2, 2026 Hearing (Notice of Filing of Official Transcript at ECF Doc. 177) |
|---|---|---|
| 04/20/2026 | 247 | Notice of Agenda in re Chapter 11 Complex Case Crosby Marine Transportation, LLC. |
| 04/20/2026 | 253 | Notice *of Filing of Amended Proposed Final Order Regarding Debtors' Use of Cash Collateral* |
| 04/20/2026 | 254 | *Declaration of Michael Cordasco in Support of the Omnibus Objection to the Debtors Motion to (I) Obtain Postpetition DIP Financing; and (II) Authorize Use of Cash Collateral and Grant Adequate Protection* Filed by Official Committee of Unsecured Creditors |
| 04/20/2026 | 263 | Objection with Certificate of Service Filed by Southwest Shipyard, L.P. |
| 04/20/2026 | 266 | Notice *of Filing of Amended Proposed Final Order Regarding Debtors' Motions to Approve DIP Financing* |
| 04/20/2026 | 267 | Supplemental Objection with Certificate of Service Filed by Meged Funding Group Corp |
| 04/20/2026 | 268 | Reply Filed by PNC Bank, National Association |
| 04/21/2026 | 271 | Notice of Agenda in re Chapter 11 Complex Case *(Amended)* Crosby Marine Transportation, LLC. |
| 04/21/2026 | 273 | Objection with Certificate of Service Filed by Lewis Andrews, Patrick Burnett, Brian Cloyd, Joseph Garza, Wallace McCray |
| 04/21/2026 | 274 | Certificate of Service *(Supplemental)* |
| 04/22/2026 | 276 | PDF with Audio File of April 21, 2026 Hearing |
| 04/23/2026 | 287 | Objection with Certificate of Service Filed by JMB Capital Partners Lending, LLC |
| 04/23/2026 | 288 | Opposition with Certificate of Service *Motion of the Aaron Guidry Trust, the Lauren Guidry Trust and Paddy Crosby for (I) New Trial or Alteration of Order Pursuant to Rule 59, or (II) Relief from Order Pursuant to Rule 60 with Incorporated Memorandum* filed by Crosby Marine Transportation |
| 04/24/2026 | 294 | Final Order (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to Existing Secured Parties, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief. |
| 04/27/2026 | 298 | Certificate of Service *re: Final Order (I) Authorizing Postpetition Use of Cash Collateral, (II)Granting Adequate Protection to Existing Secured Parties, (III) Modifying the Automatic Stay, and(IV) Granting Related Relief [Docket No. 294] and Amended Notice of Hearing [Docket No. 295]* |
| 04/29/2026 | 301 | Ex Parte Motion *to Dismiss as Moot* Motion for New Trial |

| 04/29/2026 | 302 | Order Granting Ex Parte Consent Motion, Denying as Moot Motion for New Trial. |
| 05/07/2026 | 351 | Certificate of Service *(Supplemental)* |

Appellees expressly reserve the right to supplement the record should additional items become necessary to challenge the completeness or accuracy of Appellants' designations and object to items designated by Appellants on any valid basis under law.

Dated: June 3, 2026

Respectfully submitted:

*/s/Benjamin W. Kadden*
Benjamin W. Kadden, La. Bar No. 29927
bkadden@lawla.com
Stewart F. Peck, La. Bar No. 10403
speck@lawla.com
Douglas S. Draper, La. Bar No. 5073
ddraper@lawla.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
Coleman L. Torrans, La Bar No. 38917
ctorrans@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2755
New Orleans, LA 70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

*Counsel for Appellee / Debtors and Debtors in Possession*