

**Jefferson R. Tillery**
D: 504.582.8616
F: 504.582.8015
jtillery@joneswalker.com

May 26, 2021

**Via E-Filing**

Carol L. Michel
Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras St., Room C151
New Orleans, LA 70130

Re: In re: the Matter of Crosby Tugs, LLC, as Owner of the M/V CROSBY ENDEAVOR Petitioning for Exoneration from or Limitation of Liability
C.A. No.: 21-258 c/w 2:21-cv-00822

Dear Sir/Madam:

Certain parties have or may in the future claim to have sustained damage and/or seek recovery in relation to an Incident occurring on or about October 28, 2020 involving the M/V CROSBY ENDEAVOR, as more fully described by the facts and circumstances set forth in the Complaint for Exoneration from or Limitation of Liability, and as a result have filed or may cause to be filed actions and claims under the laws of the United States, the General Maritime Law, and/or laws of the State of Louisiana for damages and/or recovery resulting from the aforementioned incident.

In connection with the Complaint for Exoneration from or Limitation of Liability filed in the above-referenced matter and consistent with the requirements of 46 U.S.C. §§ 30501, *et seq.*, and Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, Petitioner in Limitation, Crosby Tugs, LLC ("Crosby") along with its insurer, The West of England Ship Owners Mutual Insurance Association (Luxembourg) ("West of England") hereby agrees as follows:

1. Crosby and West of England, in compliance with Rule F and other Supplemental Rules for Admiralty or Maritime Claims, herewith file with this Court this undertaking in the sum and amount of THREE MILLION SEVEN HUNDRED FIFTY THOUSAND US DOLLARS AND NO/100 ($3,750,000.00), with interest thereon at six percent (6%) per annum from October 28, 2020 for the benefit of any parties who have or who may file claims in the above-referenced matter, representing the fair market value of the M/V CROSBY ENDEAVOR;

{N4369892.1}

201 St. Charles Avenue | New Orleans, LA 70170-5100 | T: 504.582.8000 | F: 504.582.8583 | jones

**EXHIBIT A**

**EXHIBIT 2**

2.  The above amounts reflects the value of Crosby's interest in the M/V CROSBY ENDEAVOR as of October 28, 2020, and that this amount and undertaking is being submitted by Crosby and West of England pursuant to a valuation of the vessel;

3.  Crosby and West of England hereby undertake jointly, severally and *in solido*, the sum of THREE MILLION SEVEN HUNDRED FIFTY THOUSAND US DOLLARS AND NO/100 ($3,750,000.00), with interest thereon at six percent (6%) per annum from October 28, 2020, and that, if necessary and to the extent the Court considers this Letter of Undertaking to be insufficient security under Rule F, Crosby and West of England will abide by further orders of the Court and pay into the Court Registry whenever the Court shall order, a sum equal to the amount or value of Crosby's and West of England's interest in the M/V CROSBY ENDEAVOR on October 28, 2020, and if the Court should find this security is insufficient therefore, then the amount will be increased in additional like security with interest thereon at six percent (6%) per annum from October 28, 2020, subject to the policy limits and terms and conditions of the policy of insurance provided by West of England;

4.  That pending payment of said amount, this undertaking shall stand as security for all claims filed in said proceedings;

5.  Upon demand and upon order of the Court, to cause to be filed in said action, a bond with an approved corporate surety, in the amount of THREE MILLION SEVEN HUNDRED FIFTY THOUSAND US DOLLARS AND NO/100 ($3,750,000.00), with interest thereon at six percent (6%) per annum from October 28, 2020.  In the event the bond referred to in this paragraph is filed, the undersigned shall have no further obligation under this letter of undertaking; and

6.  Notwithstanding anything herein, the amount of undertaking or bond can also be reduced by agreement of the parties, or failing said agreement, by order of the Court pursuant to customary admiralty practice and the Supplemental Rules for Admiralty of Maritime Claims.

It is understood and agreed that execution of this letter by Jefferson R. Tillery, on behalf of West of England and Crosby shall not be construed as binding upon the law firm of Jones Walker LLP or any of its partners or employees, but is binding only upon Crosby Tugs, LLC and The West of England Ship Owners Mutual Insurance Association (Luxembourg).

Sincerely,

Jefferson R. Tillery

Authorized to Execute this Letter of Undertaking on behalf of Crosby Tugs, LLC and The West of England Ship Owners Mutual Insurance Association (Luxembourg)

{N4369892.1}