

**Jefferson R. Tillery**
D: 504.582.8616
F: 504.582.8015
jtillery@joneswalker.com

Sara B. Kuebel
D: 504.582.8483
F: 504.589.8483
skuebel@joneswalker.com

May 7, 2026

Hon. Judge Jay C. Zainey
Division "A(3)"
Eastern District of Louisiana
500 Poydras St
New Orleans, LA 70130

> Re: *All Coast, LLC v. Shore Offshore Services, LLC*
> EDLA No. 21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1982, 21-1981, 21-2075; Div. "A(3)"
> Matter No. 17990100

Dear Judge Zainey:

As you know, Crosby Tugs, LLC filed for Chapter 11 Bankruptcy recently. In order to avoid having this case continue to be stayed, I reached out to Crosby and its bankruptcy counsel who have agreed and advised that it is appropriate for the Court to consider the evidence and move forward. Under bankruptcy laws, all pre-petition litigation and claims against a debtor, including Crosby Tugs, LLC, is automatically stayed pursuant to 11 U.S.C. 362. Notwithstanding, Crosby Tugs, LLC may waive the benefit of the automatic stay by participating, without reservation, in litigation that arose prior to the bankruptcy filing. *See In In re Townview Nursing Home, 28 B.R. 431, 447 (Bankr. S.D.N.Y. 1983); see also, In re Cobb, 88 B.R. 119, 120–21 (Bankr. W.D. Tex. 1988).* As set forth herein, Crosby Tugs, LLC hereby waives the benefits of the automatic stay solely and exclusively with respect to the above captioned litigation. For the avoidance of doubt, Crosby Tugs, LLC expressly reserves the benefit of the automatic stay under section 362 of the Bankruptcy Code with respect to any other pre-petition litigation pending before this Court or any other court.

If you have any questions, please do not hesitate to contact me on my cell at 504-427-0683.

With kindest regards, I remain

#111641735v2

<table>
<tr><td>**EXHIBIT**<br>**B**</td></tr>
</table>

Sincerely,

Jefferson R. Tillery

JRT/the

Cc:    Sara Kuebel
       Al Rufty

#111641735v2