## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Chapter 11 |
| CROSBY MARINE TRANSPORTATION, LLC, *et al.*,[1] | Case No. 26-10678 (JOINTLY ADMINISTERED) |
| Debtors. | CHAPTER 11 COMPLEX CASE |
| | SECTION A |

### NOTICE OF HEARING

**NOTICE IS HEREBY** given that Crosby Marine Transportation, LLC, Crosby Tugs, L.L.C., Crosby Dredging, LLC, and Bertucci Contracting Company, L.L.C. (collectively, the "**Debtors**"), and Harvey Seas, LLC, Harvey Gulf International Marine, LLC, Certain Underwriters subscribing to Harvey Seas' Hull & Machinery Policy #GCP 19537, Modern American Railroad Services, L.L.C., Shore Offshore Services, LLC, Martin Operating Partnership, L.P., Martin Energy Services, L.L.C., Weeks Marine, LLC, Terrynn Lyons, Lewis Andrews, Patrick Burnett, Brian Cloyd, Wallace McCray, and Lessle Williams (together with the Debtors, the "**Movants**") have filed a *Joint Motion for Relief from the Automatic Stay with Respect to the Breakaway Litigation* [ECF Doc. 494] (collectively the "**Motion**") in the above–captioned matter. A copy of the Motion is on file and available for review at the Office of the Clerk of Court of the United States Bankruptcy Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130, or upon written request to undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on the **July 9, 2026 at 9:30 a.m. (Central Time)** before the Honorable Meredith S. Grabill at the

---

[1] The Debtors are, in addition to Crosby Marine Transportation, LLC, Crosby Tugs, L.L.C. (Case No. 26-10679); Crosby Dredging, LLC (Case No. 26-10680); and Bertucci Contracting Company, L.L.C. (Case No. 26-10681).

United States Bankruptcy Court for the Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana 70130. Parties may participate in the hearing by (i) in-person, (ii) by telephone only (dial in: 504-517-1385; access code: 129611); or (iii) by telephone using the dial-in number and video via GoToMeeting, https://gotomeet.me/JudgeGrabill (meeting code: "JudgeGrabill"). All parties interested in attending in-person must adhere to this Court's General Order 2021-2 for instructions regarding this Court's hybrid model plan for conduct of hearings as of October 4, 2021, which can be found at www.laeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9013-1(E), any party opposing said Motion must file a written objection or response with the Clerk of the United States Bankruptcy Court for the Eastern District of Louisiana no later than **seven (7) days** before the hearing date and must at the same time serve a copy of the objection or response upon undersigned counsel and all other parties entitled to notice. If no objection or response is filed on or before the deadline, the Bankruptcy Court may treat the Motion as unopposed and grant the relief requested without further notice or the necessity of a hearing.

Dated: June 4, 2026.

Respectfully submitted,

**ADAMS & REESE LLP**

*/s/ G. Robert Parrott II*
G. Robert Parrott II (La. Bar #37511)
Charles A. Cerise, Jr. (La. Bar #1755)
Edwin C. Laizer (La. Bar #17014)
Johnny L. Domiano (La. Bar #24383)
Edwin G. Laizer (La. Bar #40843)
**ADAMS & REESE LLP**
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 585-0336
robert.parrott@arlaw.com
ceriseca@arlaw.com
edwin.laizer@arlaw.com
johnny.domiano@arlaw.com
grant.laizer@arlaw.com

*Counsel for Harvey Seas, LLC and*
*Harvey Gulf International Marine, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on all parties receiving notice through the CM/ECF system on this 4th day of June, 2026.

- Richard A. Aguilar    richard.aguilar@arlaw.com, annie.parish@arlaw.com
- Heather LaSalle Alexis    halexis@hinshawlaw.com, lgraff@mcglinchey.com
- A. Brooke Watford Altazan    baltazan@stewartrobbins.com, baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- Edward H. Arnold    harnold@bakerdonelson.com, stannehill@bakerdonelson.com
- Avery Autin    aautin@lawla.com
- Bryce Autin    brycea@portfourchon.com
- Meredith Blanque    meredith.blanque@pjgglaw.com
- Phillip Jason Block    pblock@riemerlaw.com
- Alexandra D. Blye    ablye@carltonfields.com
- Florence Bonaccorso-Saenz    FBS-ECFNotices@la.gov
- Craig W. Brewer    cbrewer@mcdonoughmarine.com, aimee@staines-eppling.com;kleblanc@staines-eppling.com
- Joseph Patrick Briggett    jbriggett@bakerdonelson.com, jbowers@bakerdonelson.com;kdixon@bakerdonelson.com

- Greta M. Brouphy    gbrouphy@lawla.com
- Joseph A. Caneco    jcaneco@fishmanhaygood.com, kfritscher@fishmanhaygood.com;rmichel@fishmanhaygood.com
- John A. Cangelosi    jcangelosi@kingjurgens.com
- Christopher T. Caplinger    chris.caplinger@keanmiller.com, mlopez@lawla.com
- Jason M. Cerise    jason.cerise@troutman.com
- Rudy J. Cerone    rcerone@couhigpartners.com, lgraff@couhigpartners.com
- Mark J. Chaney    mark.chaney@arlaw.com, annie.parish@arlaw.com
- Ryan E Chapple    rchapple@cstrial.com
- William G. Cherbonnier    wgc@billcherbonnier.com, caludagroupllc@jubileebk.net
- Katherine Elizabeth Clark    kclark@lawla.com
- Chazz Christian Coleman    ccoleman@hunton.com
- Leo D. Congeni    lcongeni@brooksgelpi.com, mmoffatt@brooksgelpi.com
- Yvette A D'Aunoy    ydaunoy@midrid.com
- Timothy A. Davidson    taddavidson@huntonak.com
- Albert J. Derbes    ajdiv@derbeslaw.com, derbespacer@gmail.com;23698@notices.nextchapterbk.com;Derbes..AlbertJ.B150683@notify.bestcase.com
- Eric J Derbes    ederbes@derbeslaw.com, DerbesER72443@notify.bestcase.com
- Scott G. Discon    tdiscon@disconlawfirm.com, smistric@disconlawfirm.com
- Thomas Discon    tdiscon@disconlawfirm.com, dlasalle@disconlawfirm.com;smistric@disconlawfirm.com;sdiscon@disconlawfirm.com;cmitchell@disconlawfirm.com
- Stanwood Robert Duval    stan@duvallawfirm.com
- Robert Gayda    gayda@sewkis.com
- Amanda Burnette George    Amanda.B.George@usdoj.gov
- George R. Gibson    ggibson@nathansommers.com
- Paul J. Goodwine    pgoodwine@loopergoodwine.com
- Aaron Benjamin Greenbaum    Aaron.Greenbaum@pjgglaw.com, cynthia.dugas@pjgglaw.com;tricia.borne@pjgglaw.com;ashley.colar@pjgglaw.com;anna.carey@pjgglaw.com
- Katherine Wells Gressett    katherine@snw.law
- Hansel M. Harlan    hansel@harlanlegal.com
- James H. Hunter    jim.hunter@roystonlaw.com
- Lindsey M Johnson    ljohnson@loopergoodwine.com
- Terry Josh Judd    jjudd@andrewsmyers.com
- Benjamin Kadden    bkadden@lawla.com, mnguyen@lawla.com;szito@lawla.com
- Shanna M. Kaminski    skaminski@kaminskilawpllc.com
- William H.L. Kaufman    whkaufman@ohllc.com, clchiasson@ohllc.com
- Iain L. C. Kennedy    ikennedy@nathansommers.com
- Brian A. Kilmer    bkilmer@qmclaw.com, bkilmer@ecf.courtdrive.com
- Henry A. King    hking@kingjurgens.com
- Donald R Kirk    dkirk@carltonfields.com
- Omer F. Kuebel    rick.kuebel@troutman.com
- Michael E. Landis    mlandis@lawla.com, szito@lawla.com
- Robert J Landry    robert@landrymagee.com
- Fernand L. Laudumiey    laudumiey@chaffe.com, bankruptcy@chaffe.com;messina@chaffe.com
- Theresa Marie Leith    tleith@derbeslaw.com
- Jonathan P. Lemann    lemannjp@couhigpartners.com, mtarifa@couhigpartners.com
- Joshua A. Lesser    jlesser@bradley.com
- Simon Levitsky    simon.levitsky@wbd-us.com
- Francis V Liantonio    frank.liantonio@arlaw.com, kim.gex@arlaw.com

- Tabitha Mangano    tmangano@hinshawlaw.com, NOLDocket@hinshawlaw.com
- Tristan E. Manthey    tmanthey@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com
- David McCrory    dkmccrory@ohllc.com, kbpilgreen@ohllc.com
- Elizabeth Belle McIntosh    ebmcintosh@liskow.com
- Richard McNelley    richard@gp-law.com
- Carey L. Menasco    clmenasco@liskow.com
- Andrew D. Mendez    amendez@stonepigman.com
- David J. Messina    messina@chaffe.com, bankruptcy@chaffe.com;laudumiey@chaffe.com
- Mark Mintz    mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com
- Abigail Wood Mock    amock@stewartrobbins.com
- Harry Morse    harry@bohmanmorse.com
- Trevor C. Mosby    tmosby@bakerdonelson.com, stannehill@bakerdonelson.com
- Cherie D. Nobles    cnobles@fishmanhaygood.com, dbush@fishmanhaygood.com;kfritscher@fishmanhaygood.com
- George R. Parrott    robert.parrott@arlaw.com, Vicki.owens@arlaw.com
- Matthew Bond Pettaway    matt.pettaway@taylorporter.com
- Jennifer Eddington Priebe    jennifer@lunsfordbaskin.com
- Patrick B. Reagin    patrick.reagin@hklaw.com
- Samuel Riccardi    sriccardi@lawla.com
- Ryan James Richmond    ryan@snw.law
- Joseph P. Rovira    josephrovira@hunton.com
- Michael D. Rubenstein    mdrubenstein@liskow.com, lschnabel@Liskow.com
- David Rubin    David.Rubin@butlersnow.com
- Neal Settergren    neal@gp-law.com
- Patrick M. Shelby    rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com
- Regina Stango Kelbon    regina.kelbon@blankrome.com
- William E. Steffes    bsteffes@steffeslaw.com, akujawa@steffeslaw.com;cbiggs@steffeslaw.com
- Dean Sutherland    deans@jeanrem.com
- Riley Svikhart    rsvikhart@bakerdonelson.com, jbowers@bakerdonelson.com
- Jeffrey Michael Toepfer    jtoepfer@newmanmathis.com
- Coleman Torrans    ctorrans@lawla.com, ijohnson@lawla.com
- Office of the U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov
- Lindsey M. Valenti    lvalenti@duplass.com
- Robert P. Vining    rvining@sbsblaw.com, bkyle@sbsblaw.com
- Gregory F. Vizza    vizza@blankrome.com
- Raymond Timothy Waid    rwaid@liskow.com
- Bryant Stanier York    byork@stonepigman.com, lkapit@stonepigman.com
- J Christopher C Zainey    czainey@lambertzainey.com

/s/ G. Robert Parrott II
G. Robert Parrott II

5