**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:<br><br>CROSBY MARINE TRANSPORTATION, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10678<br>(JOINTLY ADMINISTERED)<br><br>CHAPTER 11<br>COMPLEX CASE<br><br>SECTION A |

## ORDER

Considering the foregoing Joint Motion for Relief from the Automatic Stay with Respect to the Breakaway Litigation (the "**Motion**") filed by Crosby Marine Transportation, LLC, Crosby Tugs, L.L.C., Crosby Dredging, LLC, Bertucci Contracting Company, L.L.C., Harvey Seas, LLC, Harvey Gulf International Marine, LLC, Certain Underwriters subscribing to Harvey Seas' Hull & Machinery Policy #GCP 19537, Modern American Railroad Services, L.L.C., Shore Offshore Services, LLC, Martin Operating Partnership, L.P., Martin Energy Services, L.L.C., Weeks Marine, LLC, Terrynn Lyons, Lewis Andrews, Patrick Burnett, Brian Cloyd, Wallace McCray, and Lessle Williams;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the automatic stay is modified and lifted solely with respect to *All Coast, LLC v. Shore Offshore Services, LLC, et al.*, E.D. La. Civil Action No. 21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, and 21-2227 (the "**Breakaway Litigation**") to allow (i) the Breakaway Litigation to proceed to judgment before Judge

---

[1] The Debtors are, in addition to Crosby Marine Transportation, LLC, Crosby Tugs, L.L.C. (Case No. 26-10679); Crosby Dredging, LLC (Case No. 26-10680); and Bertucci Contracting Company, L.L.C. (Case No. 26-10681).

-2-

Zainey on the already tried liability, limitation, and allocation of fault issues; (ii) appeals to be taken if appropriate; (iii) damages claims to be determined, liquidated, and reduced to judgments in subsequent proceedings in the Breakaway Litigation; (iv) the amicable resolution or settlement of any of the claims associated with the Breakaway Incident with any of the insurers of Crosby Tugs, L.L.C.; (v) the enforcement and collection of any final judgments rendered against the assets of any party other than Crosby Tugs, L.L.C.; and (vi) the enforcement and collection of any final judgments rendered against Crosby Tugs, L.L.C. or its insurers against Crosby Tugs, L.L.C.'s insurers.

**IT IS FURTHER ORDERED** that the fourteen (14) day stay prescribed in Fed. R. Bankr. P. 4001(a)(3) is hereby waived and the terms of this Order shall be effective immediately upon its entry.

New Orleans, Louisiana, _____, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE
