**UNITED STATES BANKRTUPCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION,** | § | |
| **LLC,** | § | **Chapter 11** |
| | § | **COMPLEX CASE** |
| **Debtors.**[1] | § | |
| | § | **SECTION: A** |

### EX PARTE MOTION WITH CONSENT TO CONTINUE HEARING

Crosby Marine Transportation ("***Transportation***"), Crosby Tugs, LLC ("***Tugs***"), Crosby Dredging, LLC ("***Dredging***"), and Bertucci Contracting Company, L.L.C. ("***Bertucci***", collectively, "***Debtors***") with the consent of M C Bank and Trust hereby file this *Ex Parte Motion with Consent to Continue Hearing* (the "***Motion***") regarding the *M C Bank & Trust's Motion to Lift the Automatic Stay* (the " ***M C Bank Motion***") [ECF Doc. 459].  In support of the Motion the Debtors aver as follows:

### RELIEF REQUESTED

1.      Currently set for hearing on June 18, 2026, at 9:30 AM before this Court is the M C Bank Motion.

2.      The Debtors, with the consent of the movant, M C Bank, are seeking an order continuing the hearing and deadlines until July 9, 2026 at 9:30 AM.  The continuance is sought to allow the parties an opportunity to work towards an amicable resolution.

---

[1]     An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

Dated: June 12, 2026

Respectfully submitted:


*/s/Benjamin W. Kadden*
Benjamin W. Kadden, La. Bar No. 29927
bkadden@lawla.com
Stewart F. Peck, La. Bar No. 10403
speck@lawla.com
Douglas S. Draper, La. Bar No. 5073
ddraper@lawla.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
Coleman L. Torrans, La Bar No. 38917
ctorrans@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin &
Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2755
New Orleans, LA  70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

***Counsel for Debtors and
Debtors in Possession***