**UNITED STATES BANKRTUPCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION,** | § | |
| **LLC,** | § | **CHAPTER 11** |
| | § | **COMPLEX CASE** |
| **Debtors.**[1] | § | |
| | § | **SECTION: A** |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR OMNIBUS HEARING ON JUNE 18, 2026 AT 9:30 A.M.**

Crosby Marine Transportation, LLC, Crosby Tugs, L.L.C., Crosby Dredging, LLC and Bertucci Contracting Company, L.L.C., as debtors and debtors-in-possession (collectively, "***Debtors***"), through undersigned counsel, submit this Witness and Exhibit List for the Omnibus Hearing set for June 18, 2026 at 9:30 a.m. (Central Time) (the "***Hearing***").

**WITNESS LIST**

The Debtors may call the following witnesses at the Hearing:

1.      Wade Savoy

2.      Any witness listed or called by another party.

**EXHIBIT LIST**

The Debtors may introduce the following exhibits at the Hearing:

| Debtors' Ex. No. | Description | Offered | Objection | Admitted/ Not Admitted |
|---|---|---|---|---|
| 1. | *Joseph Garza's Motion for Relief from the Automatic Stay* [Doc. 484] | | | |

---

[1]    An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

| | | | | |
|---|---|---|---|---|
| 2. | *Application for Entry of an Order Approving the Employment of Garza Tello Y Asociados, S.C., as Special Counsel for the Debtors Effective as of April 26, 2026 Pursuant to 11 U.S.C. § 327(E),* [ECF Doc. 476]. | | | |
| 3. | *Motion for an Order (A) Establishing a Bar Date for Filing of Proofs of Claim, (B) Approving the Modified Form Proof of Claim with Addendum for Creditors Asserting Statutory Liens, (C) Approving the Bar Date Notice, (D) Authorizing the Debtors to Provide Notice of the Bar Date, and (E) Providing for Other Relief Sought Herein,* [ECF Doc. 477] | | | |
| 4. | Proposed Consent Order on Americredit Motions to Lift Stay [ECF Docs. 407, 409, 411, and 467] | | | |
| 5. | Proposed Consent Order on *Joseph Garza's Motion for Relief from the Automatic Stay* [Doc. 484] | | | |
| 6. | Any exhibit to any pleading or other filing identified by ECF number above | | | |
| 7. | Any exhibit listed by on any party-in-interest's exhibit list or introduced at hearing | | | |
| 8. | Any pleading or filing in the above-captioned cases and any exhibits thereto | | | |
| 9. | Exhibits for impeachment or rebuttal | | | |

Dated: June 15, 2026

Respectfully submitted:

*/s/Benjamin W. Kadden*
Benjamin W. Kadden, La. Bar No. 29927
bkadden@lawla.com
Stewart F. Peck, La. Bar No. 10403
speck@lawla.com
Douglas S. Draper, La. Bar No. 5073
ddraper@lawla.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
Coleman L. Torrans, La Bar No. 38917
ctorrans@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin &**

**Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2775
New Orleans, LA  70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

*Counsel for Debtors and*
*Debtors in Possession*