**UNITED STATES BANKRTUPCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION, LLC,** | § | |
| | § | **Chapter 11** |
| | § | **COMPLEX CASE** |
| Debtors.[1] | § | |
| | § | **SECTION: A** |

**DEBTORS' CERTIFICATE OF COUNSEL AS TO MOTIONS FOR RELIEF FROM STAY FILED BY AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL**
**[Relates to ECF Docs. 407, 409, 411, and 467]**

Undersigned counsel to Crosby Marine Transportation, LLC ("**CMT**"), Crosby Tugs, L.L.C. ("**Crosby Tugs**"), Crosby Dredging, LLC ("**Crosby Dredging**") and Bertucci Contracting Company, L.L.C. ("**Bertucci**") as debtors and debtors-in-possession, (collectively, "**Debtors**") in the above-captioned chapter 11 bankruptcy cases (the "**Chapter 11 Cases**") certifies in accordance with Part IX of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana, amended as of January 10, 2025 ("**Complex Case Procedures**"), as follows:

1.     On May 15, 2026, Americredit Financial Services, Inc. d/b/a GM Financial ("**GM**") filed the *Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362 Filed by Americredit Financial Services, Inc. dba GM Financial (2022 Chevrolet Silverado)* [ECF Doc. 407]; the *Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362 Filed by Americredit Financial Services, Inc. dba GM Financial (2023 Chevrolet Silverado 3500)* [ECF Doc. 409]; and the *Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362 Filed by*

---

[1]     An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

1

*Americredit Financial Services, Inc. dba GM Financial (2024 Chevrolet Silverado)* [ECF Doc. 411]. On May 26, 2026, GM filed the *Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362 Filed by Americredit Financial Services, Inc. dba GM Financial (2024 Chevrolet Silverado 2500)* [ECF Doc. 467] (collectively, the "***Lift Stay Motions***").

2.　　Pursuant to Part V of the Court's Complex Case Procedures, GM gave notice in the Lift Stay Motions that a hearing would be conducted on the Motion at the Omnibus Hearing on June 18, 2026, at 9:30 a.m. (Central Time) ("***Hearing***") before the Court and objections were due to be filed and properly served no later than seven (7) days before the Hearing, or on or before June 11, 2026 ("***Objection Deadline***"). GM also filed a separate Notice of Hearing setting forth the Hearing and Objection Deadline.

3.　　The Lift Stay Motions were served on the parties listed on the applicable Limited-Service List.

4.　　Undersigned counsel certifies they have reviewed the docket in the above-captioned case, and no objection was filed into the record before or after the Objection Deadline.

5.　　Counsel for the Debtors and counsel for the GM negotiated a form of proposed order acceptable to the Debtors and GM ("***Agreed Order***"), a copy of which is attached here as **Exhibit A**.

6.　　On the basis that the Agreed Order resolves all known objections to the Lift Stay Motions filed with the Court, the Debtors request that the Court enter the Agreed Order attached as Exhibit A and submitted to chambers via e-mail (sectionaorders@laeb.uscourts.gov) in Word document form—without hearing, at the earliest convenience of the Court, Consistent with Part IX(B) of the Complex Case Procedures

Undersigned counsel will appear at the noticed Hearing unless and until the Court enters an order granting the requested relief or otherwise cancelling the hearing.

Dated: June 15, 2026

Respectfully submitted:

*/s/Benjamin W. Kadden*
Benjamin W. Kadden, La. Bar No. 29927
bkadden@lawla.com
Stewart F. Peck, La. Bar No. 10403
speck@lawla.com
Douglas S. Draper, La. Bar No. 5073
ddraper@lawla.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
Coleman L. Torrans, La Bar No. 38917
ctorrans@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2755
New Orleans, LA  70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

***Counsel for Debtors and Debtors in Possession***

**EXHIBIT A**

**Agreed Order**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION, LLC,** | § | |
| | § | **CHAPTER 11** |
| | § | **COMPLEX CASE** |
| **Debtors.[1]** | § | |
| | § | **SECTION: A** |
| | § | |

**PROPOSED CONSENT ORDER**

Crosby Marine Transportation ("***Transportation***"), Crosby Tugs, LLC ("***Tugs***"), Crosby Dredging, LLC ("***Dredging***"), and Bertucci Contracting Company, L.L.C. ("***Bertucci***", collectively, "***Debtors***") and Americredit Financial Services, Inc. d/b/a GM Financial ("***GM***") submit this consent order with respect to the *Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362 Filed by Americredit Financial Services, Inc. dba GM Financial (2022 Chevrolet Silverado)* [ECF Doc. 407]; the *Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362 Filed by Americredit Financial Services, Inc. dba GM Financial (2023 Chevrolet Silverado 3500)* [ECF Doc. 409]; the *Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362 Filed by Americredit Financial Services, Inc. dba GM Financial (2024 Chevrolet Silverado)* [ECF Doc. 411]; and the *Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362 Filed by Americredit Financial Services, Inc. dba GM Financial (2024 Chevrolet Silverado 2500)* [ECF Doc. 467] (collectively, the "***Lift Stay Motions***").

**WHEREAS** on March 23, 2026 (the "***Petition Date***"), the Debtors filed for relief under chapter 11 of the Bankruptcy Code (11 U.S.C. § 101, *et seq.*).

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 26-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

{00380725-2}

**WHEREAS** on March 24, 2026, the Court entered an order [ECF Doc. 9] providing that the Bankruptcy Cases are to be consolidated for procedural purposes only and shall be jointly administered by the Court under, *In re Crosby Marine Transportation, LLC*, Case No. 26-10678.

**WHEREAS** on March 24, 2026, the Court entered an order [ECF Doc. 6] that the Complex Case Procedures shall apply to this case. The Complex Case Procedures are posted on the Court's website, https://www.laeb.uscourts.gov/.

**WHEREAS** on May 15, 2026, GM filed ECF Docs. 407, 409, and 411, seeking relief from the automatic stay due to Tugs being in default under certain promissory notes secured by the following vehicles:

- 2022 Chevrolet Silverado, bearing Vehicle Identification Number 3GCUDAED4NG577477 (ECF Doc. 407). In default as of May 7, 2026, in the amount of $2,822.42.

- 2023 Chevrolet Silverado 3500, bearing Vehicle Identification Number 1GC4YTEY3PF152890 (ECF Doc. 409). In default as of May 11, 2026, in the amount of $3,392.55.

- 2024 Chevrolet Silverado, bearing Vehicle Identification Number 2GC4YMEY5R1201412 (ECF Doc. 411). In default as of May 11, 2026, in the amount of $4,670.03.

**WHEREAS** on May 26, 2026, GM filed ECF Doc. 467, seeking relief from the automatic stay due to Tugs being in default under a promissory note secured by the following vehicle:

- 2024 Chevrolet Silverado 2500, bearing Vehicle Identification Number 2GC4YMEY1R1201388.  In default as of April 23, 2026, in the amount of $4,670.03.

Collectively, the above listed vehicles will be referred to as the "***Vehicles***."

**WHEREAS** the Debtors do not dispute that Tugs is in default.

**WHEREAS** the Debtors rely on the Vehicles to operate their businesses and desire to keep the Vehicles; and

**WHEREAS** the Debtors and GM have agreed that the Debtors shall keep the vehicles and GM will withdraw its Lift Stay Motions

**THEREFORE**, it is hereby:

**ORDERED** that the Lift Stay Motions are **DENIED** without prejudice as moot.

**FURTHER ORDERED** that within 5 business days of entry of this Order, the Debtors shall make payment to GM in order to cure all defaults under the promissory notes secured by the Vehicles, including any further amounts that have accrued since the filing of the Lift Stay Motions.

**FURTHER ORDERED** that Tugs shall continue to make all payments under the promissory notes to GM as they come due and in accordance with the terms of the notes.

**FURTHER ORDERED** that should Tugs miss payment by more than three (3) days, GM shall submit a written notice of default to the Debtors and their counsel, Michael Landis, mlandis@lawla.com.

**FURTHER ORDERED** that if the Debtors fail to submit payment and come current under the notes within ten (10) days, the stay will be lifted as to GM and solely with respect to the Vehicles and GM shall be authorized to commence proceedings to seize the vehicles without further order of this Court.

{00380725-2}

**FURTHER ORDERED** that the Debtors shall serve this Order on all parties who are required to receive notice pursuant to the Federal Rules of Bankruptcy Procedure, this Court's Local Rules, and this Court's Complex Case Procedures within three (3) days and file a certificate of service to that effect.

Dated: June 15, 2026

Respectfully submitted:

*/s/Michael E. Landis*
Benjamin W. Kadden, La. Bar No. 29927
bkadden@lawla.com
Stewart F. Peck, La. Bar No. 10403
speck@lawla.com
Douglas S. Draper, La. Bar No. 5073
ddraper@lawla.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
Michael E. Landis, La. Bar No. 36542
mlandis@lawla.com
Coleman L. Torrans, La Bar No. 38917
ctorrans@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin &
Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2775
New Orleans, LA  70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

***Counsel for Debtors and
Debtors in Possession***

and

*/s/ Simon N. Levitsky*
Simon N. Levitsky (39070)
Attorney for AmeriCredit Financial Services, Inc.
dba GM Financial
Womble Bond Dickinson
1222 Demonbreun Street, Suite 1201
Nashville, TN 37203

{00380725-2}

(629) 312-1830
simon.levitsky@wbd-us.com

## CERTIFICATE OF SERVICE

I, Michael Landis, hereby certify that on June 15, 2026, I caused the foregoing to be served on all parties of record via the Court's CM/ECF noticing system as follows:

- **Richard A. Aguilar**    richard.aguilar@arlaw.com, annie.parish@arlaw.com
- **Heather LaSalle Alexis**    halexis@hinshawlaw.com, lgraff@mcglinchey.com
- **A. Brooke Watford Altazan**    baltazan@stewartrobbins.com, baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- **Edward H. Arnold**    harnold@bakerdonelson.com, stannehill@bakerdonelson.com
- **Bryce Autin**    brycea@portfourchon.com
- **Meredith Blanque**    meredith.blanque@pjgglaw.com
- **Alexandra D. Blye**    ablye@carltonfields.com
- **Craig W. Brewer**    cbrewer@mcdonoughmarine.com, aimee@staines-eppling.com;kleblanc@staines-eppling.com
- **Joseph Patrick Briggett**    jbriggett@bakerdonelson.com, jbowers@bakerdonelson.com;kdixon@bakerdonelson.com
- **Greta M. Brouphy**    gbrouphy@lawla.com
- **Joseph A. Caneco**    jcaneco@fishmanhaygood.com, kfritscher@fishmanhaygood.com;rmichel@fishmanhaygood.com
- **John A. Cangelosi**    jcangelosi@kingjurgens.com
- **Christopher T. Caplinger**    chris.caplinger@keanmiller.com, mlopez@lawla.com
- **Jason M. Cerise**    jason.cerise@troutman.com
- **Mark J. Chaney**    mark.chaney@arlaw.com, annie.parish@arlaw.com
- **Ryan E Chapple**    rchapple@cstrial.com
- **William G. Cherbonnier**    wgc@billcherbonnier.com, caludagroupllc@jubileebk.net
- **Katherine Elizabeth Clark**    kclark@lawla.com
- **Chazz Christian Coleman**    ccoleman@hunton.com
- **Leo D. Congeni**    lcongeni@brooksgelpi.com, mmoffatt@brooksgelpi.com
- **Yvette A D'Aunoy**    ydaunoy@midrid.com
- **Timothy A. Davidson**    taddavidson@huntonak.com
- **Albert J. Derbes**    ajdiv@derbeslaw.com, derbespacer@gmail.com;23698@notices.nextchapterbk.com;Derbes..AlbertJ.B150683@notify.bestcase.com
- **Eric J Derbes**    ederbes@derbeslaw.com, DerbesER72443@notify.bestcase.com
- **Scott G. Discon**    tdiscon@disconlawfirm.com, smistric@disconlawfirm.com
- **Thomas Discon**    tdiscon@disconlawfirm.com, dlasalle@disconlawfirm.com;smistric@disconlawfirm.com;sdiscon@disconlawfirm.com;cmitchell@disconlawfirm.com
- **Robert Gayda**    gayda@sewkis.com
- **Amanda Burnette George**    Amanda.B.George@usdoj.gov
- **George R. Gibson**    ggibson@nathansommers.com
- **Paul J. Goodwine**    pgoodwine@loopergoodwine.com
- **Aaron Benjamin Greenbaum**    Aaron.Greenbaum@pjgglaw.com, cynthia.dugas@pjgglaw.com;tricia.borne@pjgglaw.com;ashley.colar@pjgglaw.com;anna.carey@pjgglaw.com
- **James H. Hunter**    jim.hunter@roystonlaw.com
- **Lindsey M Johnson**    ljohnson@loopergoodwine.com
- **Terry Josh Judd**    jjudd@andrewsmyers.com

{00380725-2}

- **Benjamin Kadden**   bkadden@lawla.com, mnguyen@lawla.com;szito@lawla.com
- **Iain L. C. Kennedy**   ikennedy@nathansommers.com
- **Henry A. King**   hking@kingjurgens.com
- **Donald R Kirk**   dkirk@carltonfields.com
- **Omer F. Kuebel**   rick.kuebel@troutman.com
- **Robert J Landry**   robert@landrymagee.com
- **Fernand L. Laudumiey**   laudumiey@chaffe.com, bankruptcy@chaffe.com;messina@chaffe.com
- **Joshua A. Lesser**   jlesser@bradley.com
- **Francis V Liantonio**   frank.liantonio@arlaw.com, kim.gex@arlaw.com
- **Tristan E. Manthey**   tmanthey@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com
- **Andrew D. Mendez**   amendez@stonepigman.com
- **David J. Messina**   messina@chaffe.com, bankruptcy@chaffe.com;laudumiey@chaffe.com
- **Mark Mintz**   mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com
- **Abigail Wood Mock**   amock@stewartrobbins.com
- **Harry Morse**   harry@bohmanmorse.com
- **Trevor C. Mosby**   tmosby@bakerdonelson.com, stannehill@bakerdonelson.com
- **Cherie D. Nobles**   cnobles@fishmanhaygood.com, dbush@fishmanhaygood.com;kfritscher@fishmanhaygood.com
- **George R. Parrott**   robert.parrott@arlaw.com, Vicki.owens@arlaw.com
- **Jennifer Eddington Priebe**   jennifer@lunsfordbaskin.com
- **Patrick B. Reagin**   patrick.reagin@hklaw.com
- **Joseph P. Rovira**   josephrovira@hunton.com
- **Michael D. Rubenstein**   mdrubenstein@liskow.com, lschnabel@Liskow.com
- **David Rubin**   David.Rubin@butlersnow.com
- **Patrick M. Shelby**   rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com
- **Regina Stango Kelbon**   regina.kelbon@blankrome.com
- **William E. Steffes**   bsteffes@steffeslaw.com, akujawa@steffeslaw.com;cbiggs@steffeslaw.com
- **Dean Sutherland**   deans@jeanrem.com
- **Riley Svikhart**   rsvikhart@bakerdonelson.com, jbowers@bakerdonelson.com
- **Jeffrey Michael Toepfer**   jtoepfer@newmanmathis.com
- **Coleman Torrans**   ctorrans@lawla.com, ijohnson@lawla.com
- **Office of the U.S. Trustee**   USTPRegion05.NR.ECF@usdoj.gov
- **Robert P. Vining**   rvining@sbsblaw.com
- **Gregory F. Vizza**   vizza@blankrome.com
- **Bryant Stanier York**   byork@stonepigman.com, lkapit@stonepigman.com
- **J Christopher C Zainey**   czainey@lambertzainey.com

/s/ Michael E. Landis
Michael E. Landis

{00380725-2}