**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION,** | § | |
| **LLC,** | § | **CHAPTER 11** |
| | § | **COMPLEX CASE** |
| **Debtors.**[1] | § | |
| | § | **SECTION: A** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR OMNIBUS HEARING ON**
**JUNE 18, 2026 AT 9:30 AM (CENTRAL TIME)**

The above-captioned debtors and debtors-in-possession (the "***Debtors***") hereby file this amended agenda (the "***Agenda***") for matters set for Omnibus Hearing on **June 18, 2026 at 9:30 AM** (Prevailing Central Time), pursuant to the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana, as amended on September 15, 2023 by Amended General Order 2021-2 (the "***Complex Case Procedures***"), available at https://www.laeb.uscourts.gov/.

Parties in interest may participate in the hearing (i) in person in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130; (ii) by telephone only (Dial-in: 1-504-517-1385, Access Code: 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill (Meeting Code: "JudgeGrabill"). Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/ (amended and effective as of July 8, 2025).

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

*In re Crosby Marine Transportation, LLC,* **No. 26-10678:**

## CONTESTED MATTERS

a.  *M C Bank & Trust's Motion to Lift the Automatic Stay* [ECF Doc. 469]

**Movant:** MC Bank & Trust

**Nature of Motion:** Motion to Lift the Automatic Stay

**Response Deadline:** June 11, 2026

**Objections:**

- *Ex Parte Motion with Consent to Continue Hearing* [ECF Doc. 520]

- Order continuing hearing [ECF Doc. 521]

**Status:**   This matter is not going forward. Per the Court's Order [ECF Doc. 521] on the *Ex Parte Motion with Consent to Continue Hearing* [ECF Doc. 520], this matter has been continued for hearing on July 9, 2026.

b.  *Joseph Garza's Motion for Relief from the Automatic Stay* [ECF Doc. 484]

**Movant:** Joseph Garza

**Nature of Motion**:     Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d)(1)

**Response deadline**: June 11, 2026

**Related Documents**:

- Notice of Intent to Adduce Testimony from a Remote Location by Joseph Garza [ECF Doc. 505]

- Witness/Exhibit List Filed by the Debtors [ECF Doc. 523]

- Debtors' Objection [ECF Doc. 526]

- Witness/Exhibit List Filed by Joseph Garza [ECF Doc. 529]

**Status:** This matter is going forward

c. *Motion for an Order (A) Establishing a Bar Date for Filing of Proofs of Claim, (B) Approving the Modified Form Proof of Claim with Addendum for Creditors Asserting Statutory Liens, (C) Approving the Bar Date Notice, (D) Authorizing the Debtors to Provide Notice of the Bar Date, and (E) Providing for Other Relief Sought Herein* [ECF Doc. 477]

**Movant:** Debtors

**Nature of Motion:**  Establishing a Bar Date, Approving the modified Form Proof of Claim, Provide Notice of the Bar Date

**Response Deadline:** June 11, 2026

**Related Documents:**

- Objection by Louisiana Department of Revenue [ECF Doc. 517]

- Debtors' Notice of Filing of Proposed Order [ECF Doc. 525]

- Debtors' Reply to Louisiana Department of Revenue's Objection [ECF Doc. 532]

**Status:**  This matter is going forward. Debtors filed a Notice of Filing of Amended Proposed Order addressing comments of certain parties-in-interest, which has been agreed to between Debtors, PNC and the UCC [ECF. Doc. 525]

## UNCONTESTED MATTERS

d. *Debtors' Motion for Entry of an Order Extending Period within which the Debtor May Remove Actions Pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure* [ECF Doc. 330]

**Movant:** Debtors

**Nature of Motion:**  Extending period to remove actions pursuant to 28 U.S.C. § 1452  and Rule 9027

**Response Deadline:** June 11, 2026

**Related Documents:**

- Certificate of No Objection [ECF Doc. 528]

- Memo to Record [ECF Doc. 531]

3

**Status:**   Per the Court's Memo to Record [ECF Doc. 531], the Court will enter an order granting the Motion without hearing.

e.  *Motion for Relief from the Automatic Stay Pursuant 10 11 U.S.C. § 362 filed by Americredit Financial Services, Inc. DBA GM Financial, 2022 Chevrolet Silverado,, ECF Doc. 407.*

**Movant:** Americredit Financial Services, Inc dba GM Financial

**Nature of Motion:** Relief from the Automatic Stay

**Response Deadline:** June 11, 2026

**Related Documents:**

- Certificate of Counsel [ECF. Doc. 524]

**Status:**   This matter is going forward. Debtors filed a Certificate of Counsel certifying that the Debtor and the movant, GM, have agreed to a form of order acceptable to the Debtors and GM [ECF Doc. 524]

f.  *Motion for Relief from the Automatic Stay Pursuant 10 11 U.S.C. § 362 filed by Americredit Financial Services, Inc. DBA GM Financial, 2023 Chevrolet Silverado 3500, ECF Doc. 409.*

**Movant:** Americredit Financial Services, Inc dba GM Financial

**Nature of Motion:** Relief from the Automatic Stay

**Response Deadline:** June 11, 2026

**Related Documents:**

- Certificate of Counsel [ECF. Doc. 524]

**Status:**   This matter is going forward. Debtors filed a Certificate of Counsel certifying that the Debtor and the movant, GM, have agreed to a form of order acceptable to the Debtors and GM [ECF Doc. 524]

g.  *Motion for Relief from the Automatic Stay Pursuant 10 11 U.S.C. § 362 filed by Americredit Financial Services, Inc. DBA GM Financial, (2024 Chevrolet Silverado) ECF Doc. 411.*

**Movant:** Americredit Financial Services, Inc dba GM Financial

**Nature of Motion:** Relief from the Automatic Stay

**Response Deadline:** June 11, 2026

**Related Documents:**

- Certificate of Counsel [ECF. Doc. 524]

**Status:**      This matter is going forward. Debtors filed a Certificate of Counsel certifying that the Debtor and the movant, GM, have agreed to a form of order acceptable to the Debtors and GM [ECF Doc. 524]

h.  *Motion for Relief from the Automatic Stay Pursuant 10 11 U.S.C. § 362 filed by Americredit Financial Services, Inc. DBA GM Financial, (2024 Chevrolet Silverado 2500) ECF Doc. 467.*

**Movant:** Americredit Financial Services, Inc dba GM Financial

**Nature of Motion:** Relief from the Automatic Stay

**Response Deadline:** June 11, 2026

**Related Documents:**

- Certificate of Counsel [ECF. Doc. 524]

**Status:**      This matter is going forward. Debtors filed a Certificate of Counsel certifying that the Debtor and the movant, GM, have agreed to a form of order acceptable to the Debtors and GM [ECF Doc. 524]

i.  *Application for Entry of an Order Approving the Employment of Garza Tello Y Asociados, S.C., as Special Counsel for the Debtors Effective as of April 26, 2026 Pursuant to 11 U.S.C. § 327(E)* [ECF Doc. 476]

**Movant:** Debtors

**Nature of Motion:** Special Counsel

**Response Deadline:** June 11, 2026

**Related Documents:**

- Certificate of No Objection [ECF Doc. 522]

- Memo to Record [ECF Doc. 531]

**Status:**      Per the Court's Memo to Record [ECF Doc. 531], the Court will grant this motion without hearing.

5

j. *Brian Cloyd, Lewis Andrews, Wallace McCray, and Patrick Burnett's Motion for Relief from the Automatic Stay* [ECF Doc. 482]

> **Movant:** Brian Cloyd, Lewis Andrews, Wallace McCray, and Patrick Burnett

> **Nature of Motion:** Relief from the Automatic Stay

> **Response Deadline:** June 11, 2026

> **Related Documents:**

>> • *Brian Cloyd, Lewis Andrews, Wallace McCray, and Patrick Burnett's Witness and Exhibit List* [ECF Doc. 530]

>> • Debtors' Certificate of Counsel [ECF Doc. 533]

> **Status:** This matter is going forward. Debtors filed a Certificate of Counsel certifying that the Debtor and the movants have agreed to a form of order acceptable to the Debtors and the movants. [ECF Doc. 533]
>
> .

---

***Crosby Marine Transportation, LLC, et al. v. Meged Funding Group, et al.*, Adv. No. 26-01018**

### <u>CONTESTED MATTERS</u>

k. *Motion for Partial Summary Judgment against MCA Defendants* [Adv. Doc. 202]

> **Movant:** Debtors

> **Nature of Motion:** Motion for Summary Judgment

> **Related Documents:**

>> • *Memorandum of Law of the Official Committee of Unsecured Creditors in Support of the Debtors' Motion for Summary Judgment* [Adv. Doc. 203]

>> • Memorandum in Opposition by Port of Iberia District Board of Commissioners, [Adv. Doc. 245], (filed 5/29/26)

>> • Objection by Aqua Capital LLC, Cooper Investments LLC, Freedom Funding LLC, Galt Funding Co., Novac Equities, LLC and Surge Funding, [Adv. Doc, 268 and 269], filed 6/5/2026

- Response in Opposition to Motion for Summary Judgment by Defendants Wynwood, SQ, Insight, Cedar and Forever) [Adv. Doc. 272]

- Memorandum in Opposition to Debtors' Motion for Partial Summary Judgment by Meged Funding Group Corp., Dependance Platinum FL,
- LLC, and Reliance Financial FL, LLC [Adv. Doc. 274]

- Parkview Advance, LLC's Combined Memorandum of Law (1) in Opposition to Plaintiffs' Motion for Partial Summary Judgment on Counts I-IV and (II) in Support of Parkview's Cross-Motion for Partial Summary Judgment on Count IV [Adv. Doc. 275], filed 6/5/2026

- Defendant Celtic Advance LLC's Combined Memorandum of Law (I) in Opposition to Plaintiffs' Motion for Partial Summary Judgment on Counts I-IV {Adv. Doc. 202] and (II) in Support of Celtic's Cross-Motion for Partial Summary Judgment on Count I-IV [Adv. Doc 276], filed 6/5/2026

- Memorandum in Support of Opposition to Motion for Summary Judgment (Defendants Moby, Libertas and WebBank) [Adv. Doc 279], filed 6/5/2026

- Defendant Mynt Gold LLC Statement of Contested Facts in Opposition to Debtors' Motion for Partial Summary Judgment against MCA Defendants [Adv. Doc 282], filed 6/8/2026

- Defendant Rocket Capital NY LLC's Statement of Contested Facts in Opposition to Debtors' Motion for Partial Summary Judgment against MCA Defendants [Adv. Doc 283], filed 6/8/2026

- Defendant Pinnacle Business Funding, LLC's Statement of Contested Facts in Opposition to Debtors' Motion for Partial Summary Judgment against MCA Defendants and Request for Summary Judgment in its Favor Pursuant to Fed.R.Civ.P.56(f) [Adv. Doc 284], filed 6/8/2026

- Defendant EN OD Capital LLC's Statement of Contested Facts in Opposition to Debtors' Motion for Partial Summary Judgment against MCA Defendants [Adv. Doc 285], filed 6/8/2026

- Defendant Pinnacle Business Funding, LLC's Memorandum of Law in Opposition to the Debtors' Motion for Partial Summary Judgment against MCA Defendants and Request for Summary Judgment in its favor Pursuant to Fed. R. Civ. P. 56(f) [Adv. Doc. 286], filed 6/8/2026

- Response by Defendants EN OD Capital, LLC, Mynt Gold, LLC and Rocket Capital NY, LLC, [Adv. Doc 287], filed 6/8/2026

7

- *Joinder in MCA Defendants' Opposition and Statements of Contested Material Facts to the Debtors' Motion for Partial Summary Judgment* by Aqua Capital LLC, Cooper Investments LLC, Freedom Funding LLC, Galt Funding Co., Novac Equities LLC and Surge Funding LLC [Adv. Doc 288], filed 6/9/2026

- Debtors' Motion to Strike Untimely Cross-Motions for Summary Judgment of Adv. Doc 275 and 276, [Adv Doc 290], filed 6/10/2026

- Defendant Clearfund Solutions, LLC's  Response in Opposition to Motion for Summary Judgment, [Adv Doc. 291], filed 6/10/2026

- Debtors' Omnibus Reply in Support of Debtors' Motion for Partial Summary Judgment re Adv. Docs. 202, 268, 272, 274, 275, 276, 280, 287 & 291 [Adv. Doc 292], filed 6/10/2026

- Debtors' Reply to the Opposition of Pinnacle Business Fundings, LLC's Opposition Memorandum to Debtors' Motion for Partial Summary Judgment [Adv. Docs. 302], filed 6/12/2026

>    **Status:**        This matter is going forward.

l. *Motion of the Official Committee of Unsecured Creditors of Crosby Tugs, L.L.C. and Crosby Dredging, LLC to Intervene in the Adversary Proceeding* [Adv. Doc. 204]

>    **Movant:**        The Official Committee of Unsecured Creditors of Crosby Tugs, L.L.C. and Crosby Dredging, LLC

>    **Nature of Motion:** Motion to Intervene in the Adversary Proceedings

>    **Related Documents:**

- Opposition by Defendants EN OD Capital, LLC, Mynt Gold, LLC, Pinnacle Business Funding, LLC, and Rocket Capital NY, LLC [Adv. Doc.266], filed 6/4/2026

- *Joinder in Support of Defendants EN OD Capital, LLC, Mynt Gold, LLC, Pinnacle Business Funding, LLC and Rocket Capital NY, LLC's Response to the Motion of the Official Committee of Unsecured Creditors of Crosby Tugs, LLC and Crosby Dredging, LLC to Intervene in the Adversary Proceeding* by Aqua Capital LLC, Cooper Investments LLC, Freedom Funding LLC, Galt Funding Co., Novac Equities LLC and Surge Funding LLC [Adv. Doc.270], filed 6/5/2026

- Opposition of Meged Funding Group Corp., Dependance Platinum FL, LLC and Reliance Financial FL, LLC [Adv. Doc 294], filed 6/11/2026

- Ex Parte Motion of the Official Committee of Unsecured Creditors of Crosby Tugs, L.L.C. and Crosby Dredging, LLC for Leave to File a Reply in Support of its Motion to Intervene in the Adversary Proceeding [ECF 304], filed 6/13/2026

- *Omnibus Reply in Support of the Motion of the Official Committee of Unsecured Creditors of Crosby Tugs, L.L.C. and Crosby Dredging, LLC to Intervene in the Adversary Proceeding* [Adv. Doc. 311]

    **Status:**     This matter is going forward.

m. *Meged Funding Group Corp., Dependance Platinum FL, LLC and Reliance Financial FL, LLC's Motion for Summary Judgment* [Adv. Doc. 207]

    **Movant:**     Meged Funding Group Corp., Dependance Platinum FL, LLC and Reliance Financial FL, LLC

    **Nature of Motion:** Motion for Summary Judgment

    **Related Documents:**

    - *Memorandum in Support of Motion for Summary Judgment* by Meged Funding Group Corp., Dependance Platinum FL, LLC and Reliance Financial FL, LLC [Adv. Doc.208[

    - Debtors' Objection  [Adv. Doc. 280]

    - Meged Funding Group Corp., Dependance Platinum FL, LLC and Reliance Financial FL, LLC's Reply to Debtors' Objection [Adv. Doc. 293]

    **Status:**     This matter is going forward.

n. *Defendant Celtic Advance LLC's Combined Memorandum of Law (I) in Opposition to Plaintiffs' Motion for Partial Summary Judgment on Counts I-IV {Adv. Doc. 202] and (II) in Support of Celtic's Cross-Motion for Partial Summary Judgment on Count I-IV* [Adv. Doc 276], filed 6/5/2026

    **Movant:** Celtic Advance LLC

    **Nature of Motion:** Cross motion for summary judgment

    **Related Documents:**

- *Motion to Strike Untimely Cross-Motions for Summary Judgment of Adv. Doc 275 and 276,* [Adv Doc 290]

- *Defendants Parkview Advance, LLC and Celtic Advance LLC's Opposition to Debtors' Motion to Strike Cross-Motions for Summary Judgment* [Adv. Doc. 308]

- *Joinder in Support of Defendants Parkview Advance, LLC and Celtic Advance LLC's Opposition to Debtors' Motion to Strike Cross-Motions for Summary Judgment* [Adv. Doc. 314]

- *Amended Notice of Hearing on Defendant Celtic Advance, LLC's Cross-Motion for Partial Summary Judgment on Count IV* [Adv. Doc. 306]

**Status:** This matter is not going forward. Per the movant's Amended Notice of Hearing [Adv. Doc. 306], this matter has been reset for hearing on July 9, 2026 at 9:30 a.m.

o. *Defendant Parkview Advance, LLC's Combined Memorandum of Law (I) in Opposition to Plaintiffs' Motion for Partial Summary Judgment on Counts I-IV [Adv. Doc. 202] and (II) in Support of Parkview's Cross-Motion for Partial Summary Judgment on Count IV* [Adv. Doc 275], filed 6/5/2026

**Movant:** Parkview Advance, LLC

**Nature of Motion:** Cross motion for summary judgment

**Related Documents:**

- *Motion to Strike Untimely Cross-Motions for Summary Judgment of Adv. Doc 275 and 276,* [Adv Doc 290]

- *Defendants Parkview Advance, LLC and Celtic Advance LLC's Opposition to Debtors' Motion to Strike Cross-Motions for Summary Judgment* [Adv. Doc. 308]

- *Amended Notice of Hearing on Defendant Parkview Advance, LLC's Cross-Motion for Partial Summary Judgment on Count IV* [Adv. Doc. 307]

**Status:** This matter is not going forward. Per the movant's Amended Notice of Hearing [Adv. Doc. 307], this matter has been reset for hearing on July 9, 2026 at 9:30 a.m.

p. *Motion to Strike Untimely Cross-Motions for Summary Judgment of Adv. Doc 275 and 276,* [Adv Doc 290]

10

**Movant:** Debtors

**Nature of Motion:** Motion to strike for being untimely.

**Related Documents:**

- *Debtors'* Ex Parte *Motion for Expedited Hearing on Motion to Strike Untimely Cross-Motions for Summary Judgment* [Adv. Doc. 298]

- *Defendants Parkview Advance, LLC and Celtic Advance LLC's Opposition to Debtors' Motion to Strike Cross-Motions for Summary Judgment* [Adv. Doc. 308]

- *Joinder in Support of Defendants Parkview Advance, LLC and Celtic Advance LLC's Opposition to Debtors' Motion to Strike Cross-Motions for Summary Judgment* by Aqua Capital LLC, Cooper Investments LLC, Freedom Funding LLC, Galt Funding Co., Novac Equities LLC and Surge Funding LLC [Adv. Doc. 314]

**Status:** This matter is going forward


## UNCONTESTED MATTERS

q. *Motion for Default Judgment against Defaulted MCA Defendants Under Rule 55, Bankruptcy Rule 7055 and Local Rule 7055-1,* [Adv. Doc. 220]

**Movant:** Debtors

**Nature of Motion:** Default Judgment

**Related Documents:**

- Order setting hearing [Adv. Doc. 226]

- Debtors' *Consent Motion for Entry of an Order (1) Directing the Bankruptcy Clerk to Withdraw Entry of Default Against Celtic Advance LLC, and (2) Withdrawing Celtic Advance LLC from the Debtors' Pending Motion for Default Judgment Against Defaulted MCA Defendant* [Adv. Doc. 252]

- Debtors' *Consent Motion for Entry of an Order (1) Directing the Bankruptcy Clerk to Withdraw Entry of Default Against ClearFund Solutions, LLC, and (2) Withdrawing Clearfund Solutions, LLC From The Debtors' Pending*

> *Motion for Default Judgment Against Defaulted MCA Defendants* [Adv. Doc. 301]

- *Debtors'* Ex Parte *Motion to Adduce Remote Testimony in Connection with the June 18, 2026 Omnibus Hearing* [Adv. Doc. 303]

- *Debtors' Witness and Exhibit List for Hearing on Debtors' Motion for Default Judgment Against Defaulted MCA Defendants Under Rule 55, Bankruptcy Rule 7055 and Local Rule 7055-1* [Adv. Doc. 309]

- Memo to Record [Adv. Doc 319]

**Status:** Per the Court's Memo to Record [ECF. Doc. 319], the Court will grant this motion without hearing.

r. *Motion to Enter Consent Order Between Debtors and Xenos Marine, LLC [Adv. Doc 230]*

**Movant:** Debtors

**Nature of Motion:** Consent Order

**Related Documents:**

- Certificate of No Objection [Adv. Doc. 300]

- Memo to Record [Adv. Doc. 316]

**Status:** Per the Court's Memo to Record [ECF Doc. 316], the Court will grant this motion without hearing.

s. *Motion to Enter Consent Order Between Debtors and T & T Marine Salvage, LLC [Adv. Doc 231]*

**Movant:** Debtors

**Nature of Motion:** Consent Order

**Related Documents:**

- Certificate of No Objection [Adv. Doc. 300]

- Memo to Record [Adv. Doc. 316]

**Status:** Per the Court's Memo to Record [ECF Doc. 316], the Court will grant this motion without hearing.

t. *Motion to Enter Consent Order Between Debtors and Triton Diving Services, LLC [Adv. Doc 232]*

**Movant:** Debtors

**Nature of Motion:** Consent Order

**Related Documents:**

- Certificate of No Objection [Adv. Doc. 300]

- Memo to Record [Adv. Doc. 316]

**Status:** Per the Court's Memo to Record [ECF Doc. 316], the Court will grant this motion without hearing.

u. *Motion to Enter Consent Order Between Debtors and Venture Global Calcasieu Pass, LLC [Adv. Doc 233]*

**Movant:** Debtors

**Nature of Motion:** Consent Order

**Related Documents:**

- Certificate of No Objection [Adv. Doc. 300]

- Memo to Record [Adv. Doc. 316]

**Status:** Per the Court's Memo to Record [ECF Doc. 316], the Court will grant this motion without hearing.

v. *Motion to Enter Consent Judgment of Dismissal Between Debtors and Port of Iberia District Board of Commissioners [Adv. Doc 257]*

**Movant:** Debtor

**Nature of Motion:** Judgment of Dismissal

**Related Documents:**

- Memo to the Record [Adv. Doc. 318]

**Status:**        Per the Court's Memo to Record [ECF Doc. 318], the Court will grant this motion without hearing.

w. *Motion to Enter Consent Order Between Debtors and Marshland Equipment Rentals, LLC [Adv. Doc 259]*

**Movant:** Debtor

**Nature of Motion:** Consent Order

**Related Documents:**

- Memo to Record [Adv. Doc.318]

**Status:**        Per the Court's Memo to Record [ECF Doc. 318], the Court will grant this motion without hearing.

Dated: June 17, 2026

Respectfully submitted:

*/s/Benjamin W. Kadden*
Benjamin W. Kadden, La. Bar No. 29927
bkadden@lawla.com
Stewart F. Peck, La. Bar No. 10403
speck@lawla.com
Douglas S. Draper, La. Bar No. 5073
ddraper@lawla.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
Coleman L. Torrans, La Bar No. 38917
ctorrans@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2775
New Orleans, LA  70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

***Counsel for Debtors and Debtors in Possession***

14