**UNITED STATES BANKRTUPCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION,** | § | |
| **LLC,** | § | **Chapter 11** |
| | § | **COMPLEX CASE** |
| Debtors.[1] | § | |
| | § | **SECTION: A** |

**NOTICE OF HEARING**

**[Relates to ECF Doc. 544 & ECF Doc. 545]**

PLEASE TAKE NOTICE THAT A HEARING WILL BE CONDUCTED ON THE *FIRST INTERIM APPLICATION OF RAYMOND JAMES FOR COMPENSATION FOR SERVICES RENDERED AS DEBTORS' INVESTMENT BANKER* [ECF DOC. 544] AND THE *APPLICATION FOR AUTHORITY TO EMPLOY AND COMPENSATE CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF THE DEBTORS' BUSINESSES* [ECF DOC. 545] (TOGETHER, THE "PLEADING") ON JULY 9, 2026, AT 9:30 A.M. AT THE UNITED STATES BANKRUPTCY COURT, 500 POYDRAS ST., COURTROOM B- 709, NEW ORLEANS, LOUISIANA 70130. PARTIES IN INTEREST MAY PARTICIPATE IN THE HEARING (I) IN PERSON; (II) BY TELEPHONE ONLY (DIAL IN: 504.517.1385, ACCESS CODE: 129611); OR (III) BY TELEPHONE USING THE DIAL-IN NUMBER AND VIDEO USING HTTPS://GOTOMEET.ME/JUDGEGRABILL (MEETING CODE: "JUDGEGRABILL"). THE PLEADINGS ARE SEEKING TO RETAIN AND EMPLOY

---

[1]   An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

**SIERRACONSTELLATION PARTNERS TO PROVIDE A CHIEF RESTRUCTURING OFFICER AND RELATED PERSONELL AND RAYMOND JAMES & ASSOCIATES AS THE DEBTORS' INVESTMENT BANKER TO ASSIST IN THE MARKETING AND SALE OF THE DEBTORS' ASSETS. IF YOU OBJECT TO THE RELIEF REQUESTED IN THE PLEADINGS, YOU MUST RESPOND IN WRITING. UNLESS DIRECTED OTHERWISE BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADINGS AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

A copy of the Pleadings is on file and available for review at the Office of the Clerk of Court of the United States Bankruptcy Court at Room B-601, Hale Boggs Federal Bldg., 500 Poydras Street, New Orleans, Louisiana 70130, or is available upon written request to Michael Landis at mlandis@lawla.com.

Dated: June 18, 2026

Respectfully submitted:

*/s/Benjamin W. Kadden*
Benjamin W. Kadden, La. Bar No. 29927
bkadden@lawla.com
Stewart F. Peck, La. Bar No. 10403
speck@lawla.com
Douglas S. Draper, La. Bar No. 5073
ddraper@lawla.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
Coleman L. Torrans, La Bar No. 38917
ctorrans@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (A Law Corporation)**

601 Poydras Street, Suite 2755
New Orleans, LA  70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

***Counsel for Debtors and
Debtors in Possession***