**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:** | **CASE NO. 26-10678** |
| | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION, LLC** | |
| | **CHAPTER 11** |
| *Debtor.*[1] | **COMPLEX CASE** |
| | **SECTION: A** |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

---

**PLEASE TAKE NOTICE** that the undersigned counsel hereby files this Notice of Appearance and Request for Notices on behalf of Jonathan Sarradet, a creditor in the above-captioned case. Pursuant to the United States Bankruptcy Court and Federal Rules of Bankruptcy Procedure, the undersigned counsel request that all notices given or required to be served in this case be given to and served upon the following:

> **GORDON, ARATA, MONTGOMERY, BARNETT,**
>    **McCOLLAM, DUPLANTIS & EAGAN, LLC**
> Armistead M. Long (La. Bar Roll # 33949)
> 1015 Saint John Street
> Lafayette, Louisiana 70501
> Phone: (337) 237-0132
> Fax: (337) 237-3451
> Email: along@gordonarata.com

---

[1]   An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC[No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], wasentered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

4387994v1

The undersigned counsel consents to service of notices by facsimile or electronic mail. This request encompasses all notices and pleadings in Section 1109(b) of Title 11 of the United States Code, or in Rules 2002, 3017, 9007, or 9010(b) of the Federal Rules of Bankruptcy Procedures, including, notices of any orders, motion, complaints, petitions, or requests, application, and any other document brought before this Court, whether formal or informal, written or oral, transmitted by conveyed mail, hand delivery, telephone, telegraph, telex, electronic transmission or otherwise, which affect the above-referenced case.

Respectfully submitted, this 19th day of June 2026.

**GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC**

**/s/ Armistead M. Long**
Armistead M. Long (La. Bar Roll # 33949)
1015 Saint John Street
Lafayette, Louisiana 70501
Email: along@gordonarata.com
Phone: (337) 237-0132
Fax: (337) 237-3451

*Counsel for Jonathan Sarradet*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a notice of electronic filing to counsel as indicated by the Court.

Lafayette, Louisiana, this 19th day of June 2026.

**/s/ Armistead M. Long**
ARMISTEAD M. LONG

2

4387994v1