**UNITED STATES BANKRTUPCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION,** | § | |
| **LLC,** | § | **Chapter 11** |
| | § | **COMPLEX CASE** |
| **Debtors.[1]** | § | |
| | § | **SECTION: A** |
| | § | |

**NOTICE OF FILING AMENDMENTS TO THE SCHEDULES, STATEMENTS
AND RELATED DOCUMENTS**

**PLEASE TAKE NOTICE** that, on June 22, 2026, Crosby Marine Transportation, LLC,

Crosby Tugs, L.L.C., Crosby Dredging, LLC and Bertucci Contracting Company, L.L.C., as

debtors and debtors-in-possession (collectively, "***Debtors***"), filed the following amendments in the

identified Schedules, Statements and Related Documents in accordance with Federal Rule of

Bankruptcy Procedure 1009:

1.  **CROSBY MARINE TRANSPORTATION, LLC**

- Schedule A/B

    o   Added note to Question #50 to link to ECF 399 for items listed

    o   Added interest in D & O Policies and Cyber Policies to Line #73

- Schedule D

    o   Added "First Preferred Fleet Mortgage for First City National Bank of Florida

        to lines 2.2 through 2.4

- Statement of Financial Affairs

---

[1]   An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

- o   Amended Question # 28 to add in current officers and directors

- o   Amended Question #29 to add in prior

- Schedule G:

**2.    CROSBY TUGS, L.L.C.**

- Schedule A/B

  - o   Deleted # 71 as a duplicate of response to # 77

  - o   Added interest in D & O Policies and Cyber Policies to Line #73

  - o   Added to #75 - Cause of action against Parish of Jefferson arising from damage to vessels.

- Schedule E/F:

  - o   Louisiana Workers' Compensation Corporation Claim of $12,955.00, added attorney Chad Berry, 2237 S. Acadian Thurway, Baton Rouge, LA 70808

  - o   Added in Schedule E and Schedule F claims on behalf of the Internal Revenue Service as Contingent Claims

- Schedule G:

  - o   Spectrum, PO Box 94188 Palatine, IL 60094, Acc no.8311 22 043 0482134

  - o   Starlink, 1 Rocket Road, Hawthorne, CA 90250 Acc no. CC-2820467-92989-31

  - o   Team Viewer , Bahnhofsplatz 2, 73033 Göppingen, Germany Acc no.21970270

  - o   Verizon, PO BOX 660108, Dallas, TX 75266-0108, acc. no. 913150561-00001

  - o   BENE Com Technologies, P.O. Box 1279, Chalmette, LA 70044, Serial Number: 865258 (1) EP-EGD-Usr-1M (Em

  - o   CNM Complete Network Management Inc,649 Enterprise Drive, Houma, LA 70360

  - o   GoTo Technologies USA, LLC, acct. no.4295190934064646535

- o Microsoft Corporation, One Microsoft Way, Redmond WA 98052, Crosbytugs.com, Order Number: ab0c9ee1-da31-4289-8330-04aadfc7faa7, Online Services

- o Microsoft Corporation, One Microsoft Way, Redmond WA 98052, Crosbytugs.com, Order Number: a b67dfe32-1a2d-470f-9aac-235ac0c43580, Online Services

- o Microsoft Corporation, One Microsoft Way, Redmond WA 98052, Crosbytugs.com, Order Number: a b67dfe32-1a2d-470f-9aac-235ac0c43580, Online Service

- o Microsoft Corporation, One Microsoft Way, Redmond WA 98052, Crosbytugs.com, Order Number: 2dc89fcf-af88-4954-ac4d-9390164414db, Online Services

- o Microsoft Corporation, One Microsoft Way, Redmond WA 98052, Crosbytugs.com, Order Number: Order Number: 7f2a4a27-b939-4641-b039-34e8631ef5fa, Online Services

- o Microsoft Corporation, One Microsoft Way, Redmond WA 98052, Crosbytugs.com, Order Number: Order Number: e5ee9206-148e-42a8-8d8c-1dfaae649a0c, Online Services

- o S2 Spence Software, 1641 Lonsdale Avenue, Suite 835, North Vancouver, BC, V7M 2J5, CROT0413

- Statement of Financial Affairs

  - o 7. Legal Actions- Added Louisiana Workers' Compensation Corporation v Crosby Tugs, Case C-778955

  - o Crosby Tugs, LLC v Parish of Jefferson, Case No. C728-511 pending in 24th JDC, Petition for Damages

3. **CROSBY DREDGING, LLC**

- Schedule A/B

  - o AGMAC Channel Dredging Phase 1 – Claim for Additional Compensation

  - o Added interest in D & O Policies and Cyber Policies to Line #73

- Schedule F

  - Regions Bank - Credit Card Account xxx 9964 - $44,563.95

- Schedule G:

  - Microsoft Corporation, One Microsoft Way, Redmond WA 98052, Planner and Project Plan 3

  - Microsoft Corporation, One Microsoft Way, Redmond WA 98052, SharePoint (Plan 2)

4.    **BERTUCCI CONTRACTING COMPANY, L.L.C.**

- Schedule A/B

  - Added interest in D & O Policies and Cyber Policies to Line #73

- Statement of Financial Affairs

  - Corrected the amount listed in #4

Dated:    June 22, 2026

Respectfully submitted:

*/s/Benjamin W. Kadden*
Benjamin W. Kadden, La. Bar No. 29927
bkadden@lawla.com
Stewart F. Peck, La. Bar No. 10403
speck@lawla.com
Douglas S. Draper, La. Bar No. 5073
ddraper@lawla.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
Coleman L. Torrans, La Bar No. 38917
ctorrans@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (A Law Corporation)**

601 Poydras Street, Suite 2775
New Orleans, LA  70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

***Counsel for Debtors and
Debtors in Possession***