**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 26-10678 |
| | § | (JOINTLY ADMINISTERED) |
| CROSBY MARINE | § | |
| TRANSPORTATION, LLC, | § | CHAPTER 11 |
| | § | COMPLEX CASE |
| DEBTORS.[1] | § | |
| | § | SECTION A |

## ORDER

Before the Court is the *Debtors' Motion for Entry of an Order Extending Period Within Which the Debtor May Remove Actions Pursuant to 28 U.S.C. § 1452 and Rul 9027 of the Federal Rules of Bankruptcy Procedure* (the "Motion"), [ECF Doc. 330], filed by Crosby Marine Transportation, LLC, Crosby Tugs, L.L.C., Crosby Dredging, LLC, and Bertucci Contracting Company, L.L.C. as debtors and debtors-in-possession (together, the "Debtors").

The Court has jurisdiction to consider the Extension Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of the Extension Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue is before this court pursuant to 28 U.S.C. §§ 1408 and 1409. Accordingly, after due deliberation and sufficient cause appearing therefore,

**IT IS ORDERED** that:

1. The Extension Motion is **GRANTED**.

2. The time period provided under 28 U.S.C. § 1452 and Bankruptcy Rule 9027 within which the Debtors may file notices of removal of any and all civil actions is enlarged by 90 days

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 26-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26-10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

to and including **Monday, September 21, 2026**, to the extent that the time period for filing such notices of removal expires on or before such date, without prejudice to the Debtors' right to seek further extensions.

3.      All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

4.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of the Order.

**IT IS FURTHER ORDERED** that the Debtors shall serve this Order by first-class U.S. Mail within three (3) days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, June 24, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE