**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 26-10678 |
| | § | (JOINTLY ADMINISTERED) |
| CROSBY MARINE TRANSPORTATION, | § | |
| LLC, | § | CHAPTER 11 |
| | § | COMPLEX CASE |
| DEBTORS.¹ | § | |

| | | |
|---|---|---|
| | § | |
| CROSBY TUGS, L.L.C., CROSBY DREDGING, | § | |
| LLC, CROSBY MARINE TRANSPORTATION, | § | |
| LLC, AND BERTUCCI CONTRACTING | § | |
| COMPANY, L.L.C., | § | ADV. NO. 26-1018 |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | |
| | § | |
| MEGED FUNDING GROUP A/K/A MEGED | § | |
| FUNDING GROUP CORP, | § | |
| ALLIANCE ENERGY SERVICES, LLC, | § | |
| ARENA OFFSHORE, | § | |
| CANTRELLE SERVICES LLC, | § | |
| CANTIUM LLC, | § | |
| CAJUN INDUSTRIES LLC, | § | |
| CHAMPAGNE ENERGY & ENVIRONMENTAL | § | |
| SOLUTIONS, | § | |
| CHEVRON PRODUCTION CO., | § | |
| CURTIN MARITIME, | § | |
| ECOSERV, LLC, | § | |
| ECOSERV ENVIRONMENTAL SERVICES, | § | |
| LLC, | § | |
| GAC NORTH AMERICA, | § | |
| INGRAM MARINE GROUP, | § | |
| JOHN W STONE OIL DISTRIBUTOR LLC, | § | |
| KENOSIS OPERATING COMPANY, | § | |
| KEVIN GROS CONSULTING, | § | |
| LOOP LLC, | § | |
| LUHR CROSBY LLC, | § | |
| MODERN AMERICAN RECYCLING, | § | |
| MARSHLAND EQUIPMENT RENTALS, | § | |
| MCDONOUGH MARINE SERVICE, | § | |

---

¹ An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 26-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26-10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

**MORRISON OFFSHORE LLC,** §
**PATRIOT MARINE SERVICES,** §
**PORT OF IBERIA DISTRICT BOARD OF** §
**COMMISSIONERS,** §
**ROSE CAY MARITIME LLC,** §
**SABINE NECHES NAVIGATION DISTRICT,** §
**SPACE EXPLORATION TECHNOLOGIES,** §
**TALA ENVIRONMENTAL LLC,** §
**THOM-SEA BOAT BUILDERS,** §
**TK TOWING INC.,** §
**TPC GROUP LLC,** §
**TRITON DIVING SERVICES LLC,** §
**T&T MARINE SALVAGE INC.,** §
**VENTURE GLOBAL CALCASIEU PASS LLC,** §
**WALTER OIL & GAS,** §
**WHITE FLEET DRILLING,** §
**HEEREMA MARINE CONTRACTORS** §
**NEDERLAND, S.E.,** §
**AQUA CAPITAL LLC.,** §
**BREEZE FUNDING,** §
**CELTIC ADVANCE,** §
**EN OD CAPITAL,** §
**ALO ADVANCE,** §
**CEDAR ADVANCE LLC,** §
**CLEARFUND SOLUTIONS, LLC,** §
**COLDWATER CAPITAL, LLC,** §
**COOPER INVESTMENTS, LLC,** §
**DEPENDENCE PLATINUM,** §
**FOREVER FUNDING LLC,** §
**FREEDOM FUNDING LLC,** §
**GALT FUNDING CO,** §
**INSIGHT CAPITAL LLC,** §
**LIBERTAS FUNDING, LLC,** §
**MOBY CAPITAL LLC D/B/A MOBYCAP,** §
**MYNT GOLD, LLC A/K/A MYNT ADVANCE,** §
**NOVAC EQUITIES LLC,** §
**ODK CAPITAL, LLC D/B/A ON DECK,** §
**ORACAP LLC,** §
**OVERTIME CAPITAL,** §
**PARKVIEW ADVANCE LLC,** §
**PINNACLE BUSINESS FUNDING LLC,** §
**RELIANCE FINANCIAL FL, LLC,** §
**ROCKET CAPITAL NY, LLC.** §
**SQ ADVANCE,** §
**SURGE FUNDING LLC,** §
**TRUE BUSINESS FUNDING LLC,** §
**WEB BANK C/O LIBERTAS FUNDING LLC,** §
**AND** §
**WYNWOOD CAPITAL GROUP, LLC,** §
§
       **DEFENDANTS.**

2

**ORDER**

Crosby Marine Transportation ("Transportation"), Crosby Tugs, LLC ("Tugs"), Crosby Dredging, LLC ("Dredging"), and Bertucci Contracting Company, L.L.C. ("Bertucci" and, together with Transportation, Tugs, and Dredging, the "Debtors") and Americredit Financial Services, Inc. d/b/a GM Financial ("GM") have submitted a consent order resolving the *Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362 Filed by Americredit Financial Services, Inc. dba GM Financial (2022 Chevrolet Silverado)*, [ECF Doc. 407]; the *Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362 Filed by Americredit Financial Services, Inc. dba GM Financial (2023 Chevrolet Silverado 3500*, [ECF Doc. 409]; the *Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362 Filed by Americredit Financial Services, Inc. dba GM Financial (2024 Chevrolet Silverado)*, [ECF Doc. 411]; and the *Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362 Filed by Americredit Financial Services, Inc. dba GM Financial (2024 Chevrolet Silverado 2500)*, [ECF Doc. 467], (collectively, the "Lift Stay Motions").

**WHEREAS** on March 23, 2026 (the "Petition Date"), the Debtors filed for relief under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101, *et seq.*).

**WHEREAS** on March 24, 2026, the Court entered an order, [ECF Doc. 9], providing that the Bankruptcy Cases are to be consolidated for procedural purposes only and shall be jointly administered by the Court under *In re Crosby Marine Transportation, LLC*, Case No. 26-10678.

**WHEREAS** on March 24, 2026, the Court entered an order, [ECF Doc. 6], that the Complex Case Procedures shall apply to this case. The Complex Case Procedures are posted on the Court's website, https://www.laeb.uscourts.gov/.

**WHEREAS** on May 15, 2026, GM filed ECF Docs. 407, 409, and 411, seeking relief from the automatic stay due to Tugs being in default under certain promissory notes secured by the following vehicles:

- 2022 Chevrolet Silverado, bearing Vehicle Identification Number 3GCUDAED4NG577477 (ECF Doc. 407).  In default as of May 7, 2026, in the amount of $2,822.42.

- 2023 Chevrolet Silverado 3500, bearing Vehicle Identification Number 1GC4YTEY3PF152890 (ECF Doc. 409).  In default as of May 11, 2026, in the amount of $3,392.55.

- 2024 Chevrolet Silverado, bearing Vehicle Identification Number 2GC4YMEY5R1201412 (ECF Doc. 411).  In default as of May 11, 2026, in the amount of $4,670.03.

**WHEREAS** on May 26, 2026, GM filed ECF Doc. 467, seeking relief from the automatic stay due to Tugs being in default under a promissory note secured by the following vehicle:

- 2024 Chevrolet Silverado 2500, bearing Vehicle Identification Number 2GC4YMEY1R1201388.  In default as of April 23, 2026, in the amount of $4,670.03.

Collectively, the above listed vehicles will be referred to as the "Vehicles."

**WHEREAS** the Debtors do not dispute that Tugs is in default.

**WHEREAS** the Debtors rely on the Vehicles to operate their businesses and desire to keep the Vehicles.

**WHEREAS** the Debtors and GM have agreed that the Debtors shall keep the vehicles and GM will withdraw its Lift Stay Motions.

**IT IS ORDERED** that the Lift Stay Motions are **DENIED** without prejudice as moot.

**IT IS FURTHER ORDERED** that within 5 business days of entry of this Order, the Debtors shall make payment to GM in order to cure all defaults under the promissory notes secured by the Vehicles, including any further amounts that have accrued since the filing of the Lift Stay Motions.

**IT IS FURTHER ORDERED** that Tugs shall continue to make all payments under the promissory notes to GM as they come due and in accordance with the terms of the notes.

**IT IS FURTHER ORDERED** that should Tugs miss payment by more than three (3) days, GM shall submit a written notice of default to the Debtors and their counsel, Michael Landis, mlandis@lawla.com.

**IT IS FURTHER ORDERED** that if the default is not cured within fourteen (14) days after the written notice of default, GM may file an ex parte motion for relief from the automatic stay that includes, as an attachment, an affidavit by GM attesting to the occurrence of the default by the Debtors. Upon filing of the ex parte motion for relief from the automatic stay, an Order may be entered without further hearing, terminating the stay imposed by 11 U.S.C. § 362(a) as to GM and solely with respect to the Vehicles.

**IT IS FURTHER ORDERED** that counsel for the Debtors is instructed to serve this Order by first-class U.S. Mail within three (3) days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to the applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, June 25, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE