**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | COMPLEX CASE |
| **CROSBY MARINE TRANSPORTATION** | § | |
| LLC, ET AL | § | |
| Debtors¹. | § | CASE NO. 26-10678 |
| | § | (Jointly Administered) |
| | § | |
| | § | |
| | § | SECTION A |

### JOSEPH GARZA'S NOTICE OF INTENT TO ADDUCE TESTIMONY FROM A REMOTE LOCATION BY TELEPHONE AND VIDEO TECHNOLOGY

1. This Notice is filed pursuant to Amended General Order 2021-2 (last amended July 8, 2025) by Joseph Garza (Garza or Claimant).

2. This Notice pertains to the matters scheduled for hearing in this case on Thursday, July 9, 2026 at 9:30 a.m. (prevailing central time) [Dkt No. 484].

3. The party filing this Notice intends to call Trent Shelton to testify at the scheduled hearing by telephone and video technology.

4. The party filing this Notice asserts that the following reasons constitute good cause in compelling circumstances for the Court to permit remote testimony by the witness under Federal Rule of Civil Procedure 43: to minimize travel and other expenses related to attending the hearing in person.

5. Any party-in-interest may file an objection to this Notice within seven (7) days prior to the scheduled evidentiary hearing or trial by filing an objection into the record. If no party in interest files a timely objection, the Court will allow the identified witness to provide testimony remotely using the Court's telephone and video technology. If a timely objection is filed and the Court sustains the objection both the witness and the objector must appear in person at the scheduled evidentiary hearing or trial.

6. This Notice may be withdrawn at any time prior to the scheduled hearing.

Dated: June 26, 2026

---

¹ An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26-10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

<u>        /s/ Ryan E. Chapple          </u>
Ryan E. Chapple
Texas State Bar No. 24036354
Email: rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile

***ATTORNEY FOR JOSEPH GARZA***

**NOTICE OF INTENT TO ADDUCE TESTIMONY—PAGE 2**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice has been served on counsel for Debtor, Debtor, the U.S. Trustee, and all parties receiving or entitled to notice through CM/ECF on this 26th day of June 2026.

**DEBTOR:**
Crosby Dredging, LLC
c/o Kurt Crosby
P.O. Box 1226
Galliano, LA 70354

**DEBTOR'S ATTORNEY:**
Avery Autin
Greta M. Brouphy
Katherine Elizabeth Clark
Michael E. Landis
Samuel Riccardi
Benjamin Kadden
Coleman Torrans
**Lugenbuhl, Wheaton, Peck, Rankin**
601 Poydras St
Suite 2775
New Orleans, LA 70130

Michael D. Rubenstein
**Liskow & Lewis**
First City Tower
1001 Fannin St., Suite 1800
Houston, TX 77002

**U.S. TRUSTEE:**
Office of the U.S. Trustee
DOJ-Ust
600 S. Maestri Place
Suite 840-T
New Orleans, LA 70130

**COUNSEL FOR THE U.S. TRUSTEE:**
Amanda Burnette George
DOJ-Ust
600 S. Maestri Place
Suite 840-T
New Orleans, LA 70130

_____/s/ Ryan E. Chapple_____
Ryan E. Chapple

**NOTICE OF INTENT TO ADDUCE TESTIMONY—PAGE 3**