**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:** | **CASE NO: 26-10678** <br> **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION, LLC,** *et al.,* [1] | **CHAPTER 11** <br><br> **COMPLEX CASE** |
| **Debtors.** | **SECTION: A** |

## STATEMENT OF ADAMS & REESE LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Adams & Reese LLP ("**Adams & Reese**" or the "**Firm**"), hereby files this Statement (the "**Statement**") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rule 2019**"). Adams & Reese currently represents or has represented the following entities:

### A. PNC Bank, National Association

Adams & Reese represents PNC Bank, National Association ("**PNC Bank**") in these bankruptcy cases. PNC Bank is a creditor of certain debtors and other Crosby entities and related parties in connection with certain credit facilities, serving as lender under one facility and as agent and a lender under the other. Adams & Reese's representation encompasses the related enforcement and bankruptcy matters. The nature and extent of PNC Bank's claims are set forth in pleadings that have been filed on behalf of PNC Bank.

### B. City National Bank of Florida

Adams & Reese represented City National Bank of Florida ("**City National Bank**") in connection with pre-petition arrest of vessels that secure its credit facility. Adams & Reese does not represent City National Bank in these bankruptcy cases, rather City National Bank is represented by the Carlton Fields firm in these cases.

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 26-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026

### C. <u>Ecoserv, LLC and Ecoserv Environmental Services, LLC</u>

Adams & Reese represents Ecoserv, LLC and Ecoserv Environmental Services, LLC.  Ecoserv Environmental Services, LLC is a customer of one of the debtors, Crosby Tugs, L.L.C.  Ecoserv, LLC and Ecoserv Environmental Services, LLC are not creditors of the debtors but are named defendants in Adversary Proceeding Case No. 26-1018.

### D. <u>Harvey Gulf International Marine, LLC and Harvey Seas, LLC</u>

Adams & Reese represents Harvey Gulf International Marine, LLC and Harvey Seas, LLC (collectively, "**Harvey**"), plaintiffs in pending litigation involving Crosby Tugs, L.L.C., in the United States District Court for the Eastern District of Louisiana Case No. 21-258 c/w 21-337, 21-464, 21-822, 21-1968, 21-1969, 21-1981, 21-1982, 21-2075, and 21-2227 (the "**Breakaway Litigation**").  The Debtors and Harvey have filed a joint motion requesting relief from the automatic stay as to the Breakaway Litigation [ECF Doc. 494].

Adams & Reese reserves the right to amend or supplement this Statement as additional relevant information becomes known.

Respectfully submitted,

**ADAMS & REESE LLP**

*/s/ Richard A. Aguilar*
Richard A. Aguilar (La. Bar #17439)
Francis V. Liantonio, Jr. (La. Bar #19282)
Mark J. Chaney III (La. Bar #35704)
G. Robert Parrott II (La. Bar #37511)
ADAMS & REESE LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
richard.aguilar@arlaw.com
frank.liantonio@arlaw.com
mark.chaney@arlaw.com
robert.parrott@arlaw.com

*Counsel for PNC Bank, National Association, Ecoserv, LLC, Ecoserv Environmental Services, LLC, Harvey Gulf International Marine, LLC, and Harvey Seas, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 26, 2026, a true and correct copy of the foregoing Statement of Adams & Reese LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 was served via the Court's CM/ECF electronic filing system on all parties registered to receive such notice.

*/s/ Richard A. Aguilar*
Richard A. Aguilar