**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                      CASE NO.: 26-10678

**CROSBY MARINE TRANSPORTATION,**                          **CHAPTER 11**
**LLC**

---

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE THAT:**

The undersigned has been asked to serve as additional counsel of record for Jarred Cheramie in the above-referenced bankruptcy case, and files this Notice of Appearance and Request for Notice in the above-referenced proceeding and requests that all notices given or required to be given in this case and all documents served or required to be served in this case be given or served upon same at the address and/or email address listed as follows:

Katilyn M. Hollowell (#37729)
katie.hollowell@keanmiller.com
KEAN MILLER LLP
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA  70802
Telephone: (225) 387-0999
Telecopier: (225) 388-9133

**FURTHER NOTICE** is hereby given that the foregoing request includes all notices and copies of all motions, notices, reports, briefs, applications, complaints, demands, hearings, pleadings, adversary proceedings, proposed orders, confirmed copies of orders,

1

4906-1421-4583 v1

any proposed disclosure statement or plan of reorganization, or request, formal or informal, whether transmitted or conveyed by mail, email, fax or otherwise that has been filed with the court, any other documents or instruments filed in the above-referenced case and any other matter in which notice is required pursuant to Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure.

**FURTHER NOTICE** is hereby given that this Notice of Appearance and any later appearance, pleading, claim or suit shall not be deemed to be a waiver of the rights of for Jarred Cheramie (1) to have final orders in matters and proceedings in which a Bankruptcy Court does not have the power to enter a final order under Article III of the Constitution entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any rights, actions, or defenses relating to the scope of the Bankruptcy Court's jurisdiction, or (5) to any other rights, claims, actions, defenses, setoffs, or recoupments to which for Jarred Cheramie is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments for Jarred Cheramie expressly reserves. Nor shall this Notice of Appearance be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

4906-1421-4583 v1

Dated: June 26, 2026

Respectfully submitted:

KEAN MILLER LLP
*/s/ Katilyn M. Hollowell*
Katilyn M. Hollowell (Bar Roll No. 37729)
katie.hollowell@keanmiller.com
KEAN MILLER LLP
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA  70802
Telephone: (225) 387-0999

***Attorney for Jarred Cheramie***

3

4906-1421-4583 v1