**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION,** | § | |
| **LLC, et al.,** | § | **Chapter 11** |
| Debtors.¹ | § | **(COMPLEX CASE)** |
| | § | |
| | § | **SECTION: A** |

### CERTIFICATE OF SERVICE

I, Eric Mai, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On June 26, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Order Granting Motion for an Order (A) Establishing a Bar Date for Filing Proofs of Claim, (B) Approving the Modified Form Proof of Claim with Addendum for Creditors Asserting Statutory Liens, (C) Approving the Bar Date Notice, (D) Authorizing the Debtors to Provide Notice of the Bar Date, and (E) Providing for Other Relief Sought Herein** [Docket No. 564]

Dated: June 26, 2026

*/s/ Eric Mai*
Eric Mai
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855-570-4247
Email: TeamCrosby@stretto.com

---

¹ An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| ATLANTIC MARINE CLEANING LLC | | PO BOX 40745 | | | JACKSONVILLE | FL | 32203 |
| COLBY SERVICE & SUPPLY | C/O PSARELLIS & ASSOCIATES | ATTN:  STEVEN E. PSARELLIS | 3939 N. CAUSEWAY BLVD. | STE 100 | METAIRIE | LA | 70002 |
| DELTA COAST CONSULTANTS LLC | | 631 SOUTH HOLLYWOOD ROAD | | | HOUMA | LA | 70360 |
| DELTA COAST CONSULTANTS LLC | ATTN: STANWOOD R. DUVAL | 101 WILSON AVENUE | | | HOUMA | LA | 70364 |
| DELTA FUEL CO. | C/O NORRIS LAW FIRM | 8 N. OAK STREET | | | VIDALIA | LA | 71373 |
| DIX AGENCY BROWNSVILLE, L.P. | | 5500 R L OSTOS RD. | | | BROWNSVILLE | TX | 78521 |
| DIX AGENCY BROWNSVILLE, L.P. | | 400 OSTOS RD. | | | BROWNSVILLE | TX | 78521 |
| ENVIRONMENTAL SAFETY & HEALTH | ATTN: EDDIE PULLARO; JASON LYONS | 1054 WEST TUNNEL BLVD. | | | HOUMA | LA | 70360 |
| GAUBERT OIL CO. | C/O GAUDRY RANSON HIGGINS & GREMILLION | 401 WHITNEY AVE. | STE 500 | | GRETNA | LA | 70056 |
| GULF COAST INTERNATIONAL LLC | | 7608 HWY 90 WEST | | | NEW IBERIA | LA | 70560 |
| GULF MARINE REPAIR CORP. | C/O TURKEL CUVA BARRIOS P.A. | ATTN: ANTHONY J. CUVA | 100 N. TAMPA STREET | STE 1900 | TAMPA | FL | 33602 |
| HERCULES WIRE ROPE | | 3404 TROTTER COURT | | | HOUMA | LA | 70363 |
| HERCULES WIRE ROPE | ATTN: LINDSEY M. JOHNSON | 650 POYDRAS STREET | SUITE 2400 | | NEW ORLEANS | LA | 70130 |
| JIMMIE LODRIGUE | C/O DISCON LAW FIRM, LLC | ATTN: THOMAS M. DISCON | 424 N. CAUSEWAY BLVD. | SUITE A | MANDEVILLE | LA | 70448 |
| JONATHAN SARRADET | C/O WRIGHT, ROY & EDWARDS, LLC | ATTN: ROSS F. ROUBION DOMENGEAUX | 556 JEFFERSON STREET | SUITE 500 | NEW ORLEANS | LA | 70501 |
| JOSE GARZA | C/O CAIN & SKARNULIS PLLC | 303 COLORADO STREET | SUITE 2850 | | AUSTIN | TX | 78701 |
| LEONARD GOOSBY | ATTN:  J. CHRISTOPHER ZAINEY, JR | 701 MAGAZINE ST. | | | NEW ORLEANS | LA | 70130 |
| MARINE FUELING SOLUTIONS | | 9222 OLD YACHT CLUB ROAD | | | PORT ARTHUR | TX | 77642 |
| MORRISON MATHERNE | | 162 SUZANNE ST. | | | LAROSE | LA | 70373 |
| O NEAL STEEL LLC | | PO BOX 934243 | | | ATLANTA | GA | 31193 |
| PEDRO COLON | C/O THE CALUDA GROUP, LLC | ATTN: WILLIAM G. CHERBONNIER JR | 2550 BELLE CHASSE HWY. | STE. 215 | GRETNA | LA | 70053 |
| SAMARITAN FUND PROGRAM | C/O DUPLASS APLC | 433 METAIRIE ROAD | SUITE 600 | | METAIRIE | LA | 70005 |
| SHELTON ALFRED | | 301 COLES CREEK DR. | | | CARENCRO | LA | 70520 |
| SHELTON ALFRED | ATTN: ARMY LONG , GORDON ARATA | 1015 SAINT JOHN STREET | | | LAFAYETTE | LA | 70501 |
| SKYLAR TAYLOR | ATTN: JENNIFER EDDINGTON PRIEBE | 5333 MAGAZINE STREET | | | NEW ORLEANS | LA | 70115 |
| SKYLINE STEEL | | 3867 PLAZA TOWER DR. | | | BATON ROUGE | LA | 70816 |
| SKYLINE STEEL | | 300 TECHNOLOGY CENTER WAY | SUITE 450 | | ROCK HILL | SC | 29730 |
| SOUTH WEST SHIPYARD | C/O NATHAN SOMMERS GIBSON DILLON PC | 1400 POST OAK  BLVD. | SUITE 300 | | HOUSTON | TX | 77056 |
| VLS ENVIRONMENTAL SOLUTIONS | | 19500 STATE HWY 249 | SUITE 440 | | HOUSTON | TX | 77070 |
| ZACHARY BLANKENSHIP | C/O BROUSSARD, DAVID & MOROUX | ATTN: BLAKE R. DAVID | 557 JEFFERSON STREET | | LAFAYETTE | LA | 70501 |

In re: Crosby Marine Transportation, LLC, et al.
Case Number: 26-10678 (MSG)

Page 1 of 1