**UNITED STATES BANKRTUPCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION,** | § | |
| **LLC,** | § | **Chapter 11** |
| | § | **COMPLEX CASE** |
| Debtors.[1] | § | |
| | § | **SECTION: A** |

**NOTICE OF HEARING AND DEADLINES**
[Relates to ECF Doc. 571]

**PLEASE TAKE NOTICE** that on June 30, 2026, the Debtors filed:

- *Debtors' Expedited Motion for Entry of (A) an Order (I) Approving Bidding Procedures for the Sale of the Debtors' Assets, (II) Approving Stalking Horse Bid Protections, (III) Scheduling Certain Dates with Respect Thereto, (IV) Approving the Form and Manner of Notice Thereof, and (V) Approving Contract Assumption and Assignment Procedures, and (B) an Order Authorizing the Debtors to Enter into Definitive Purchase Agreements* (the "**Bid Procedures Motion**") [ECF Doc. 571].

**PLEASE TAKE FURTHER NOTICE** that the Bid Procedures Motion was served on all parties receiving CM/ECF notice on June 30, 2026, and served on the parties listed on the applicable Limited-Service List on July 1, 2026.

**PLEASE TAKE FURTHER NOTICE** that—as approved as an expedited hearing and noticed in the Bid Procedures Motion - pursuant to Part V of the Court's Complex Case Procedures—a hearing will be conducted on the Bid Procedures Motion on **Friday, July 17, 2026, at 9:00 a.m. (prevailing Central Time)** at the United States Bankruptcy Court, 500 Poydras St., Courtroom B- 709, New Orleans, Louisiana 70130. Parties in Interest may participate in the

---

[1]  An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

hearing (i) in person; (ii) by telephone only (dial in: 504.517.1385, access code: 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/judgegrabill (meeting code: "judgegrabill").

**PLEASE TAKE FURTHER NOTICE** that—as noticed in the Bid Procedures Motion - pursuant to Part V of the Court's Complex Case Procedures—if you object to the relief requested in the Bid Procedure Motion, you must respond in writing. Unless directed otherwise by the Court, you must file your response with the clerk of the bankruptcy court no later than **Wednesday, July 15, 2026 by 12:00 p.m. (noon) (prevailing Central Time)** before the hearing date. You must served pursuant to the applicable provisions of the Bankruptcy Code, Rules of Bankruptcy Procedure, and this Court's Local Rules and Complex Case Procedures.  Any Witness Lists, Exhibits Lists and Reply Briefs shall be filed with the Court on or before **Thursday, July 16, 2026, at 12:00 (noon) (prevailing Central Time)** and properly served.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bid Procedures Motion is on file and available for review at the website of the Debtors' noticing agent, https://cases.stretto.com/crosby/court-docket/, and at the Office of the Clerk of Court of the United States Bankruptcy Court at Room B-601, Hale Boggs Federal Bldg., 500 Poydras Street, New Orleans, Louisiana 70130.

Dated: July 1, 2026

Respectfully submitted:

*/s/Benjamin W. Kadden*
Benjamin W. Kadden, La. Bar No. 29927
bkadden@lawla.com
Stewart F. Peck, La. Bar No. 10403
speck@lawla.com
Douglas S. Draper, La. Bar No. 5073
ddraper@lawla.com
Greta M. Brouphy, La. Bar No. 26216

gbrouphy@lawla.com
Coleman L. Torrans, La Bar No. 38917
ctorrans@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin &
Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2775
New Orleans, LA  70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

*Counsel for Debtors and
Debtors in Possession*