**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION,** | § | |
| **LLC, et al.,** | § | **Chapter 11** |
| Debtors.[1] | § | **(COMPLEX CASE)** |
| | § | |
| | § | **SECTION: A** |

## CERTIFICATE OF SERVICE

I, Eric Mai, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 1, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Debtors' Expedited Motion for Entry of (A) an Order (I) Approving Stalking Horse Bidding Procedures for the Sale of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling Certain Dates with Respect Thereto, (IV) Approving the Form and Manner of Notice Thereof, and (V) Approving Contract Assumption and Assignment Procedures, and (B) an Order Authorizing the Debtors to Enter Into Definitive Purchase Agreements** [Docket No. 571]

- **Debtors'** *Ex Parte* **Motion for Expedited Hearing on Debtors' Expedited Motion for Entry of (A) an Order (I) Approving Stalking Horse Bidding Procedures for the Sale of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling Certain Dates with Respect Thereto, (IV) Approving the Form and Manner of Notice Thereof, and (V) Approving Contract Assumption and Assignment Procedures, and (B) an Order Authorizing the Debtors to Enter Into Definitive Purchase Agreements** [Docket No. 572]

- **Order Granting Motion to Expedite Hearing** [Docket No. 573]

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

- **Notice of Hearing and Deadlines [Relates to ECF Doc. 571]** [Docket No. 574]

Dated: July 1, 2026

*/s/ Eric Mai*
Eric Mai
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855-570-4247
Email: TeamCrosby@stretto.com

# **Exhibit A**



**Exhibit A**
Served Via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| AFS/IBEX FINANCIAL SERVICE INC | | 5080 SPECTRUM DRIVE | SUITE 750E | | ADDISON | TX | 75001 |
| AFS/IBEX FINANCIAL SERVICE INC | | PO BOX 650786 | | | DALLAS | TX | 75265-0786 |
| ALLY BANK | C/O AIS PORTFOLIO SERVICES, LLC | ATTN: ALLY BANK DEPARTMENT | 4515 N SANTA FE AVE. | | OKLAHOMA CITY | OK | 73118 |
| ALO ADVANCE | C/O BCICAPITAL | 100 BISCAYNE BLVD. | STE 2303 | | MIAMI | FL | 33132 |
| AMERIS BANK D/B/A BALBOA CAPITAL CORPORATION | C/O HINSHAW & CULBERTSON LLP | ATTN: TABITHA O. MANGANO | 400 POYDRAS STREET | STE. 3150 | NEW ORLEANS | LA | 70130 |
| AQUA CAPITAL, LLC | | 600 SUMMER ST. | STE. 204 | | STAMFORD | CT | 6901 |
| AQUA CAPITAL, LLC | ATTN: SAMUEL OLLUNGA | 41 MADISON AVENUE | 31ST FLOOR | | NEW YORK | NY | 10010 |
| AQUA CAPITAL, LLC | C/O AGENTS AND CORPORATIONS, INC. | 1201 ORANGE ST | STE 600 | ONE COMMERCE CENTER | WILMINGTON | DE | 19801 |
| ARBA CREDIT INVESTORS III, L.P. | ATTN: HENRY A. KING, JOHN A. CANGELOSI, RYAN M. GINN | C/O KING & JURGENS, LLC | 201 ST. CHARLES AVENUE 45TH FLOOR | | NEW ORLEANS | LA | 70170 |
| ARBA CREDIT INVESTORS III, L.P. | C/O KING & JURGENS, LLC | ATTN: HENRY A KING, JOHN A. CANGELOSI, RYAN M. GINN | 201 ST. CHARLES AVENUE | SUITE 4500 | NEW ORLEANS | LA | 70170 |
| ATLANTIC UNION EQUIPMENT FINANCE, INC. | | 2475 NORTHWINDS PKWY. | SUITE 330 | | ALPHARETTA | GA | 30009 |
| ATLANTIC UNION EQUIPMENT FINANCE, INC. | C/O GOLDSTEIN & PRICE L.C. | ATTN: RICHARD D. MCNELLEY | 701 MARKET STREET | SUITE 1500 | ST. LOUIS | MO | 63101 |
| BANC OF AMERICA LEASING & CAPITAL, LLC | ATTN: DEBORAH JOHNSON | 600 PEACHTREE ST NE | STE 2000 | | ATLANTA | GA | 30308-2203 |
| BNA MARINE SERV | | 1022 JACKSON ROAD | | | AMELIA | LA | 70340 |
| BNA MARINE SERV. | | P.O. BOX 150 | | | MORGAN CITY | LA | 70381 |
| BREEZE FUNDING | | 163 AVENIDA DEL MAR | | | SAN CLEMENTE | CA | 92672 |
| BRIAN CLOYD, LEWIS ANDREWS, WALLACE MCCRAY, PATRICK BURNETT (THOR CLAIMANTS) AND JOSEPH GARZA | C/O CAIN & SKARNULIS PLLC | ATTN: RYAN E. CHAPPLE | 303 COLORADO STREET | SUITE 2850 | AUSTIN | TX | 78701 |
| CAMERON PARISH TAX COLLECTOR | | PO BOX 1250 | | | CAMERON | LA | 70631 |
| CANAL BARGE CO., INC. | | 835 UNION STREET | | | NEW ORLEANS | LA | 70112-1469 |
| CANAL BARGE CO., INC. LOCKBOX | | P. O. BOX 919290 | | | DALLAS | TX | 75391-9290 |
| CATHERINE MARINE SERVICE | | 3109 NW | 25TH AVENUE | | POMPANO BEACH | FL | 33069 |
| CATHERINE MARINE SERVICE | | PO BOX 2052 | | | HOUMA | LA | 70361 |
| CEDAR ADVANCE LLC | | 5401 COLLINS AVENUE | CU-9A | | MIAMI BEACH | FL | 33140 |
| CEDAR ADVANCE LLC | C/O AGENTS AND CORPORATIONS | 91 NINTH STREET SOUTH | SUITE 330 | | NAPLES | FL | 34102 |
| CEDAR ADVANCE, LLC | C/O AGENTS AND CORPORATIONS | 1201 ORANGE ST | STE 600 | ONE COMMERCE CENTER | WILMINGTON | DE | 19801 |
| CELTIC ADVANCE | C/O RICKIN DESAI LAW P.C. | 167 MADISON AVENUE | SUITE 205 | #3008 | NEW YORK | NY | 10016 |
| CELTIC ADVANCE, LLC | ATTN: DEBORAH JOHNSON | 251 LITTLE FALLS DRIVE | | | WILMINGTON | DE | 19808 |
| CGBM 100 | | 2740 INDIANA AVE. | | | KENNER | LA | 70062 |
| CGBM 100 | | PO BOX 2283 | | | KENNER | LA | 70063 |
| CGBM 100, LLC & ACCUTRANS FLEETING SERVICES, LLC | C/O FISHMAN HAYGOOD, L.L.P. | ATTN: TRISTAN MANTHEY; CHERIE DESSAUER NOBLES | 201 ST. CHARLES AVE. | 46TH FLOOR | NEW ORLEANS | LA | 70170 |
| CHOICE FINANCIAL GROUP | C/O NEWMAN, MATHIS, BRADY & SPEDALE | ATTN: SIERRA E. GRASS | 3501 N. CAUSEWAY BLVD. | SUITE 300 | METAIRIE | LA | 70002 |
| CITIZENS ASSET FINANCE | | 71 SOUTH WACKER DRIVE | 29TH FLOOR | | CHICAGO | IL | 60606 |
| CITIZENS ASSET FINANCE | C/O KELLY HART PITRE | ATTN: RICK M. SHELBY | 400 POYDRAS STREET | SUITE 1812 | NEW ORLEANAS | LA | 70130 |
| CITIZENS ASSET FINANCE | C/O RIEMER & BRAUNSTEIN LLP | ATTN: PHILIP J. BLOCK | 71 S. WACKER DRIVE | SUITE 3515 | CHICAGO | IL | 60606 |
| CITY NATIONAL BANK OF FLORIDA | ATTN: MATTHEW C. GUY | 701 POYDRAS STREET | SUITE 4500 | | NEW ORLEANS | LA | 70139 |
| CITY NATIONAL BANK OF FLORIDA | C/O BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | ATTN: PATRICK K. CAMERON | 100 LIGHT STREET | | BALTIMORE | MD | 21202 |
| CITY NATIONAL BANK OF FLORIDA | C/O BCICAPITAL | ATTN: ELIZABETH PERKINS | 390 NORTH ORANGE AVENUE | SUITE 100 | ORLANDO | FL | 32801 |
| CLEARFUND SOLUTIONS, LLC | ATTN: BRIAN TREBELS | 99 WALL STREET | 2613 | | NEW YORK | NY | 10005 |
| COLDWATER CAPITAL, LLC | ATTN: TOMMY D. PITRE | 109 SOUTH SPRING STREET | FLOOR 1 | | BROOKLYN | NY | 11249 |
| COLDWATER CAPITAL, LLC | C/O THE CORPORATION TRUST COMPANY | CORPORATION TRUST CENTER | 1209 ORANGE ST | | WILMINGTON | DE | 19801 |
| COOPER INVESTMENTS, LLC | ATTN: MICHAEL POPE | 600 SUMMER ST. | STE. 204 | | STAMFORD | CT | 6901 |
| COOPER INVESTMENTS, LLC | ATTN: SAMUEL OLLUNGA | 41 MADISON AVENUE | 31ST FLOOR | | NEW YORK | NY | 10010 |
| C-PORT / STONE LLC | | PO BOX 674554 | | | DALLAS | TX | 75267-4554 |
| C-PORT / STONE LLC. | ATTN: DANIEL D. HENRY, JR. | 16201 EAST MAIN STREET | | | CUT OFF | LA | 70345 |
| DAVID W. ASBACH | ATTN: AMANDA B. GEORGE | 600 S. MAESTRI ST. | SUITE 840-T | | NEW ORLEANS | LA | 70130 |
| DELATA360 | | 521 MAIN STREET | | | NATCHEZ | MS | 39120 |
| DELATA360 | | PO BOX 737514 | | | DALLAS | TX | 75373-7514 |
| DELTA COAST CONSULTANTS LLC | C/O DUVAL, FUNDERBURK, SUNDBERY, RICHARD & WATKINS, APLC | ATTN: STANWOOD R. DUVAL | 101 WILSON AVENUE | PO BOX 3017 | HOUMA | LA | 70361 |
| DEPENDENCE PLATINUM | | CORPORATION CRETIONS NETWORK INC | 801 US HIGHWAY 1 | | NORTH PALM BEACH | FL | 33408 |
| DEPENDENCE PLATINUM | C/O EPSTEIN & FAHRENKOPF, LLP LOGAN FAHRENKOPF | 205 HUDSON STREET | FLOOR 7 | | NEW YORK | NY | 10013 |
| DIESEL SOURCE, INC. | | 158 TECHNOLOGY LN. | | | GRAY | LA | 70359 |

In re: Crosby Marine Transportation, LLC, et al.
Case Number: 26-10678 (MSG)

Page 1 of 4



**Exhibit A**
Served Via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| DIESEL SOURCE, INC. | | PO BOX 8014 | | | HOUMA | LA | 70361 |
| DIX AGENCY BROWNSVILLE LP | C/O ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP | ATTN: JAMES H. HUNTER, JR.; VALUARY CISNEROS | 222 N. EXPRESSWAY 77/83 | STE 100 | BROWNSVILLE | TX | 78521 |
| DIX AGENCY BROWNSVILLE LP | C/O ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP | ATTN: BLAKE E. BACHTEL | 1415 LOUISIANA STREET | SUITE 4200 | HOUSTON | TX | 77002-7380 |
| ECOSERV, LLC AND ECOSERV ENVIRONMENTAL SERVICES, LLC | C/O ADAMS & REESE LLP | ATTN: G. ROBERT PARROTT II; FRANCIS V. LIANTONIO, JR. | 701 POYDRAS STREET | SUITE 4500 | NEW ORLEANS | LA | 70139 |
| ELGA ONE, LLC-SERIES III | ATTN: BRIAN TREBELS | 221 WAUKEGAN ROAD | SUITE 100 | | NORTHFIELD | IL | 60093-2755 |
| ELGA ONE, LLC-SERIES III | C/O BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | ATTN: DANIEL C. RODGERS | 201 ST. CHARLES AVENUE | SUITE 3600 | NEW ORLEANS | LA | 70170 |
| ELITE DIESEL PERFORMANCE | | 221 NORTH HOLLYWOOD RD. | | | HOUMA | LA | 70364 |
| ELITE DIESEL PERFORMANCE, LLC | C/O ROBERT LANDRY LAW FIRM, LLC | ATTN: ROBERT J. LANDRY | 7837 MAIN STREET | | HOUMA | LA | 70360 |
| EN OD CAPITAL | | 1202 AVENUE U | STE 115 | | BROOKLYN | NY | 11229 |
| EN OD CAPITAL | C/O ISSAC AKERMAN- MADEB LAW, PLLC | 1202 AVENUE U | #1287 | | BROOKLYN | NY | 11229 |
| EXTREME WELDING SERVICE, LLC | | 18367 HWY 3235 | | | GALLIANO | LA | 70354 |
| FIELD SERVICE HYDRAULICS | | 40364 ABBY JAMES ROAD | | | PRAIRIEVILLE | LA | 70769 |
| FOREVER FUNDING LLC | ATTN: JOHN P. MINNIS | REGISTERED AGENTS INC. | 2839 MAIN ST. | SUITE 100 | GLASTONBURY | CT | 6033 |
| FOREVER FUNDING LLC | C/O CORPORATION SERVICE COMPANY | 251 LITTLE FALLS DRIVE | | | WILMINGTON | DE | 19808 |
| FOREVER FUNDING LLC | C/O GENE ROSEN'S LAW FIRM | 200 GARDEN CITY PLAZA | SUITE 405 | | GARDEN CITY | NY | 11530 |
| FREEDOM FUNDING LLC | | 600 SUMMER ST. | STE. 204 | | STAMFORD | CT | 6901 |
| FREEDOM FUNDING LLC | ATTN: SAMUEL OLLUNGA | 41 MADISON AVENUE | 31ST FLOOR | | NEW YORK | NY | 10010 |
| GALT FUNDING CO | | 600 SUMMER ST. | STE. 204 | | STAMFORD | CT | 6901 |
| GALT FUNDING CO | ATTN: SAMUEL OLLUNGA | 41 MADISON AVENUE | 31ST FLOOR | | NEW YORK | NY | 10010 |
| GRAY & COMPANY, INC. | | 3325 W. POLK ROAD | | | HART | MI | 49420 |
| GRAY & COMPANY, INC. | | PO BOX 6202 | | | METAIRIE | LA | 70009-6202 |
| GREATER LAFOURCHE PORT COMMISSION | | ATTN: BRYCE AUTIN | 16829 EAST MAIN STREET | | CUT OFF | LA | 70345 |
| GREEN COUNTRY ROOFTOPS & RESTORATION | | 1420 HELIOS AVE | | | METAIRIE | LA | 70005 |
| HANCOCK WHITNEY BANK | ATTN: TOMMY D. PITRE | 7910 MAIN STREET | | | HOUMA | LA | 70360 |
| HARVEY SEAS, LLC & HARVEY GULF INTERNATIONAL MARINE, LLC | C/O ADAMS & REESE LLP | ATTN: G. ROBERT PARROTT II | 701 POYDRAS STREET | SUITE 4500 | NEW ORLEANS | LA | 70139 |
| HEEREMA MARINE CONTRACTORS NEDERLAND, S.E. | C/O BRADLEY ARANT BOULT CUMMINGS LLP | ATTN: JOSHUA LESSER | JPMORGAN CHASE TOWER | 600 TRAVIS STREET, SUITE 5600 | HOUSTON | TX | 77002 |
| HERCULES WIRE ROPE & SLING CO. | | 3404 TROTTER COURT | | | HOUMA | LA | 70363-5480 |
| HOUMA OILFIELD PUMP AND SUPPLY CO, LLC | C/O ROBERT LANDRY LAW FIRM, LLC | ATTN: ROBERT J. LANDRY | 7837 MAIN STREET | | HOUMA | LA | 70360 |
| HYDROTERRA TECHNOLOGIES, LLC | | 1129 HUVAL LANE | | | BREAUX BRIDGE | LA | 70517 |
| HYDROTERRA TECHNOLOGIES, LLC | | PO BOX 660579 | | | DALLAS | LA | 75266-0579 |
| INSIGHT CAPITAL LLC | | CORPORATION SERVICE COMPANY | 251 LITTLE FALLS DRIVE | | WILMINGTON | DE | 19808 |
| INSIGHT CAPITAL LLC | C/O RODERICK WOODS, P.C. | 880 THIRD AVE. | FIFTH FLOOR | | NEW YORK | NY | 10022 |
| INTERNAL REVENUE SERVICE | | P.O. BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 |
| J.J. ASTOR & CO. | ATTN: ALEXANDER J. DEGIULIO | 2300 ENERGY CENTRE | 1100 POYDRAS STREET | | NEW ORLEANS | LA | 70163-2300 |
| J.J. ASTOR & CO. | ATTN: MICHAEL POPE | 26 S RIO GRANDE STREET | #2072 | | SALT LAKE CITY | UT | 84101 |
| J.J. ASTOR & CO. | C/O BARTON LLP | ATTN: ELLIOT S. WEISS | 711 THIRD AVENUE | 14TH FLOOR | NEW YORK | NY | 70017 |
| JARRED CHERAMIE | C/O KEAN MILLER LLP | ATTN: KATILYN M. HOLLOWELL | 400 CONVENTION STREET | SUITE 700 | BATON ROUGE | LA | 70802 |
| JARRED CHERAMIE | C/O KEAN MILLER LLP | ATTN: KATILYN M. HOLLOWELL | PO BOX 3513 (70821-3513) | | BATON ROUGE | LA | 70802 |
| JIMMIE LODRIGUE | C/O DISCON LAW FIRM | ATTN: THOMAS M. DISCON | 424 N. CAUSEWAY BLVD. | SUITE A | MANDEVILLE | LA | 70448 |
| JONATHAN SARRADET | C/O GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC | ATTN: ARMISTEAD M. LONG | 1015 SAINT JOHN STREET | | LAFAYETTE | LA | 70501 |
| KENTWOOD SPRINGS | | 1150 ASSEMBLY DRIVE | SUITE 800 | | TAMPA | FL | 33607 |
| KENTWOOD SPRINGS | | PO BOX 660579 | | | DALLAS | TX | 75266-0579 |
| KIRBY INLAND MARINE, INC | ATTN:MARIA TAVARES-ACCOUNTING | 55 WAUGH DRIVE | 8TH FLOOR | | HOUSTON | TX | 77007 |
| KIRBY INLAND MARINE, LP | C/O TROUTMAN PEPPER LOCKE, LLP | ATTN: JASON M. CERISE, OMER F. KUEBEL | 601 POYDRAS STREET | SUITE 2660 | NEW ORLEANS | LA | 70130 |
| KIRBY INLAND MARINE, LP | C/O TROUTMAN PEPPER LOCKE, LLP | ATTN: PHILIP EISENBERG | 600 TRAVIS STREET | SUITE 2800 | HOUSTON | TX | 77002 |
| KOMPASS KAPITAL FUNDING, LLC | ATTN: AARON B. GREENBAUM | 1100 POYDRAS STREET | SUITE 2250 | | NEW ORLEANS | LA | 70163 |
| KOMPASS KAPITAL FUNDING, LLC | ATTN: JOHN P. MINNIS | 9800 METCALF AVENUE | SUITE 120 | | OVERLAND PARK | KS | 66212 |
| KOMPASS KAPITAL FUNDING, LLC | SPENCER FANE LLP | ATTN: CHRISTOPHER F. HAMILTON | 201 N. FRANKLIN ST. | STE. 2150 | TAMPA | FL | 33602 |
| KURT CROSBY | C/O BROOKS GELPI HAASE, L.L.C. | ATTN: LEO D. CONGENI | 909 POYDRAS STREET | SUITE 2325 | NEW ORLEANS | LA | 70112 |
| LAFOURCHE PARISH SHERIFF'S OFFICE | | PO BOX 5608 | | | THIBODAUX | LA | 70302 |
| LEONARD ANTHONY GOOSBY, JR. | C/O BOHMAN MOSE LLC | ATTN: HARRY MORSE | 400 POYDRAS ST. | STE 2050 | NEW ORLEANS | LA | 70130 |

In re: Crosby Marine Transportation, LLC, et al.
Case Number: 26-10678 (MSG)

Page 2 of 4



**Exhibit A**
Served Via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| LEONARD ANTHONY GOOSBY, JR. | C/O LAMBERT ZAINEY SMITH & SOSO, PLC | ATTN: J. CHRISTOPHER ZAINEY, JR. | 701 MAGAZINE STREET | | NEW ORLEANS | LA | 70130 |
| LIBERTAS FUNDING, LLC | ATTN: DAVID VERLIZZO | 411 WEST PUTNAM AVENUE | SUITE 220 | | GREENWICH | CT | 6830 |
| LOUISIANA DEPARTMENT OF REVENUE | | PO BOX 66658 | | | BATON ROUGE | LA | 70896-6658 |
| LOUISIANA DEPARTMENT OF REVENUE | C/O FLORENCE BONACCORSO-SAENZ | ATTN: SENIOR BANKRUPTCY COUNSEL/LITIGATION DIVISION | 617 NORTH THIRD STREET, OFFICE | | BATON ROUGE | LA | 70802 |
| LOUISIANA DEPARTMENT OF REVENUE | C/O LITIGATION DIVISION | ATTN: FLORENCE BONACCORSO-SAENZ | PO BOX 4064 | | BATON ROUGE | LA | 70821-4064 |
| LOUISIANA WORKFORCE COMMISSION | ATTN: UI TAX AND ADJUDICATIONS | ATTN: BANKRUPTCY UNIT | PO BOX44127 | | BATON ROUGE | LA | 70804-4127 |
| M C BANK & TRUST COMPANY | C/O BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. | ATTN: TREVOR C. MOSBY | 201 ST. CHARLES AVENUE, SUITE 3600 | | NEW ORLEANS | LA | 70170 |
| MARMAC, LLC | ATTN: CRAIG W BREWER | 3500 N. CAUSEWAY BLVD. | STE 820 | | METAIRIE | LA | 70002 |
| MARMAC, LLC | C/O BOHMAN MOSE LLC | ATTN: HARRY MORSE | 400 POYDRAS ST. | STE 2050 | NEW ORLEANS | LA | 70130 |
| MARSHLAND EQUIPMENT RENTALS | | 9545 WARD LINE ROAD | | | BELL CITY | LA | 70639 |
| MARSHLAND EQUIPMENT RENTALS, LLC | C/O TAYLOR, PORTER, BROOKS & PHILIPS, LLP | ATTN: MATTHEW BOND PETTAWAY | 145 EAST STREET | | LAKE CHARLES | LA | 70601 |
| MASSE CONTRACTING INC. | | 5644 HWY 1 | | | LOCKPORT | LA | 70374 |
| MASSE CONTRACTING, INC | | PO BOX 1256 | | | RACELAND | LA | 70394 |
| MASSE CONTRACTING, INC. | C/O TROUTMAN PEPPER LOCKE, LLP | ATTN: JASON M. CERISE, OMER F. KUEBEL | 601 POYDRAS STREET | SUITE 2660 | NEW ORLEANS | LA | 70130 |
| MASSE CONTRACTING, INC. | C/O TROUTMAN PEPPER LOCKE, LLP | ATTN: PHILIP EISENBERG | 600 TRAVIS STREET | SUITE 2800 | HOUSTON | TX | 77002 |
| MC BANK & TRUST COMPANY | | P.O. DRAWER 2000 | 1201 BRASHEAR AVENUE | | MORGAN CITY | LA | 70380 |
| MEGED FUNDING GROUP | | 108 W. 13TH STREET STE 100 | | | WILMINGTON | DE | 19801 |
| MEGED FUNDING GROUP | C/O EPSTEIN & FAHRENKOPF, LLP LOGAN FAHRENKOPF | 205 HUDSON STREET | FLOOR 7 | | NEW YORK | NY | 10013 |
| MOBY CAP LLC | ATTN: KATIE BRANCH | CORPORATION SERVICE COMPANY | 251 LITTLE FALLS DRIVE | | WILMINGTON | DE | 19808 |
| MOBY CAP LLC | ATTN: STEVEN ZAKHARYAYEV | 10 W 37TH STREET | FLOOR 10 | | NEW YORK | NY | 10018 |
| MYNT ADVANCE | ATTN: JIMMY SIVELY | 7901 4TH STREET N | STE 300 | | ST. PETERSBURG | FL | 33702 |
| MYNT GOLD LLC | C/O BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | ATTN: RILEY T. SVIKHART | 201 ST. CHARLES AVENUE | SUITE 3600 | NEW ORLEANS | LA | 70170 |
| NOLAN SIMONEAUX | C/O HARLAN LAW FIRM | ATTN: HANSEL M. HARLAN | 9100 BLUEBONNET CENTRE BLVD. | SUITE 102 | BATON ROUGE | LA | 70809 |
| NOVAC EQUITIES LLC | ATTN: SAMUEL OLLUNGA | 41 MADISON AVENUE | 31ST FLOOR | | NEW YORK | NY | 10010 |
| NOVAC EQUITIES LLC | MAIN OFFICE | UNITED STATES CORPORATION AGENTS, INC. | 500 POST ROAD EAST | 2ND FLOOR | WESTPORT | CT | 6880 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O HYDROTERRA TECHNOLOGIES, LLC | ATTN: KEITH J. ROBERTS | 1129 HUVAL LANE | | BREAUX BRIDGE | LA | 70517 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O KIRBY INLAND MARINE, LP | ATTN: AMY D. HUSTED | 55 WAUGH DR., SUITE 1000 | | HOUSTON | TX | 77007 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | LLC | ATTN: PATRICK K. HEBERT | 9545 WARD LINE RD. | | BELL CITY | LA | 70630 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MASSE CONTRACTING, INC | ATTN: CRAIG MASSE | 5644 HWY 1 | | LOCKPORT | LA | 70374 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O RETIF OIL & FUEL, LLC | ATTN: JORDAN RETIF | 1840 JUTLAND DR. | | HARVEY | LA | 70058 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O STEWARD & KISSEL | ATTN: ROBERT GAYDA | ONE BATTERY PARK PLAZA | | NEW YORK | NY | 10004 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O TROUTMAN PEPPER LOCKE | ATTN: RICKKUEBEL | 601 POYDRAS ST. | | NEW ORLEANS | LA | 70130 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CROSBY TUGS, LLC AND CROSBY DREDGING, LLC | C/O FISHMAN HAYGOOD, L.L.P. | ATTN: TRISTAN MANTHEY; CHERIE DESSAUER NOBLES; JOSEPH A. CANECO | 201 ST. CHARLES AVE. | 46TH FLOOR | NEW ORLEANS | LA | 70170 |
| OFFICIAL UNSECURED CREDITORS OF CROSBY TUGS, LLC & CROSBY DREDGING, LLC | C/O SEWARD & KISSEL LLP | ATTN: ROBERT J. GAYDA; CATHERINE V. LOTEMPIO; SHIVANI D. PATEL | ONE BATTERY PARK PLAZA | | NEW YORK | NY | 10004-1408 |
| ON DECK | C/O THE CORPORATION TRUST COMPANY | CORPORATION TRUST CENTER | 1209 ORANGE ST | | WILMINGTON | DE | 19801 |
| ON DECK | CUT OFF BRANCH | 4700 W. DAYBREAK PKWY. | SUITE 200 | | SOUTH JORDAN | UT | 84009 |
| ORACAP LLC | | HARVARD BUSINESS SERVICES, INC. | 16192 COASTAL HWY. | | LEWES | DE | 19958 |
| OVERTIME CAPITAL | | ONE WORLD TRADE CENTER | 285 FULTON ST. | SUITE 850 | NEW YORK | NY | 10007 |
| PARKVIEW ADVANCE | | 600 SUMMER ST. | | | STAMFORD | CT | 6901 |
| PEDRO COLON SOLORVANO | C/O THE CALUDA GROUP, LLC | ATTN: WILLIAM G. CHERBONNIER, JR. | 2550 BELLE CHASSE HWY | STE 215 | GRETNA | LA | 70053 |
| PINNACLE BUSINESS FUNDING LLC | | 1202 AVENUE U | STE. 1115 | | BROOKLYN | NY | 11229 |
| PINNACLE BUSINESS FUNDING LLC | C/O THE LLC | 75-19 147TH STREET | | | FLUSHING | NY | 11367 |
| PLAQUEMINES PARISH ASSESSOR OFFICE | | 106 AVE G | | | BELLE CHASSE | LA | 70037-2710 |
| PLAQUEMINES PARISH SALES TAX DIVISION | | 33 F. EDWARD HEBERT BLVD., BLDG. 102, SUITE 345 | | | BELLE CHASSE | LA | 70037 |
| PLAQUEMINES PARISH SHERIFF | | 8022 HIGHWAY 23 STE 302 | | | BELLE CHASSE | LA | 70037-2402 |
| PNC BANK, NATIONAL ASSOCIATION | C/O BLANK ROME LLP | ATTN: GREGORY F. VIZZA | ONE LOGAN SQUARE | 130 N. 18TH STREET | PHILADELPHIA | PA | 19103 |
| PNC BANK, NATIONAL ASSOCIATION | C/O BLANK ROME LLP | ATTN: REGINA STANGO KELBON, LAWRENCE R. THOMAS, GREGORY F. VIZZA | 1201 N. MARKET STREET | SUITE 800 | WILMINGTON | DE | 19801 |
| PNC EQUIPMENT FINANCE, LLC | ATTN: DAVID VERLIZZO | 655 BUSINESS CENTER DRIVE | SUITE 250 | | HORSHAM | PA | 19044 |
| PNC EQUIPMENT FINANCE, LLC | ATTN: JOHN E. LUCIAN | ONE LOGAN SQUARE | 130 NORTH 18TH STREET | | PHILADELPHIA | PA | 19103 |

In re: Crosby Marine Transportation, LLC, et al.
Case Number: 26-10678 (MSG)

Page 3 of 4



**Exhibit A**
Served Via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| PNC EQUIPMENT FINANCE, LLC | C/O BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | ATTN: PATRICK K. CAMERON | 100 LIGHT STREET | | BALTIMORE | MD | 21202 |
| POST ROAD EQUIPMENT FINANCE SPV, LLC | C/O LISKOW & LEWIS | ATTN: RAYMOND T. WAID; ELIZABETH B. MCINTOSH | 701 POYDRAS STREET | SUITE 5000 | NEW ORLEANS | LA | 70139 |
| POST ROAD EQUIPMENT FINANCE SPV, LLC F/K/A ENCINA EQUIPMENT FINANCE SPV, LLC | ATTN: KATIE BRANCH | 601 MERRITT 7 | STE 7 | | NORWALK | CT | 06851-1097 |
| POST ROAD EQUIPMENT FINANCE SPV, LLC F/K/A ENCINA EQUIPMENT FINANCE SPV, LLC | ATTN: RAYMOND T. WAID | 701 POYDRAS STREET | SUITE 5000 | | NEW ORLEANS | LA | 70139 |
| REBSTOCK SUPPLY COMPANY | | 18708 WEST MAIN | | | GALLIANO | LA | 70354 |
| REGIONS COMMERCIAL EQUIPMENT FINANCE, LLC | | 1900 5TH AVENUE NORTH | SUITE 2400 | | BIRMINGHAM | AL | 35203 |
| REGIONS COMMERCIAL EQUIPMENT FINANCE, LLC | ATTN: HAROLD J. FLANAGAN | 201 ST. CHARLES AVENUE | SUITE 3300 | | NEW ORLEANS | LA | 70170 |
| RELIANCE FINANCIAL FL, LLC | | CORPORATION CRETIONS NETWORK INC. | 801 US HIGHWAY 1 | | NORTH PALM BEACH | FL | 33408 |
| RELIANCE FINANCIAL FL, LLC | C/O EPSTEIN & FAHRENKOPF, LLP LOGAN FAHRENKOPF | 205 HUDSON STREET | FLOOR 7 | | NEW YORK | NY | 10013 |
| RETIF OIL & FUEL LLC | | 1840 JUTLAND DRIVE | | | HARVEY | LA | 70058 |
| RETIF OIL & FUEL, LLC | C/O TROUTMAN PEPPER LOCKE, LLP | ATTN: JASON M. CERISE, OMER F. KUEBEL | 601 POYDRAS STREET | SUITE 2660 | NEW ORLEANS | LA | 70130 |
| RETIF OIL & FUEL, LLC | C/O TROUTMAN PEPPER LOCKE, LLP | ATTN: PHILIP EISENBERG | 600 TRAVIS STREET | SUITE 2800 | HOUSTON | TX | 77002 |
| ROCKET CAPITAL NY, LLC | | 19950 WEST COUNTRY CLUB DRIVE | SUITE 902 | | AVENTURA | FL | 33180 |
| SAMARITAN FUND PROGRAM, LLC | C/O DUPLASS, APLC | ATTN: LINDSEY M. VALENTI | 400 METAIRIE ROAD | SUITE 600 | METAIRIE | LA | 70005 |
| SEA ROPES LLC | | P. O. BOX 384 | | | BELLE CHASSE | LA | 70037 |
| SKYLAR TAYLOR | C/O LUNSFORD, BASKIN & PRIEBE, PLLC | ATTN: JENNIFER EDDINGTON PRIEBE | 5333 MAGAZINE STREET | | NEW ORLEANS | LA | 70115 |
| SOUTH COAST DIESEL, L.L.C. | C/O ROBERT LANDRY LAW FIRM, LLC | ATTN: ROBERT J. LANDRY | 7837 MAIN STREET | | HOUMA | LA | 70360 |
| SOUTH LAFOURCHE BANK & TRUST COMPANY | MAIN OFFICE | 13226 WEST MAIN | PO BOX 489 | | LAROSE | LA | 70373 |
| SOUTHERN CRANE & HYDRAULICS, INC. | | P.O. BOX 39 | | | BOURG | LA | 70343 |
| SOUTHWEST SHIPYARD L.P | | DEPT. 116 | PO BOX 4458 | | HOUSTON | TX | 77210-4458 |
| SPI/MOBILE PULLEY WORKS INC. | | P. O. BOX 50010 | | | MOBILE | AL | 36605 |
| SQ ADVANCE | | REGISTERED AGENTS INC. | 7901 4TH ST. N | STE 300 | ST. PETERSBURG | FL | 33702 |
| SQ ADVANCE | C/O ATLAS ACQUISITIONS LLC | ATTN: AVI SCHILD | 492C CEDAR LANE | STE 442 | TEANECK | NJ | 7666 |
| ST. MARY PARISH TAX COLLECTOR | | 1455 RAILROAD AVE | | | MORGAN CITY | LA | 70380 |
| STATE BANK & TRUST COMPANY | C/O NEWMAN, MATHIS, BRADY & SPEDALE | ATTN: JEFFREY TOEPFER | 3501 N. CAUSEWAY BLVD. | SUITE 300 | METAIRIE | LA | 70002 |
| STATE BANK & TRUST COMPANY | CUT OFF BRANCH | 14828 WEST MAIN | | | CUT OFF | LA | 70345 |
| STATE OF LA ATTORNEY GENERAL CIVIL DIV | ATTN: CHRIS LENTO | PO BOX 94005 | | | BATON ROUGE | LA | 70804-9005 |
| STATE OF LA-DEPT OF REVENUE | | 617 NORTH THIRD STREET | | | BATON ROUGE | LA | 70802-5432 |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | PO BOX 94095 | | | BATON ROUGE | LA | 70804-4095 |
| SURGE FUNDING LLC | | HYS TAX AND ACCOUNTING FIRM INC. | 103 CHESTER AVE. | | BROOKLYN | NY | 11218 |
| SURGE FUNDING LLC | ATTN: SAMUEL OLLUNGA | 41 MADISON AVENUE | 31ST FLOOR | | NEW YORK | NY | 10010 |
| T&T SALVAGE LLC & XENOS MARINE LLC | C/O SCHOUEST, BAMDAS, SOSHEA & BENMAIER PLLC | ATTN: ROBERT P. VINING | 1001 MCKINNEY ST. | SUITE 1400 | HOUSTON | TX | 77002 |
| TERREBONNE PARISH SHERIFF'S OFFICE | ATTN ;SHERIFF TIMOTH SOIGNET | P.O. BOX 1990 | 3441 WEST PARK AVE. | | GRAY | LA | 70359 |
| THE GRAY INSURANCE COMPANY | C/O KELLY HART PITRE | ATTN: RICK M. SHELBY | 400 POYDRAS STREET | SUITE 1812 | NEW ORLEANS | LA | 70130 |
| THOMA SEA MARINE CONSTRUCTORS | | P.O. BOX 399 | | | BOURG | LA | 70343 |
| THOMA-SEA MARINE CONSTRUCTORS, L.L.C. | C/O KEAN MILLER LLP1 | ATTN: CHRISTOPHER T. CAPLINGER | 909 POYDRAS ST | SUITE 3600 | NEW ORLEANS | LA | 70112 |
| TRITON DIVING SERVICES, LLC | C/O LOOPER GOODWINE P.C. | ATTN: PAUL J. GOODWINE, LINDSEY M. JOHNSON | 650 POYDRAS STREET | SUITE 2400 | NEW ORLEANS | LA | 70130 |
| TRUE BUSINESS FUNDING | | INTERSTATE AGENT SERVICES, LLC | 8 CARROLL DR. | | SUFFERN | NY | 10901 |
| US ATTORNEY FOR ED LA BANKRUPTCY | | 650 POYDRAS ST STE 1600 | | | NEW ORLEANS | LA | 70130-7212 |
| US DEPARTMENT OF JUSTICE | ATTN: ATTORNEY GENERAL | 950 PENNSYLVANIA AVE NW | | | WASHINGTON, | DC | 20530 |
| VACCO MARINE, INC. | | P.O. BOX 8032 | | | HOUMA | LA | 70361 |
| WEB BANK | C/O LIBERTAS FUNDING LLC | 411 WEST PUTNAM AVENUE | SUITE 220 | | GREENWICH | CT | 6830 |
| WHITE FLEET ABANDONMENT, LLC | ATTN: GENERAL COUNSEL | 2107 RESEARCH FOREST DR. | STE. 200 | | THE WOODLANDS | TX | 77380 |
| WHITE FLEET ABANDONMENT, LLC | C/O THE CORPORATION TRUST COMPANY | 1209 ORANGE STREET | | | WILMINGTON | DE | 19801 |
| WYNWOOD CAPITAL GROUP | C/O THE REGISTERED AGENT | 20200 W. DIXIE HIGHWAY | SUITE 608 | | MIAMI | FL | 33180 |

In re: Crosby Marine Transportation, LLC, et al.
Case Number: 26-10678 (MSG)

Page 4 of 4