UNITED STATES BANKRTUPCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION,** | § | |
| **LLC,** | § | **Chapter 11** |
| | § | **COMPLEX CASE** |
| **Debtors.**[1] | § | |
| | § | **SECTION: A** |

**DEBTORS' CERTIFICATE OF COUNSEL AS TO BRIAN CLOYD, LEWIS ANDREWS, WALLACE McCRAY, AND PATRICK BURNETT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**[Relates to ECF Doc. 484]**

Undersigned counsel to Crosby Marine Transportation, LLC ("*CMT*"), Crosby Tugs, L.L.C. ("*Crosby Tugs*"), Crosby Dredging, LLC ("*Crosby Dredging*") and Bertucci Contracting Company, L.L.C. ("*Bertucci*") as debtors and debtors-in-possession, (collectively, "*Debtors*") in the above-captioned chapter 11 bankruptcy cases (the "*Chapter 11 Cases*") certifies in accordance with Part IX of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana, amended as of January 10, 2025 ("*Complex Case Procedures*"), as follows:

1.     On May 28, 2026, Joseph Garza (the "*Claimant*") filed the *Joseph Garza's Motion for Relief from the Automatic Stay (the "Lift Stay Motion")*.

2.     Pursuant to Part V of the Court's Complex Case Procedures, the Claimant gave notice in the Lift Stay Motion that a hearing would be conducted on the Motion at the Omnibus Hearing on June 18, 2026, at 9:30 a.m. (Central Time) ("*Hearing*") before the Court and objections

---

[1]    An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

1

were due to be filed and properly served no later than seven (7) days before the Hearing, or on or before June 11, 2026 ("***Objection Deadline***"). The Claimant also filed a separate Notice of Hearing setting forth the Hearing and Objection Deadline.

3.      The Lift Stay Motion was served on the parties listed on the applicable Limited-Service List.

4.      Counsel for the Claimants and counsel for the Debtors have been in communication and after agreeing to continue the hearing to July 9, 2026, the parties were able to negotiate a form of proposed order acceptable to the Debtors and the Claimant ("***Agreed Order***"), a copy of which is attached here as **Exhibit A**.

5.      On the basis that the Agreed Order resolves all known objections to the Lift Stay Motion filed with the Court, the Debtors request that the Court enter the Agreed Order attached as Exhibit A and submitted to chambers via e-mail (sectionaorders@laeb.uscourts.gov) in Word document form—without hearing, at the earliest convenience of the Court, Consistent with Part IX(B) of the Complex Case Procedures

Undersigned counsel will appear at the noticed Hearing unless and until the Court enters an order granting the requested relief or otherwise cancelling the hearing.

Dated: July 6, 2026

Respectfully submitted:

*/s/Benjamin W. Kadden*
Benjamin W. Kadden, La. Bar No. 29927
bkadden@lawla.com
Stewart F. Peck, La. Bar No. 10403
speck@lawla.com
Douglas S. Draper, La. Bar No. 5073
ddraper@lawla.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
Coleman L. Torrans, La Bar No. 38917

2

ctorrans@lawla.com

**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2775
New Orleans, LA  70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

*Counsel for Debtors and Debtors in Possession*

**EXHIBIT A**

**<u>Agreed Order</u>**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION, LLC,** | § | |
| | § | **CHAPTER 11** |
| | § | **COMPLEX CASE** |
| **Debtors.**[1] | § | |
| | § | **SECTION: A** |
| | § | |

**CONSENT ORDER**

Crosby Marine Transportation ("***Transportation***"), Crosby Tugs, LLC ("***Tugs***"), Crosby Dredging, LLC ("***Dredging***"), and Bertucci Contracting Company, L.L.C. ("***Bertucci***", collectively, "***Debtors***") and Joseph Garza ("***Garza***") submit this consent order with respect to *Joseph Garza's Motion for Relief from the Automatic Stay* [ECF Doc. 484] (the "***Lift Stay Motion***").

**WHEREAS** on March 23, 2026 (the "***Petition Date***"), the Debtors filed for relief under chapter 11 of the Bankruptcy Code (11 U.S.C. § 101, *et seq.*).

**WHEREAS** on March 24, 2026, the Court entered an order [ECF Doc. 9] providing that the Bankruptcy Cases are to be consolidated for procedural purposes only and shall be jointly administered by the Court under, *In re Crosby Marine Transportation, LLC*, Case No. 26-10678 (the "***Bankruptcy Case***").

**WHEREAS** on March 24, 2026, the Court entered an order [ECF Doc. 6] that the Complex Case Procedures shall apply to this case. The Complex Case Procedures are posted on the Court's website, https://www.laeb.uscourts.gov/.

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 26-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

**WHEREAS** on May 28, 2026, Garza filed the Lift Stay Motion seeking relief from the automatic stay to liquidate his personal injury and maritime claims arising from an incident occurring on or about November 10, 2023 (the "***Incident***"), which claims are currently pending in *Joseph Garza v. Crosby Tugs, LLC, et al.*, Case No. C-741615, in the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana ("***State Court Case***").

**WHEREAS** the Debtors maintained certain insurance policies potentially applicable to the claims asserted in the State Court Case, including but not limited to Marine Liability Policy No. B0507RP2300436 and any related excess policies ("***Insurance Policies***").

**WHEREAS** the Parties agree to allowing Garza limited relief from the automatic stay (i) immediately upon entry of this Order solely to seek and obtain a trial setting, provided that no trial shall commence before March 1, 2027, and (ii) effective November 15, 2026, to continue adjudicating his claims against Debtors to final judgment or settlement, including any appeal and to pursue recovery against the Insurance Policies, insurers, insurance proceeds, and other non-debtor parties potentially liable with respect to such claims, while reserving any recovery against the Debtors or property of their estates to the claims administration process in the Bankruptcy Case.

**THEREFORE**, it is hereby:

**ORDERED** that the Lift Stay Motion is **GRANTED**.

**FURTHER ORDERED** that effective immediately upon entry of this Order, Garza is authorized solely to seek and obtain a trial setting in the State Court Case, provided that any trial date obtained shall not commence prior to March 1, 2027.

**FURTHER ORDERED** that effective November 15, 2026, the automatic stay is modified to permit Garza: (i) to adjudicate his claims against Debtors in the State Court Case to final

judgment or settlement, including any appeals; and (ii) to pursue recovery on any judgment or settlement against applicable Insurance Policies, insurance proceeds, insurers, and any other non-debtor parties potentially liable with respect to such claims. To the extent insurance is insufficient or unavailable, the amount of Garza's claims as determined by final judgment or settlement in the State Court Case shall constitute the liquidated amount of Garza's claims for purposes of claims administration in the Bankruptcy Case.

**FURTHER ORDERED** that nothing herein shall impair, waive, release, enhance, or otherwise affect any defenses, coverage positions, indemnity rights, allocation issues, exhaustion issues, or other rights of the Debtors, any insurer, or any other party, all of which are expressly preserved. For the avoidance of doubt, the Debtors make no representations or warranties as to the availability, extent, or coverage of the Insurance Policies, or the likelihood or possibility of Garza's recovery under the Insurance Policies.

**FURTHER ORDERED** that notwithstanding Bankruptcy Rule 4001(a)(4) or any similar provision, this Order shall be effective immediately upon entry.

**FURTHER ORDERED** that except as expressly set forth herein, all rights of the Parties are reserved.

**FURTHER ORDERED** that the Garza shall serve this Order on all parties who are required to receive notice pursuant to the Federal Rules of Bankruptcy Procedure, this Court's Local Rules, and this Court's Complex Case Procedures within three (3) days and file a certificate of service to that effect.

Dated: July 6, 2026

Respectfully submitted:

_____/s/ Ryan E. Chapple_____
Ryan E. Chapple
Texas State Bar No. 24036354
Email: rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile
***ATTORNEY FOR JOSEPH GARZA***

and

*/s/Michael E. Landis*
Benjamin W. Kadden, La. Bar No. 29927
bkadden@lawla.com
Stewart F. Peck, La. Bar No. 10403
speck@lawla.com
Douglas S. Draper, La. Bar No. 5073
ddraper@lawla.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
Michael E. Landis, La. Bar No. 36542
mlandis@lawla.com
Coleman L. Torrans, La Bar No. 38917
ctorrans@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin &
Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2755
New Orleans, LA  70130
Telephone: (504) 568-1990
Fax: (504) 310-9195


***Counsel for Debtors and
Debtors in Possession***

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, I caused the foregoing to be served on all parties of record via the Court's CM/ECF noticing system as follows:

- **Richard A. Aguilar**   richard.aguilar@arlaw.com, annie.parish@arlaw.com
- **Heather LaSalle Alexis**   halexis@hinshawlaw.com, lgraff@mcglinchey.com
- **A. Brooke Watford Altazan**   baltazan@stewartrobbins.com, baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- **Edward H. Arnold**   harnold@bakerdonelson.com, stannehill@bakerdonelson.com
- **Bryce Autin**   brycea@portfourchon.com
- **Meredith Blanque**   meredith.blanque@pjgglaw.com
- **Alexandra D. Blye**   ablye@carltonfields.com
- **Craig W. Brewer**   cbrewer@mcdonoughmarine.com, aimee@staines-eppling.com;kleblanc@staines-eppling.com
- **Joseph Patrick Briggett**   jbriggett@bakerdonelson.com, jbowers@bakerdonelson.com;kdixon@bakerdonelson.com
- **Greta M. Brouphy**   gbrouphy@lawla.com
- **Joseph A. Caneco**   jcaneco@fishmanhaygood.com, kfritscher@fishmanhaygood.com;rmichel@fishmanhaygood.com
- **John A. Cangelosi**   jcangelosi@kingjurgens.com
- **Christopher T. Caplinger**   chris.caplinger@keanmiller.com, mlopez@lawla.com
- **Jason M. Cerise**   jason.cerise@troutman.com
- **Mark J. Chaney**   mark.chaney@arlaw.com, annie.parish@arlaw.com
- **Ryan E Chapple**   rchapple@cstrial.com
- **William G. Cherbonnier**   wgc@billcherbonnier.com, caludagroupllc@jubileebk.net
- **Katherine Elizabeth Clark**   kclark@lawla.com
- **Chazz Christian Coleman**   ccoleman@hunton.com
- **Leo D. Congeni**   lcongeni@brooksgelpi.com, mmoffatt@brooksgelpi.com
- **Yvette A D'Aunoy**   ydaunoy@midrid.com
- **Timothy A. Davidson**   taddavidson@huntonak.com
- **Albert J. Derbes**   ajdiv@derbeslaw.com, derbespacer@gmail.com;23698@notices.nextchapterbk.com;Derbes..AlbertJ.B150683@notify.bestcase.com
- **Eric J Derbes**   ederbes@derbeslaw.com, DerbesER72443@notify.bestcase.com
- **Scott G. Discon**   tdiscon@disconlawfirm.com, smistric@disconlawfirm.com
- **Thomas Discon**   tdiscon@disconlawfirm.com, dlasalle@disconlawfirm.com;smistric@disconlawfirm.com;sdiscon@disconlawfirm.com;cmitchell@disconlawfirm.com
- **Douglas S. Draper**   ddraper@lawla.com
- **Robert Gayda**   gayda@sewkis.com
- **Amanda Burnette George**   Amanda.B.George@usdoj.gov
- **George R. Gibson**   ggibson@nathansommers.com
- **Paul J. Goodwine**   pgoodwine@loopergoodwine.com
- **Aaron Benjamin Greenbaum**   Aaron.Greenbaum@pjgglaw.com, cynthia.dugas@pjgglaw.com;tricia.borne@pjgglaw.com;ashley.colar@pjgglaw.com;anna.carey@pjgglaw.com
- **James H. Hunter**   jim.hunter@roystonlaw.com
- **Lindsey M Johnson**   ljohnson@loopergoodwine.com
- **Terry Josh Judd**   jjudd@andrewsmyers.com
- **Benjamin Kadden**   bkadden@lawla.com, mnguyen@lawla.com;szito@lawla.com
- **Iain L. C. Kennedy**   ikennedy@nathansommers.com

- **Henry A. King**   hking@kingjurgens.com
- **Donald R Kirk**   dkirk@carltonfields.com
- **Omer F. Kuebel**   rick.kuebel@troutman.com
- **Michael E. Landis**   mlandis@lawla.com
- **Robert J Landry**   robert@landrymagee.com
- **Fernand L. Laudumiey**   laudumiey@chaffe.com, bankruptcy@chaffe.com;messina@chaffe.com
- **Joshua A. Lesser**   jlesser@bradley.com
- **Francis V Liantonio**   frank.liantonio@arlaw.com, kim.gex@arlaw.com
- **Tristan E. Manthey**   tmanthey@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com
- **Andrew D. Mendez**   amendez@stonepigman.com
- **David J. Messina**   messina@chaffe.com, bankruptcy@chaffe.com;laudumiey@chaffe.com
- **Mark Mintz**   mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com
- **Abigail Wood Mock**   amock@stewartrobbins.com
- **Harry Morse**   harry@bohmanmorse.com
- **Trevor C. Mosby**   tmosby@bakerdonelson.com, stannehill@bakerdonelson.com
- **Cherie D. Nobles**   cnobles@fishmanhaygood.com, dbush@fishmanhaygood.com;kfritscher@fishmanhaygood.com
- **George R. Parrott**   robert.parrott@arlaw.com, Vicki.owens@arlaw.com
- **Stewart F. Peck**   speck@lawla.com
- **Jennifer Eddington Priebe**   jennifer@lunsfordbaskin.com
- **Patrick B. Reagin**   patrick.reagin@hklaw.com
- **Joseph P. Rovira**   josephrovira@hunton.com
- **Michael D. Rubenstein**   mdrubenstein@liskow.com, lschnabel@Liskow.com
- **David Rubin**   David.Rubin@butlersnow.com
- **Patrick M. Shelby**   rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com
- **Regina Stango Kelbon**   regina.kelbon@blankrome.com
- **William E. Steffes**   bsteffes@steffeslaw.com, akujawa@steffeslaw.com;cbiggs@steffeslaw.com
- **Dean Sutherland**   deans@jeanrem.com
- **Riley Svikhart**   rsvikhart@bakerdonelson.com, jbowers@bakerdonelson.com
- **Jeffrey Michael Toepfer**   jtoepfer@newmanmathis.com
- **Coleman Torrans**   ctorrans@lawla.com, ijohnson@lawla.com
- **Office of the U.S. Trustee**   USTPRegion05.NR.ECF@usdoj.gov
- **Robert P. Vining**   rvining@sbsblaw.com
- **Gregory F. Vizza**   vizza@blankrome.com
- **Bryant Stanier York**   byork@stonepigman.com, lkapit@stonepigman.com
- **J Christopher C Zainey**   czainey@lambertzainey.com

*/s/ Ryan E. Chapple*
Ryan E. Chapple