**UNITED STATES BANKRTUPCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION,** | § | |
| **LLC,** | § | **CHAPTER 11** |
| | § | **COMPLEX CASE** |
| Debtors.[1] | § | |
| | § | **SECTION: A** |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR OMNIBUS HEARING ON JULY 9, 2026, AT 9:30 A.M.**

Crosby Marine Transportation, LLC, Crosby Tugs, L.L.C., Crosby Dredging, LLC and Bertucci Contracting Company, L.L.C., as debtors and debtors-in-possession (collectively, "***Debtors***"), through undersigned counsel, submit this Witness and Exhibit List for the Omnibus Hearing set for July 9, 2026, at 9:30 a.m. (Central Time) (the "***Hearing***").

**WITNESS LIST**

The Debtors may call the following witnesses at the Hearing:

1.      Lawrence Perkins;

2.      Kenneth W. Hendrix, or another representative of DLS Marine; and

3.      Any witness listed or called by another party.

---

[1]      An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

**EXHIBIT LIST**

The Debtors may introduce the following exhibits at the Hearing:

| Debtors' Ex. No. | Description | Offered | Objection | Admitted/ Not Admitted |
|---|---|---|---|---|
| 1. | *Debtors' Expedited Motion for Entry of (A) an Order (I) Approving Stalking Horse Bidding Procedures for the Sale of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling Certain Dates with Respect thereto, (IV) Approving the Form and Manner of the Debtors to Enter into Definitive Purchase Agreements. [ECF Doc. 571]* | | | |
| 2. | Crosby Tugs and Dredging Fleet Operational Readiness Survey & Fleet Appraisal as of May 29, 2026[2] | | | |
| 3. | Any exhibit to any pleading or other filing identified by ECF number above | | | |
| 4. | Any exhibit listed by on any party-in-interest's exhibit list or introduced at hearing | | | |
| 5. | Any pleading or filing in the above-captioned cases and any exhibits thereto | | | |
| 6. | Exhibits for impeachment or rebuttal | | | |

Dated: July 6, 2026

Respectfully submitted:

/s/Benjamin W. Kadden
Benjamin W. Kadden, La. Bar No. 29927
bkadden@lawla.com
Stewart F. Peck, La. Bar No. 10403
speck@lawla.com
Douglas S. Draper, La. Bar No. 5073
ddraper@lawla.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
Coleman L. Torrans, La Bar No. 38917
ctorrans@lawla.com

---

[2] This document contains confidential and proprietary information. A copy has been provided to counsel for M C Bank via email contemporaneously with filing.

**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2775
New Orleans, LA  70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

*Counsel for Debtors and Debtors in Possession*

3