## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re: | * |
| | * Case No. 26-10678 |
| CROSBY MARINE TRANSPORTATION, LLC, | * |
| | * Chapter 11 |
| Debtors,[1] | * |
| | * SECTION: A |
| | * |
| | * (Joint Administration) |
| | * |
| | * (Complex Designation) |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>M C BANK & TRUST COMPANY'S WITNESS AND EXHIBIT LIST</u>

M C Bank & Trust Company ("<u>M C Bank</u>") hereby submits this Witness and Exhibit List in connection with the hearing on M C Bank's Motion for Relief from the Automatic Stay [Dkt. 469] (the "<u>Motion</u>") to be held on **Wednesday, July 9, 2026 at 9:30 a.m.** (prevailing central time).

M C Bank reserves the right to supplement, amend, or revise this Witness and Exhibit List at any time prior to the hearing, including with new witnesses and additional exhibits. Further, M C Bank reserves the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. M C Bank further reserves the right to introduce exhibits previously admitted.

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

## Witness List

1. Steve Bergeron or other representative

2. Agustin Ramos

3. Andrew Minster

## Exhibit List

Claimants may offer for admission into evidence any of the following exhibits at the hearing:

| | | | | | |
|---|---|---|---|---|---|
| Exhibit 1 | Promissory Note | | | | |
| Exhibit 2 | Ship Mortgage – Crosby Adapt 1 | | | | |
| Exhibit 3 | Ship Mortgage – Devin Candies | | | | |
| Exhibit 4 | UCC Financing Statement | | | | |
| Exhibit 5 | Commercial Guaranty | | | | |
| Exhibit 6 | Resume - Andrew Minster | | | | |
| Exhibit 7 | Resume Austin Ramos | | | | |
| Exhibit 8 | Abstract – Crosby Adapt 1 | | | | |
| Exhibit 9 | Abstract – Devin Candies | | | | |
| Any other document introduced by | | | | | |

-2-

4916-8670-5819v1
2942557-000026

| any party | | | | | |
|---|---|---|---|---|---|

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**


        s/ Trevor C. Mosby
Edward H. Arnold, III (LA Bar No. 18767)
Joseph P. Brigget (LA Bar No. 33029)
Trevor C. Mosby (LA Bar No. 38618)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

Attorneys for M C Bank & Trust Company


## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to:

Benjamin W. Kadden
bkadden@lawla.com
Stewart F. Peck
speck@lawla.com
Douglas S. Draper
ddraper@lawla.com
Greta M. Brouphy
gbrouphy@lawla.com
Coleman L. Torrans
ctorrans@lawla.com

Representing Debtors:
Crosby Marine Transportation, LLC; Crosby Tugs, L.L.C.;
Crosby Dredging, LLC; and Bertucci Contracting Company, L.L.C.


                    *s/ Trevor C. Mosby*

-3-

4916-8670-5819v1
2942557-000026