**UNITED STATES BANKRTUPCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION,** | § | |
| **LLC,** | § | **CHAPTER 11** |
| | § | **COMPLEX CASE** |
| | § | |
| **Debtors.[1]** | § | |
| | § | **SECTION: A** |

**DEBTORS' CERTIFICATE OF NO OBJECTION AS TO FIRST INTERIM APPLICATION OF RAYMOND JAMES FOR COMPENSATION FOR SERVICES RENDERED AS DEBTORS' INVESTMENT BANKER**

**[Relates to ECF Doc. 544]**

Undersigned counsel to Crosby Marine Transportation, LLC ("*CMT*"), Crosby Tugs, L.L.C. ("*Crosby Tugs*"), Crosby Dredging, LLC ("*Crosby Dredging*") and Bertucci Contracting Company, L.L.C. ("*Bertucci*") as debtors and debtors-in-possession, (collectively, "*Debtors*") in the above-captioned chapter 11 bankruptcy cases (the "*Chapter 11 Cases*") certifies in accordance with Part XV of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana, amended as of January 10, 2025 ("*Complex Case Procedures*"), as follows:

1.      On June 18, 2026, the Debtors filed *First Interim Application of Raymond James for Compensation for Services Rendered as Debtors' Investment Banker.* [ECF Doc. 544] ("**Application**"). Pursuant to Part V of the Court's Complex Case Procedures, the Debtors gave notice in the Motion that a hearing would be conducted on the Motion at the next Omnibus Hearing on July

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26- 10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

9, 2026, at 9:30 a.m. (Central Time)  ("*Hearing*") before the Court and objections were due to be filed and properly served no later than seven (7) days before the Hearing, or on or before July 2, 2026 ("*Objection Deadline*"). The Debtors caused the Application and Notice of Hearing to be served on the parties listed on the applicable Limited-Service List. [ECF Doc. 553].

2.      Undersigned counsel certifies that they have reviewed the docket in the above-captioned case, and no objection was filed into the record before or after the Objection Deadline, and neither the Debtor, nor Debtor's counsel has received, or is aware of, any formal or informal, timely or untimely, objections or comments to the Motion.

3.      On the basis that all parties-in-interest have received notice and not objected to the sought-after relief, the Debtor requests that the Court enter a proposed order—attached here as **Exhibit A** and submitted to chambers via e-mail (sectionaorders@laeb.uscourts.gov) in Word document form—without hearing, at the earliest convenience of the Court.

Undersigned counsel will appear at the noticed Hearing unless and until the Court enters an order granting the requested relief or otherwise cancelling the hearing.

Dated: July 6, 2026

Respectfully submitted:

*/s/Benjamin W. Kadden*

Benjamin W. Kadden, La. Bar No. 29927
bkadden@lawla.com
Stewart F. Peck, La Bar No. 10403
speck@lawla.com
Douglas S. Draper, La. Bar No. 5073
ddraper@lawla.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
Coleman L. Torrans, La Bar No. 38917
ctorrans@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin &**

**Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

*Counsel for Debtors and Debtors in Possession*

**EXHIBIT A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § | Case No. 26-10678 |
| | § | (JOINTLY ADMINISTERED) |
| CROSBY MARINE TRANSPORTATION, LLC, | § | |
| | § | CHAPTER 11 |
| | § | COMPLEX CASE |
| | § | |
| Debtors.[1] | § | |
| | § | SECTION: A |

### ORDER GRANTING FIRST INTERIM APPLICATION OF
### RAYMOND JAMES FOR COMPENSATION FOR
### SERVICES RENDERED AS DEBTORS' INVESTMENT BANKER

Considering the *First Interim Application of Raymond James for Compensation for Services Rendered as Debtors' Investment Banker* ("Application") filed by Raymond James & Associates, Inc. ("Raymond James") as Investment Banker for the Debtors, and with sufficient cause appearing therefore,

**IT IS ORDERED** that the Application is **APPROVED.**

**IT IS FURTHER ORDERED** that the Applicant is allowed compensation for professional services rendered in the amount of $1,540,000 representing its New Capital Financing Transaction Fee (the "Financing Fee") representing 2% of the $77,000,000 DIP Facility Commitments together with reimbursement of reasonable and necessary expenses as set forth in the Application and Exhibit B thereto.

**IT IS FURTHER ORDERED** that the Applicant shall serve this Order via first class U.S. Mail on the required parties who not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a Certificate of Service to that effect within three (3) days.

---

[1]    An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26- 10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].