**UNITED STATES BANKRTUPCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION,** | § | |
| **LLC,** | § | **CHAPTER 11** |
| | § | **COMPLEX CASE** |
| | § | |
| **Debtors.[1]** | § | |
| | § | **SECTION: A** |

**DEBTORS' CERTIFICATE OF NO OBJECTION AS TO APPLICATION FOR AUTHORITY TO EMPLOY AND COMPENSATE CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF THE DEBTORS' BUSINESSES**

**[Relates to ECF Doc. 545]**

Undersigned counsel to Crosby Marine Transportation, LLC ("*CMT*"), Crosby Tugs, L.L.C. ("*Crosby Tugs*"), Crosby Dredging, LLC ("*Crosby Dredging*") and Bertucci Contracting Company, L.L.C. ("*Bertucci*") as debtors and debtors-in-possession, (collectively, "*Debtors*") in the above-captioned chapter 11 bankruptcy cases (the "*Chapter 11 Cases*") certifies in accordance with Part XV of the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana, amended as of January 10, 2025 ("*Complex Case Procedures*"), as follows:

1.    On June 18, 2026, the Debtors filed Application for Authority to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors' Businesses. [ECF Doc. 545] ("**Application**"). Pursuant to Part V of the Court's Complex Case Procedures, the Debtors gave notice in the Motion that a hearing would be conducted on the Motion at the next Omnibus

---

[1]    An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26- 10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

Hearing on July 9, 2026, at 9:30 a.m. (Central Time) ("*Hearing*") before the Court and objections were due to be filed and properly served no later than seven (7) days before the Hearing, or on or before June 2, 2026 ("***Objection Deadline***"). The Debtors caused the Application and Notice of Hearing to be served on the parties listed on the applicable Limited-Service List. [ECF Doc. 553].

2.  Undersigned counsel certifies that they have reviewed the docket in the above-captioned case, and no objection was filed into the record before or after the Objection Deadline, and neither the Debtor, nor Debtor's counsel has received, or is aware of, any formal or informal, timely or untimely, objections or comments to the Motion.

3.  On the basis that all parties-in-interest have received notice and not objected to the sought-after relief, the Debtor requests that the Court enter a proposed order—attached here as **Exhibit A** and submitted to chambers via e-mail (sectionaorders@laeb.uscourts.gov) in Word document form—without hearing, at the earliest convenience of the Court.

Undersigned counsel will appear at the noticed Hearing unless and until the Court enters an order granting the requested relief or otherwise cancelling the hearing.

Dated: July 6, 2026

Respectfully submitted:

*/s/Benjamin W. Kadden*
Benjamin W. Kadden, La. Bar No. 29927
bkadden@lawla.com
Stewart F. Peck, La Bar No. 10403
speck@lawla.com
Douglas S. Draper, La. Bar No. 5073
ddraper@lawla.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
Coleman L. Torrans, La Bar No. 38917
ctorrans@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin &
Hubbard (A Law Corporation)**

601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

*Counsel for Debtors and Debtors in Possession*

**EXHIBIT A**
**Proposed Order**

**UNITED STATES BANKRTUPCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION, LLC,** | § | |
| | § | **CHAPTER 11** |
| | § | **COMPLEX CASE** |
| | § | |
| **Debtors.**[1] | § | |
| | § | **SECTION: A** |

**ORDER APPROVING APPLICATION FOR AUTHORITY TO EMPLOY AND
COMPENSATE CERTAIN PROFESSIONALS UTILIZED
IN THE ORDINARY COURSE OF THE DEBTORS' BUSINESSES**

Considering the *Application for Authority to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors' Businesses* (the "Application") filed by Crosby Marine Transportation, LLC ("Transport"), Crosby Tugs, LLC ("Tugs"), Crosby Dredging, LLC ("Dredging") and Bertucci Contracting Company, LLC. ("Bertucci," and collectively with Transport, Tugs, and Dredging "Debtors"), as debtors and debtors-in-possession, no objections being filed, and this Court finding that the proposed Ordinary Course Professionals[2] are disinterested parties as that term is defined in the Bankruptcy Code and will not be playing a central role in the administration of the Debtors' respective bankruptcy cases, and good cause being shown, it is hereby:

**ORDERED** that the Application is **GRANTED**.

---

[1]  An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26- 10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

[2] All terms not otherwise defined herein shall have the meaning as defined in the Application.

**FURTHER ORDERED** that the Debtor is authorized, but not required, to employ the Ordinary Course Professionals in the ordinary course of business.

**FURTHER ORDERED** that the Debtors shall file a statement with the Court and serve such statement on the United States Trustee and the Official Committee of Unsecured Creditors appointed in these cases on August 1, 2026, and the first of every third month thereafter that these cases are pending.  Such statement shall include the following information for each Ordinary Course Professional: (a) the name of such Ordinary Course Professional, (b) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by such Ordinary Course Professional during the previous 120 days and (c) a general description of the services rendered by each Ordinary Course Professional.

**FURTHER ORDERED** that the Debtors shall seek specific Court authority to employ all professionals involved in the actual administration of these chapter 11 cases pursuant to section 327 of the Bankruptcy Code.

**FURTHER ORDERED**  that the Debtors shall serve this Order on all parties who will not receive notice through this Court's CM/ECF noticing system and who are required to receive notice through the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the Complex Case Procedures and file a certificate of service to that effect within three (3) days of entry of this Order.