**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE** | § | |
| **TRANSPORTATION, LLC,** | § | **CHAPTER 11** |
| | § | **COMPLEX CASE** |
| **DEBTORS.[1]** | § | |
| | § | **SECTION A** |

## ORDER

Before the Court is the Ex Parte *Motion with Consent To Continue Hearing* (the "Motion"), [ECF Doc. 575], filed by Crosby Marine Transportation, LLC, Crosby Tugs, L.L.C., Crosby Dredging, LLC, and Bertucci Contracting Company, L.L.C. as debtors and debtors-in-possession (together, the "Debtors").

Considering the record and pleadings, the applicable law, and finding good cause,

**IT IS ORDERED** that the Motion is **GRANTED** as stated herein.

**IT IS FURTHER ORDERED** that the hearing to consider the *Motion of Arba Credit Investors III, LP To Enforce Cash Collateral Order, and for Related Relief* (the "Arba Motion"), [ECF Doc. 539], is **CONTINUED** to **Thursday, September 10, 2026, at 9:30 a.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the hearing (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill.

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 26-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26-10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

**IT IS FURTHER ORDERED** that any oppositions to the Arba Motion must be filed and properly served no later than **Thursday, September 3, 2026**.

**IT IS FURTHER ORDERED** that the Debtors shall serve this Order by first-class U.S. Mail within three (3) days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record.

New Orleans, Louisiana, July 6, 2026.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE