**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION,** | § | |
| **LLC,** | § | **CHAPTER 11** |
| | § | **COMPLEX CASE** |
| Debtors.[1] | § | |
| | § | **SECTION: A** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR OMNIBUS HEARING ON**
**JULY 9, 2026 AT 9:30 AM (CENTRAL TIME)**

The above-captioned debtors and debtors-in-possession (the "***Debtors***") hereby file this agenda (the "***Agenda***") for matters set for Omnibus Hearing on **July 9, 2026 at 9:30 AM** (Prevailing Central Time), pursuant to the Procedures for Complex Chapter 11 Cases Filed in the United States Bankruptcy Court for the Eastern District of Louisiana, as amended on September 15, 2023 by Amended General Order 2021-2 (the "***Complex Case Procedures***"), available at https://www.laeb.uscourts.gov/.

Parties in interest may participate in the hearing (i) in person in Courtroom B-709, 500 Poydras Street, New Orleans, LA 70130; (ii) by telephone only (Dial-in: 1-504-517-1385, Access Code: 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill (Meeting Code: "JudgeGrabill"). Parties in interest are directed to the Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/ (amended and effective as of July 8, 2025).

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

*In re Crosby Marine Transportation, LLC,* **No. 26-10678:**

## **CONTESTED MATTERS**

a.  *M C Bank & Trust's Motion to Lift the Automatic Stay* [ECF Doc. 469]

> **Movant:** MC Bank & Trust
>
> **Nature of Motion:** Motion to Lift the Automatic Stay
>
> **Response Deadline:** July 2, 2026
>
> **Objections and Related Documents:**
>
> - Notice of Hearing [ECF Doc. 470]
> - Ex Parte Motion to Continue Hearing [ECF Doc. 520]
> - Order Granting Motion To Continue Hearing [ECF Doc. 521]
> - Debtors' *Objection to M C Bank & Trust's Motion to Lift the Automatic Stay* [ECF Doc. 578, 580][2]
> - *Joinder of the Official Committee of Unsecured Creditors to Debtors' Objection to M C Bank & Trust's Motion to Lift the Automatic Stay* [ECF Doc. 579]
> - Debtors' Witness and Exhibit List [ECF 583]
> - M C Bank & Trust Company's Witness & Exhibit List [ECF Doc. 584]
>
> **Status:**        This matter is going forward.

b.  *Motion of Arba Credit Investors III, LP to Enforce Cash Collateral Order, and for Related Relief [ECF. Doc. 539]*

> **Movant:** Arba Credit Investors III, LP
>
> **Nature of Motion**:      Enforce Cash Collateral Order
>
> **Response Deadline**: September 3, 2026
>
> **Objections and Related Documents:**
>
> - *Ex Parte Motion with Consent to Continue Hearing* [ECF Doc. 575],
> - Order Granting Motion to Continue/Reschedule Hearing on Motion for Relief From Stay [ECF Doc. 588]

---

[2] The Debtors' objection, originally filed at ECF Doc. 578, was refiled at ECF Doc. 580 with a certificate of service appended.

**Status:**     This matter is not going forward. Per the Court's Order [ECF  Doc. 588] on the *Ex Parte Motion with Consent to Continue Hearing* [ECF Doc. 575], this matter has been continued for hearing on September 10, 2026.

## UNCONTESTED MATTERS

c. *Joseph Garza's Motion for Relief from the Automatic Stay [ECF Doc. 484]*

**Movant:** Joseph Garza

**Nature of Motion**:     Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d)(1)

**Response Deadline**: June 11, 2026

**Related Documents**:

- Notice of Intent to Adduce Testimony from a Remote Location by Joseph Garza [ECF Doc. 505]
- Witness/Exhibit List Filed by the Debtors [ECF Doc. 523]
- Debtors' Objection [ECF Doc. 526]
- Witness/Exhibit List Filed by Joseph Garza [ECF Doc. 529]
- Ex Parte Motion to Continue Hearing [ECF Doc. 542]
- Order Granting Motion To Continue/Reschedule Hearing On Motion for Relief From Stay filed by Creditor Joseph Garza [ECF Doc. 563]
- *Debtors Certificate of Counsel as to Joseph Garza's Motion for Relief from the Automatic Stay* [ECF Doc. 589]

**Status:**     This matter is going forward. Debtors filed a Certificate of Counsel certifying that the Debtor and the movant, Garza, have agreed to a form of order acceptable to the Debtors and Garza [ECF Doc. 589].

d. *Joint Motion for Relief from the Automatic Stay with Respect to the Breakaway Litigation* [ECF Doc. 494]

**Movants:**     Harvey Seas, LLC, Harvey Gulf International Marine, LLC, Certain Underwriters subscribing to Harvey Seas' Hull & Machinery Policy #GCP 19537, Modern American Railroad Services, L.L.C., Shore Offshore Services, LLC, Martin Operating Partnership, L.P., Martin Energy Services, L.L.C., Weeks Marine, LLC, Terrynn Lyons, Lewis Andrews, Patrick Burnett, Brian Cloyd, Wallace McCray, and Lessle Williams; joined by the Debtors

**Nature of Motion**:     Motion for Relief from the Automatic Stay

**Response deadline**: July 2, 2026

**Related Documents**:

- Notice of Hearing [ECF Doc. 495]
- Proposed Order [ECF Doc. 496]
- Certificate of Service [ECF Doc. 503]
- *Debtors' Certificate of No Objection as to Joint Motion for Relief from the Automatic Stay with Respect to the Breakaway Litigation*

  **Status:**       This matter is going forward. Debtors filed a Certificate of No Objection certifying that they have reviewed the docket and no objection was filed [ECF Doc. 586].

e.  *First Interim Application of Raymond James for Compensation for Services Rendered as Debtors' Investment Banker* [ECF Doc. 544]

   **Applicant:** Raymond James

   **Nature of Motion**:       Application for Compensation for Investment Banker

   **Response Deadline**: July 2, 2026

   **Related Documents**:

- Notice of Hearing [ECF Doc. 546]
- Certificate of Service [ECF Doc. 553]
- *Debtors' Certificate of No Objection as to First Interim Application of Raymond James for Compensation for Services Rendered as Debtors' Investment Banker* [ECF Doc. 585]

  **Status:**       This matter is going forward. Debtors filed a Certificate of No Objection certifying that they have reviewed the docket and no objection was filed [ECF Doc. 585]

f.  *Application for Authority to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors' Businesses* [ECF Doc. 545]

   **Movant:** Debtors

   **Nature of Motion**:       Employ and compensate ordinary course professionals

   **Response Deadline**: July 2, 2026

   **Related Documents:**

- Notice of Hearing [ECF Doc. 546]
- Certificate of Service [ECF Doc. 553]
- *Debtors' Certificate of No Objection as to Application for Authority to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors' Businesses* [ECF Doc. 587]

**Status:** This matter is going forward. Debtors filed a Certificate of No Objection certifying that they have reviewed the docket and no objection was filed [ECF Doc. 587]

***Crosby Marine Transportation, LLC, et al. v. Meged Funding Group, et al.*, Adv. No. 26-01018**

## CONTESTED MATTERS

g.  *Defendant Parkview Advance, LLC's Combined Memorandum of Law (I) in Opposition to Plaintiffs' Motion for Partial Summary Judgment on Counts I-IV [Adv. Doc. 202] and (II) In Support of Parkview's Cross-Motion for Partial Summary Judgment on Count IV* [Adv. Doc. 275]

**Movant:** Parkview Advance, LLC

**Nature of Motion:** Cross-Motion for Summary Judgment

**Related Documents:**

- Memorandum Opinion and Order [Adv. Doc. 335]
- *Debtors' Opposition to Parkview Advance LLC's and Celtic Advance LLC's Cross-Motions for Partial Summary Judgment on Count IV* [Adv. Doc. 425]

**Status:** This matter is going forward. Counsel for the Debtors and counsel for movant are in communication to prepare a form of order denying the cross-motion as moot.

h.  *Defendant Celtic Advance, LLC's Combined Memorandum of Law (I) in Opposition to Plaintiffs' Motion for Partial Summary Judgment on Counts I-IV [Adv. Doc. 202] and (II) In Support of Parkview's Cross-Motion for Partial Summary Judgment on Count IV* [Adv. Doc. 276]

**Movant:** Celtic Advance, LLC

**Nature of Motion:** Cross-Motion for Summary Judgment

**Related Documents:**

- Memorandum Opinion and Order [Adv. Doc. 341]

- *Debtors' Opposition to Parkview Advance LLC's and Celtic Advance LLC's Cross-Motions for Partial Summary Judgment on Count IV* [Adv. Doc. 425]

**Status:** This matter is going forward. Counsel for the Debtors and counsel for movant are in communication to prepare a form of order denying the cross-motion as moot.

i.   *Motion of the Official Committee of Unsecured Creditors of Crosby Tugs, L.L.C. and Crosby Dredging, LLC to Intervene in the Adversary Proceeding* [Adv. Doc. 204]

**Movant:** The Official Committee of Unsecured Creditors of Crosby Tugs, L.L.C. and Crosby Dredging, LLC

**Nature of Motion:** Motion to Intervene in the Adversary Proceedings

**Related Documents:**

- Opposition by Defendants EN OD Capital, LLC, Mynt Gold, LLC, Pinnacle Business Funding, LLC, and Rocket Capital NY, LLC [Adv. Doc. 266]
- *Joinder in Support of Defendants EN OD Capital, LLC, Mynt Gold, LLC, Pinnacle Business Funding, LLC and Rocket Capital NY, LLC's Response to the Motion of the Official Committee of Unsecured Creditors of Crosby Tugs, LLC and Crosby Dredging, LLC to Intervene in the Adversary Proceeding* by Aqua Capital LLC, Cooper Investments LLC, Freedom Funding LLC, Galt Funding Co., Novac Equities LLC and Surge Funding LLC [Adv. Doc. 270]
- Opposition of Meged Funding Group Corp., Dependance Platinum FL, LLC and Reliance Financial FL, LLC [Adv. Doc. 294]
- Ex Parte Motion of the Official Committee of Unsecured Creditors of Crosby Tugs, L.L.C. and Crosby Dredging, LLC for Leave to File a Reply in Support of its Motion to Intervene in the Adversary Proceeding [ECF Doc. 304]
- *Omnibus Reply in Support of the Motion of the Official Committee of Unsecured Creditors of Crosby Tugs, L.L.C. and Crosby Dredging, LLC to Intervene in the Adversary Proceeding* [Adv. Doc. 311]
- Order [Adv. Doc. 392] continuing hearing to July 9, 2026, at 9:30 a.m.
- Ex Parte *Motion of the Official Committee of Unsecured Creditors of Crosby Tugs, L.L.C. and Crosby Dredging, LLC to Withdraw Its Motion to Intervene in the Adversary Proceeding Without Prejudice* [Adv. Doc. 442]

**Status:** This matter is going forward. The Movant has filed a motion to withdraw the motion at Adv/ Doc. 442.

## UNCONTESTED MATTERS

j.   *Motion to Enter Consent Order Between Debtors and Ingram Marine Group* [Adv. Doc 368]

**Movant:** Debtors

**Nature of Motion:** Consent Order

**Response deadline**: July 7, 2026 at 12:00 pm

**Status:**          Per the Court's Memo to Record [ECF Doc. 426], the Court will enter an order granting the Motion without hearing.

k.   *Motion to Enter Consent Order Between Debtors and Loop, LLC* [Adv. Doc 369]

**Movant:** Debtors

**Nature of Motion:** Consent Order

**Response deadline**: July 7, 2026 at 12:00 pm

**Status:**          Per the Court's Memo to Record [ECF Doc. 426], the Court will enter an order granting the Motion without hearing.

l.   *Motion to Enter Consent Order Between Debtors and Morrison Offshore, LLC* [Adv. Doc. 370]

**Movant:** Debtors

**Nature of Motion:** Consent Order

**Response deadline**: July 7, 2026 at 12:00 pm

**Status:**          Per the Court's Memo to Record [ECF Doc. 426], the Court will enter an order granting the Motion without hearing.

Dated: July 8, 2026

Respectfully submitted:

*/s/Benjamin W. Kadden*
Benjamin W. Kadden, La. Bar No. 29927
bkadden@lawla.com
Stewart F. Peck, La. Bar No. 10403
speck@lawla.com

Douglas S. Draper, La. Bar No. 5073
ddraper@lawla.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
Coleman L. Torrans, La Bar No. 38917
ctorrans@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin &
Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2775
New Orleans, LA  70130
Telephone: (504) 568-1990
Fax: (504) 310-9195

*Counsel for Debtors and
Debtors in Possession*

8