**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE
CROSBY MARINE TRANSPORTATION, LLC                    CASE NO. 26-10678
DEBTOR                                                CHAPTER 11


**NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY OR IN**
**ALTERNATIVE MOTION FOR ADEQUATE PROTECTION.**

TO PARTIES OF INTEREST:

Notice is hereby given that a motion has been filed by Ally Bank ("Movant"), a secured creditor of the Debtor, to lift the stay and codebtor stay for a 2024 Chevrolet Silverado 2500 HD Crew Cab Work Truck 4WD, VIN: 1GC4YLE74RF212024. The Court files relating to this case are located, and are available for public inspection, in the office of the Clerk of the Bankruptcy Court at the address appearing below.

U.S. Bankruptcy Court Eastern District of Louisiana,

500 Poydras Street, Suite B-601,

New Orleans, LA 70130

Parties in interest objecting to the motion are to file said objections with the Clerk of the U.S. Bankruptcy Court Eastern District of Louisiana 500 Poydras Street, Suite B-601, New Orleans, LA 70130, and serve a copy of such objection upon Maro Petkovich, Jr., Bowes, Petkovich & Palmer, LLC, 2550 Belle Chasse Highway, Suite 200, Gretna, LA 70053 seven (7) calendar days prior to the scheduled hearing.

A hearing on said motion will be held before the Honorable Meredith S. Grabill on August 12, 2026 at 1:00 p.m. at U.S. Bankruptcy Court Eastern District of Louisiana, Via Telephonic Hearing, Dial-in Telephone Number: 504-517-1385 and Access Code: 129611.

1

Movant hereby consents to the continuation of the automatic stay until a hearing is held on the merits of this motion and hereby waives its right to a hearing within thirty (30) days of the date of this motion as provided by Section 362(e)(1) of the Bankruptcy Code.

Dated: July 9, 2026                                      Respectfully submitted,

                                                         */s/ Maro Petkovich, Jr.*
                                                         Maro Petkovich, Jr.
                                                         Louisiana Bar Number 34027
                                                         Bowes, Petkovich & Palmer, LLC
                                                         2550 Belle Chasse Highway,
                                                         Suite 200
                                                         Gretna, LA 70053
                                                         Telephone: (504) 368-2700
                                                         Fax: (504) 368-2900
                                                         Email: maro@bpp-law.com
                                                         Attorney for Movant, Ally Bank

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2026, a copy of the foregoing Notice of Hearing was served on the following registered ECF participants, electronically through the Court's ECF System at the email address registered with the Court and/or through U.S. First Class Mail:

Debtor(s) via US Mail:
Crosby Marine Transportation, LLC
c/o Kurt Crosby
P.O. Box 1226
Galliano, LA 70354

US Trustee via ECF:
Office of the U.S. Trustee
DOJ-Ust
600 S. Maestri Place
Suite 840-T
New Orleans, LA 70130
504-589-4018

Counsel for Debtor(s) via ECF:
Avery Autin
Lugenbuhl Wheaton Peck Rankin &
Hubbard
601 Poydras Street
New Orleans, LA 70130
504-427-8761
Email: aautin@lawla.com

*/s/Maro Petkovich, Jr.*
Maro Petkovich, Jr.

3