## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

In re:                                                          **Bankruptcy Case No.:** 26–10678
Crosby Marine Transportation, LLC                                **Chapter** 11
**Debtor**

## NOTICE OF DEFICIENCY

**To:** Crosby Marine Transportation, LLC

Your **Amended Schedules** is/are deficient for the following reason(s):

   Certificate of Service is required.

---

Related document(s):

*548* – Amended Schedule A/B: Property for Non–Individual Filed by Crosby Marine Transportation, LLC (Kadden, Benjamin)

*549* – Amended Schedule D: Non–Individual– Creditors Having Claims Secured by Property Fee Amount $34 Filed by Crosby Marine Transportation, LLC (Kadden, Benjamin)

*550* – Statement of Financial Affairs for Non–Individual Filed by Crosby Marine Transportation, LLC (Kadden, Benjamin)

*551* – Declaration Under Penalty of Perjury for Non–individual Debtors Filed by Crosby Marine Transportation, LLC (Kadden, Benjamin)

*552* – Notice of Filing Amendments to the Schedules, Statements and Related Documents Filed by Crosby Marine Transportation, LLC. (Kadden, Benjamin)

---

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, July 9, 2026.
                                                                Kevin Lew
                                                        U.S.B.C. Clerk's Office