**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| | § | |
| **CROSBY MARINE TRANSPORTATION,** | § | |
| **LLC, et al.,** | § | **Chapter 11** |
| Debtors.[1] | § | **(COMPLEX CASE)** |
| | § | |
| | § | **SECTION: A** |

**CERTIFICATE OF SERVICE**

I, Eric Mai, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 9, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Amended Schedule A/B: Property for Non-Individuals** [Docket No. 548]

- **Amended Schedule D: Non-Individual Creditors Having Claims Secured by Property** [Docket No. 549]

- **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** [Docket No. 550]

- **Declaration Under Penalty of Perjury for Non-Individual Debtors** [Docket No. 551]

[THIS SPACE LEFT INTENTIONALLY BLANK]

---

[1] An Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 25-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

- **Notice of Filing Amendments to the Schedules, Statements and Related Documents**
[Docket No. 552]

Dated: July 9, 2026

/s/ Eric Mai

Eric Mai
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855-570-4247
Email: TeamCrosby@stretto.com

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| AFS/IBEX FINANCIAL SERVICE INC | | 5080 SPECTRUM DRIVE | SUITE 750E | | ADDISON | TX | 75001 |
| AFS/IBEX FINANCIAL SERVICE INC | | PO BOX 650786 | | | DALLAS | TX | 75265-0786 |
| ALLY BANK | C/O AIS PORTFOLIO SERVICES, LLC | ATTN: ALLY BANK DEPARTMENT | 4515 N SANTA FE AVE. | | OKLAHOMA CITY | OK | 73118 |
| ALO ADVANCE | C/O BCICAPITAL | 100 BISCAYNE BLVD. | STE 2303 | | MIAMI | FL | 33132 |
| AMERIS BANK D/B/A BALBOA CAPITAL CORPORATION | C/O HINSHAW & CULBERTSON LLP | ATTN: TABITHA O. MANGANO | 400 POYDRAS STREET | STE. 3150 | NEW ORLEANS | LA | 70130 |
| AQUA CAPITAL, LLC | | 600 SUMMER ST. | STE. 204 | | STAMFORD | CT | 6901 |
| AQUA CAPITAL, LLC | ATTN: SAMUEL OLLUNGA | 41 MADISON AVENUE | 31ST FLOOR | | NEW YORK | NY | 10010 |
| AQUA CAPITAL, LLC | C/O AGENTS AND CORPORATIONS, INC. | 1201 ORANGE ST | STE 600 | ONE COMMERCE CENTER | WILMINGTON | DE | 19801 |
| ARBA CREDIT INVESTORS III, L.P. | ATTN: HENRY A. KING, JOHN A. CANGELOSI, RYAN M. GINN | C/O KING & JURGENS, LLC | 201 ST. CHARLES AVENUE 45TH FLOOR | | NEW ORLEANS | LA | 70170 |
| ARBA CREDIT INVESTORS III, L.P. | C/O KING & JURGENS, LLC | ATTN: HENRY A KING, JOHN A. CANGELOSI, RYAN M. GINN | 201 ST. CHARLES AVENUE | SUITE 4500 | NEW ORLEANS | LA | 70170 |
| ATLANTIC UNION EQUIPMENT FINANCE, INC. | | 2475 NORTHWINDS PKWY. | SUITE 330 | | ALPHARETTA | GA | 30009 |
| ATLANTIC UNION EQUIPMENT FINANCE, INC. | C/O GOLDSTEIN & PRICE L.C. | ATTN: RICHARD D. MCNELLEY | 701 MARKET STREET | SUITE 1500 | ST. LOUIS | MO | 63101 |
| BANC OF AMERICA LEASING & CAPITAL, LLC | ATTN: DEBORAH JOHNSON | 600 PEACHTREE ST NE | STE 2000 | | ATLANTA | GA | 30308-2203 |
| BNA MARINE SERV | | 1022 JACKSON ROAD | | | AMELIA | LA | 70340 |
| BNA MARINE SERV. | | P.O. BOX 150 | | | MORGAN CITY | LA | 70381 |
| BREEZE FUNDING | | 163 AVENIDA DEL MAR | | | SAN CLEMENTE | CA | 92672 |
| BRIAN CLOYD, LEWIS ANDREWS, WALLACE MCCRAY, PATRICK BURNETT (THOR CLAIMANTS) AND JOSEPH GARZA | C/O CAIN & SKARNULIS PLLC | ATTN: RYAN E. CHAPPLE | 303 COLORADO STREET | SUITE 2850 | AUSTIN | TX | 78701 |
| CAMERON PARISH TAX COLLECTOR | | PO BOX 1250 | | | CAMERON | LA | 70631 |
| CANAL BARGE CO., INC. | | 835 UNION STREET | | | NEW ORLEANS | LA | 70112-1469 |
| CANAL BARGE CO., INC. LOCKBOX | | P. O. BOX 919290 | | | DALLAS | TX | 75391-9290 |
| CATHERINE MARINE SERVICE | | 3109 NW | 25TH AVENUE | | POMPANO BEACH | FL | 33069 |
| CATHERINE MARINE SERVICE | | PO BOX 2052 | | | HOUMA | LA | 70361 |
| CEDAR ADVANCE LLC | | 5401 COLLINS AVENUE | CU-9A | | MIAMI BEACH | FL | 33140 |
| CEDAR ADVANCE LLC | C/O AGENTS AND CORPORATIONS | 91 NINTH STREET SOUTH | SUITE 330 | | NAPLES | FL | 34102 |
| CEDAR ADVANCE, LLC | C/O AGENTS AND CORPORATIONS | 1201 ORANGE ST | STE 600 | ONE COMMERCE CENTER | WILMINGTON | DE | 19801 |
| CELTIC ADVANCE | C/O RICKIN DESAI LAW P.C. | 167 MADISON AVENUE | SUITE 205 | #3008 | NEW YORK | NY | 10016 |
| CELTIC ADVANCE, LLC | ATTN: DEBORAH JOHNSON | 251 LITTLE FALLS DRIVE | | | WILMINGTON | DE | 19808 |
| CGBM 100 | | 2740 INDIANA AVE. | | | KENNER | LA | 70062 |
| CGBM 100 | | PO BOX 2283 | | | KENNER | LA | 70063 |
| CGBM 100, LLC & ACCUTRANS FLEETING SERVICES, LLC | C/O FISHMAN HAYGOOD, L.L.P. | ATTN: TRISTAN MANTHEY; CHERIE DESSAUER NOBLES | 201 ST. CHARLES AVE. | 46TH FLOOR | NEW ORLEANS | LA | 70170 |
| CHOICE FINANCIAL GROUP | C/O NEWMAN, MATHIS, BRADY & SPEDALE | ATTN: SIERRA E. GRASS | 3501 N. CAUSEWAY BLVD. | SUITE 300 | METAIRIE | LA | 70002 |
| CITIZENS ASSET FINANCE | ATTN: PHILLIP J. BLOCK | 71 SOUTH WACKER DRIVE | 29TH FLOOR | | CHICAGO | IL | 60606 |
| CITIZENS ASSET FINANCE | C/O KELLY HART PITRE | ATTN: RICK M. SHELBY | 400 POYDRAS STREET | SUITE 1812 | NEW ORLEANAS | LA | 70130 |
| CITIZENS ASSET FINANCE | C/O RIEMER & BRAUNSTEIN LLP | ATTN: PHILIP J. BLOCK | 71 S. WACKER DRIVE | SUITE 3515 | CHICAGO | IL | 60606 |
| CITY NATIONAL BANK OF FLORIDA | ATTN: MATTHEW C. GUY | 701 POYDRAS STREET | SUITE 4500 | | NEW ORLEANS | LA | 70139 |
| CITY NATIONAL BANK OF FLORIDA | C/O BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | ATTN: PATRICK K. CAMERON | 100 LIGHT STREET | | BALTIMORE | MD | 21202 |
| CITY NATIONAL BANK OF FLORIDA | C/O BCICAPITAL | ATTN: ELIZABETH PERKINS | 390 NORTH ORANGE AVENUE | SUITE 100 | ORLANDO | FL | 32801 |
| CLEARFUND SOLUTIONS, LLC | ATTN: BRIAN TREBELS | 99 WALL STREET | 2613 | | NEW YORK | NY | 10005 |
| COLDWATER CAPITAL, LLC | ATTN: TOMMY D. PITRE | 109 SOUTH SPRING STREET | FLOOR 1 | | BROOKLYN | NY | 11249 |
| COLDWATER CAPITAL, LLC | C/O THE CORPORATION TRUST COMPANY | CORPORATION TRUST CENTER | 1209 ORANGE ST | | WILMINGTON | DE | 19801 |
| COOPER INVESTMENTS, LLC | ATTN: MICHAEL POPE | 600 SUMMER ST. | STE. 204 | | STAMFORD | CT | 6901 |
| COOPER INVESTMENTS, LLC | ATTN: SAMUEL OLLUNGA | 41 MADISON AVENUE | 31ST FLOOR | | NEW YORK | NY | 10010 |
| C-PORT / STONE LLC | | PO BOX 674554 | | | DALLAS | TX | 75267-4554 |
| C-PORT / STONE LLC. | ATTN: DANIEL D. HENRY, JR. | 16201 EAST MAIN STREET | | | CUT OFF | LA | 70345 |
| DAVID W. ASBACH | ATTN: AMANDA B. GEORGE | 600 S. MAESTRI ST. | SUITE 840-T | | NEW ORLEANS | LA | 70130 |
| DELATA360 | | 521 MAIN STREET | | | NATCHEZ | MS | 39120 |
| DELATA360 | | PO BOX 737514 | | | DALLAS | TX | 75373-7514 |
| DELTA COAST CONSULTANTS LLC | C/O DUVAL, FUNDERBURK, SUNDBERY, RICHARD & WATKINS, APLC | ATTN: STANWOOD R. DUVAL | 101 WILSON AVENUE | PO BOX 3017 | HOUMA | LA | 70361 |
| DEPENDENCE PLATINUM | | CORPORATION CRETIONS NETWORK INC | 801 US HIGHWAY 1 | | NORTH PALM BEACH | FL | 33408 |
| DEPENDENCE PLATINUM | C/O EPSTEIN & FAHRENKOPF, LLP LOGAN FAHRENKOPF | 205 HUDSON STREET | FLOOR 7 | | NEW YORK | NY | 10013 |
| DIESEL SOURCE, INC. | | 158 TECHNOLOGY LN. | | | GRAY | LA | 70359 |

In re: Crosby Marine Transportation, LLC, et al.
Case Number: 26-10678 (MSG)

Page 1 of 4

 **STRETTO**

**Exhibit A**
Served Via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| DIESEL SOURCE, INC. | | PO BOX 8014 | | | HOUMA | LA | 70361 |
| DIX AGENCY BROWNSVILLE LP | C/O ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP | ATTN: JAMES H. HUNTER, JR.; VALUARY CISNEROS | 222 N. EXPRESSWAY 77/83 | STE 100 | BROWNSVILLE | TX | 78521 |
| DIX AGENCY BROWNSVILLE LP | C/O ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP | ATTN: BLAKE E. BACHTEL | 1415 LOUISIANA STREET | SUITE 4200 | HOUSTON | TX | 77002-7380 |
| ECOSERV, LLC AND ECOSERV ENVIRONMENTAL SERVICES, LLC | C/O ADAMS & REESE LLP | ATTN: G. ROBERT PARROTT II; FRANCIS V. LIANTONIO, JR. | 701 POYDRAS STREET | SUITE 4500 | NEW ORLEANS | LA | 70139 |
| ELGA ONE, LLC-SERIES III | ATTN: BRIAN TREBELS | 221 WAUKEGAN ROAD | SUITE 100 | | NORTHFIELD | IL | 60093-2755 |
| ELGA ONE, LLC-SERIES III | C/O BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | ATTN: DANIEL C. RODGERS | 201 ST. CHARLES AVENUE | SUITE 3600 | NEW ORLEANS | LA | 70170 |
| ELITE DIESEL PERFORMANCE | | 221 NORTH HOLLYWOOD RD. | | | HOUMA | LA | 70364 |
| ELITE DIESEL PERFORMANCE, LLC | C/O ROBERT LANDRY LAW FIRM, LLC | ATTN: ROBERT J. LANDRY | 7837 MAIN STREET | | HOUMA | LA | 70360 |
| EN OD CAPITAL | | 1202 AVENUE U | STE 115 | | BROOKLYN | NY | 11229 |
| EN OD CAPITAL | C/O ISSAC AKERMAN- MADEB LAW, PLLC | 1202 AVENUE U | #1287 | | BROOKLYN | NY | 11229 |
| EXTREME WELDING SERVICE, LLC | | 18367 HWY 3235 | | | GALLIANO | LA | 70354 |
| FIELD SERVICE HYDRAULICS | | 40364 ABBY JAMES ROAD | | | PRAIRIEVILLE | LA | 70769 |
| FOREVER FUNDING LLC | ATTN: JOHN P. MINNIS | REGISTERED AGENTS INC. | 2839 MAIN ST. | SUITE 100 | GLASTONBURY | CT | 6033 |
| FOREVER FUNDING LLC | C/O CORPORATION SERVICE COMPANY | 251 LITTLE FALLS DRIVE | | | WILMINGTON | DE | 19808 |
| FOREVER FUNDING LLC | C/O GENE ROSEN'S LAW FIRM | 200 GARDEN CITY PLAZA | SUITE 405 | | GARDEN CITY | NY | 11530 |
| FREEDOM FUNDING LLC | | 600 SUMMER ST. | STE. 204 | | STAMFORD | CT | 6901 |
| FREEDOM FUNDING LLC | ATTN: SAMUEL OLLUNGA | 41 MADISON AVENUE | 31ST FLOOR | | NEW YORK | NY | 10010 |
| GALT FUNDING CO | | 600 SUMMER ST. | STE. 204 | | STAMFORD | CT | 6901 |
| GALT FUNDING CO | ATTN: SAMUEL OLLUNGA | 41 MADISON AVENUE | 31ST FLOOR | | NEW YORK | NY | 10010 |
| GRAY & COMPANY, INC. | | 3325 W. POLK ROAD | | | HART | MI | 49420 |
| GRAY & COMPANY, INC. | | PO BOX 6202 | | | METAIRIE | LA | 70009-6202 |
| GREATER LAFOURCHE PORT COMMISSION | | ATTN: BRYCE AUTIN | 16829 EAST MAIN STREET | | CUT OFF | LA | 70345 |
| GREEN COUNTRY ROOFTOPS & RESTORATION | | 1420 HELIOS AVE | | | METAIRIE | LA | 70005 |
| HANCOCK WHITNEY BANK | ATTN: TOMMY D. PITRE | 7910 MAIN STREET | | | HOUMA | LA | 70360 |
| HARVEY SEAS, LLC & HARVEY GULF INTERNATIONAL MARINE, LLC | C/O ADAMS & REESE LLP | ATTN: G. ROBERT PARROTT II | 701 POYDRAS STREET | SUITE 4500 | NEW ORLEANS | LA | 70139 |
| HEEREMA MARINE CONTRACTORS NEDERLAND, S.E. | C/O BRADLEY ARANT BOULT CUMMINGS LLP | ATTN: JOSHUA LESSER | JPMORGAN CHASE TOWER | 600 TRAVIS STREET, SUITE 5600 | HOUSTON | TX | 77002 |
| HERCULES WIRE ROPE & SLING CO. | | 3404 TROTTER COURT | | | HOUMA | LA | 70363-5480 |
| HOUMA OILFIELD PUMP AND SUPPLY CO, LLC | C/O ROBERT LANDRY LAW FIRM, LLC | ATTN: ROBERT J. LANDRY | 7837 MAIN STREET | | HOUMA | LA | 70360 |
| HYDROTERRA TECHNOLOGIES, LLC | | 1129 HUVAL LANE | | | BREAUX BRIDGE | LA | 70517 |
| HYDROTERRA TECHNOLOGIES, LLC | | PO BOX 660579 | | | DALLAS | LA | 75266-0579 |
| INSIGHT CAPITAL LLC | | CORPORATION SERVICE COMPANY | 251 LITTLE FALLS DRIVE | | WILMINGTON | DE | 19808 |
| INSIGHT CAPITAL LLC | C/O RODERICK WOODS, P.C. | 880 THIRD AVE. | FIFTH FLOOR | | NEW YORK | NY | 10022 |
| INTERNAL REVENUE SERVICE | | P.O. BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 |
| J.J. ASTOR & CO. | ATTN: ALEXANDER J. DEGIULIO | 2300 ENERGY CENTRE | 1100 POYDRAS STREET | | NEW ORLEANS | LA | 70163-2300 |
| J.J. ASTOR & CO. | ATTN: MICHAEL POPE | 26 S RIO GRANDE STREET | #2072 | | SALT LAKE CITY | UT | 84101 |
| J.J. ASTOR & CO. | C/O BARTON LLP | ATTN: ELLIOT S. WEISS | 711 THIRD AVENUE | 14TH FLOOR | NEW YORK | NY | 70017 |
| JARRED CHERAMIE | C/O KEAN MILLER LLP | ATTN: KATILYN M. HOLLOWELL | 400 CONVENTION STREET | SUITE 700 | BATON ROUGE | LA | 70802 |
| JARRED CHERAMIE | C/O KEAN MILLER LLP | ATTN: KATILYN M. HOLLOWELL | PO BOX 3513 (70821-3513) | | BATON ROUGE | LA | 70802 |
| JIMMIE LODRIGUE | C/O DISCON LAW FIRM | ATTN: THOMAS M. DISCON | 424 N. CAUSEWAY BLVD. | SUITE A | MANDEVILLE | LA | 70448 |
| JONATHAN SARRADET | C/O GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM, DUPLANTIS & EAGAN, LLC | ATTN: ARMISTEAD M. LONG | 1015 SAINT JOHN STREET | | LAFAYETTE | LA | 70501 |
| KENTWOOD SPRINGS | | 1150 ASSEMBLY DRIVE | SUITE 800 | | TAMPA | FL | 33607 |
| KENTWOOD SPRINGS | | PO BOX 660579 | | | DALLAS | TX | 75266-0579 |
| KIRBY INLAND MARINE, INC | ATTN:MARIA TAVARES-ACCOUNTING | 55 WAUGH DRIVE | 8TH FLOOR | | HOUSTON | TX | 77007 |
| KIRBY INLAND MARINE, LP | C/O TROUTMAN PEPPER LOCKE, LLP | ATTN: JASON M. CERISE, OMER F. KUEBEL | 601 POYDRAS STREET | SUITE 2660 | NEW ORLEANS | LA | 70130 |
| KIRBY INLAND MARINE, LP | C/O TROUTMAN PEPPER LOCKE, LLP | ATTN: PHILIP EISENBERG | 600 TRAVIS STREET | SUITE 2800 | HOUSTON | TX | 77002 |
| KOMPASS KAPITAL FUNDING, LLC | ATTN: AARON B. GREENBAUM | 1100 POYDRAS STREET | SUITE 2250 | | NEW ORLEANS | LA | 70163 |
| KOMPASS KAPITAL FUNDING, LLC | ATTN: JOHN P. MINNIS | 9800 METCALF AVENUE | SUITE 120 | | OVERLAND PARK | KS | 66212 |
| KOMPASS KAPITAL FUNDING, LLC | SPENCER FANE LLP | ATTN: CHRISTOPHER F. HAMILTON | 201 N. FRANKLIN ST. | STE. 2150 | TAMPA | FL | 33602 |
| KURT CROSBY | C/O BROOKS GELPI HAASE, L.L.C. | ATTN: LEO D. CONGENI | 909 POYDRAS STREET | SUITE 2325 | NEW ORLEANS | LA | 70112 |
| LAFOURCHE PARISH SHERIFF'S OFFICE | | PO BOX 5608 | | | THIBODAUX | LA | 70302 |
| LEONARD ANTHONY GOOSBY, JR. | C/O BOHMAN MOSE LLC | ATTN: HARRY MORSE | 400 POYDRAS ST. | STE 2050 | NEW ORLEANS | LA | 70130 |

In re: Crosby Marine Transportation, LLC, et al.
Case Number: 26-10678 (MSG)



**Exhibit A**
Served Via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| LEONARD ANTHONY GOOSBY, JR. | C/O LAMBERT ZAINEY SMITH & SOSO, PLC | ATTN: J. CHRISTOPHER ZAINEY, JR. | 701 MAGAZINE STREET | | NEW ORLEANS | LA | 70130 |
| LIBERTAS FUNDING, LLC | ATTN: DAVID VERLIZZO | 411 WEST PUTNAM AVENUE | SUITE 220 | | GREENWICH | CT | 6830 |
| LOUISIANA DEPARTMENT OF REVENUE | | PO BOX 66658 | | | BATON ROUGE | LA | 70896-6658 |
| LOUISIANA DEPARTMENT OF REVENUE | C/O FLORENCE BONACCORSO-SAENZ | ATTN: SENIOR BANKRUPTCY COUNSEL/LITIGATION DIVISION | 617 NORTH THIRD STREET, OFFICE | | BATON ROUGE | LA | 70802 |
| LOUISIANA DEPARTMENT OF REVENUE | C/O LITIGATION DIVISION | ATTN: FLORENCE BONACCORSO-SAENZ | PO BOX 4064 | | BATON ROUGE | LA | 70821-4064 |
| LOUISIANA WORKFORCE COMMISSION | ATTN: UI TAX AND ADJUDICATIONS | ATTN: BANKRUPTCY UNIT | PO BOX44127 | | BATON ROUGE | LA | 70804-4127 |
| M C BANK & TRUST COMPANY | C/O BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. | ATTN: TREVOR C. MOSBY | 201 ST. CHARLES AVENUE, SUITE 3600 | | NEW ORLEANS | LA | 70170 |
| MARMAC, LLC | ATTN: CRAIG W BREWER | 3500 N. CAUSEWAY BLVD. | STE 820 | | METAIRIE | LA | 70002 |
| MARMAC, LLC | C/O BOHMAN MOSE LLC | ATTN: HARRY MORSE | 400 POYDRAS ST. | STE 2050 | NEW ORLEANS | LA | 70130 |
| MARSHLAND EQUIPMENT RENTALS | | 9545 WARD LINE ROAD | | | BELL CITY | LA | 70639 |
| MARSHLAND EQUIPMENT RENTALS, LLC | C/O TAYLOR, PORTER, BROOKS & PHILIPS, LLP | ATTN: MATTHEW BOND PETTAWAY | 145 EAST STREET | | LAKE CHARLES | LA | 70601 |
| MASSE CONTRACTING INC. | | 5644 HWY 1 | | | LOCKPORT | LA | 70374 |
| MASSE CONTRACTING, INC | | PO BOX 1256 | | | RACELAND | LA | 70394 |
| MASSE CONTRACTING, INC. | C/O TROUTMAN PEPPER LOCKE, LLP | ATTN: JASON M. CERISE, OMER F. KUEBEL | 601 POYDRAS STREET | SUITE 2660 | NEW ORLEANS | LA | 70130 |
| MASSE CONTRACTING, INC. | C/O TROUTMAN PEPPER LOCKE, LLP | ATTN: PHILIP EISENBERG | 600 TRAVIS STREET | SUITE 2800 | HOUSTON | TX | 77002 |
| MC BANK & TRUST COMPANY | | P.O. DRAWER 2000 | 1201 BRASHEAR AVENUE | | MORGAN CITY | LA | 70380 |
| MEGED FUNDING GROUP | | 108 W. 13TH STREET STE 100 | | | WILMINGTON | DE | 19801 |
| MEGED FUNDING GROUP | C/O EPSTEIN & FAHRENKOPF, LLP LOGAN FAHRENKOPF | 205 HUDSON STREET | FLOOR 7 | | NEW YORK | NY | 10013 |
| MOBY CAP LLC | ATTN: KATIE BRANCH | CORPORATION SERVICE COMPANY | 251 LITTLE FALLS DRIVE | | WILMINGTON | DE | 19808 |
| MOBY CAP LLC | ATTN: STEVEN ZAKHARYAYEV | 10 W 37TH STREET | FLOOR 10 | | NEW YORK | NY | 10018 |
| MYNT ADVANCE | ATTN: JIMMY SIVELY | 7901 4TH STREET N | STE 300 | | ST. PETERSBURG | FL | 33702 |
| MYNT GOLD LLC | C/O BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | ATTN: RILEY T. SVIKHART | 201 ST. CHARLES AVENUE | SUITE 3600 | NEW ORLEANS | LA | 70170 |
| NOLAN SIMONEAUX | C/O HARLAN LAW FIRM | ATTN: HANSEL M. HARLAN | 9100 BLUEBONNET CENTRE BLVD. | SUITE 102 | BATON ROUGE | LA | 70809 |
| NOVAC EQUITIES LLC | ATTN: SAMUEL OLLUNGA | 41 MADISON AVENUE | 31ST FLOOR | | NEW YORK | NY | 10010 |
| NOVAC EQUITIES LLC | MAIN OFFICE | UNITED STATES CORPORATION AGENTS, INC. | 500 POST ROAD EAST | 2ND FLOOR | WESTPORT | CT | 6880 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O HYDROTERRA TECHNOLOGIES, LLC | ATTN: KEITH J. ROBERTS | 1129 HUVAL LANE | | BREAUX BRIDGE | LA | 70517 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O KIRBY INLAND MARINE, LP | ATTN: AMY D. HUSTED | 55 WAUGH DR., SUITE 1000 | | HOUSTON | TX | 77007 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MARSHLAND EQUIPMENT RENTALS, LLC | ATTN: PATRICK K. HEBERT | 9545 WARD LINE RD. | | BELL CITY | LA | 70630 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O MASSE CONTRACTING, INC | ATTN: CRAIG MASSE | 5644 HWY 1 | | LOCKPORT | LA | 70374 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O RETIF OIL & FUEL, LLC | ATTN: JORDAN RETIF | 1840 JUTLAND DR. | | HARVEY | LA | 70058 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O STEWARD & KISSEL | ATTN: ROBERT GAYDA | ONE BATTERY PARK PLAZA | | NEW YORK | NY | 10004 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O TROUTMAN PEPPER LOCKE | ATTN: RICKKUEBEL | 601 POYDRAS ST. | | NEW ORLEANS | LA | 70130 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CROSBY TUGS, LLC AND CROSBY DREDGING, LLC | C/O FISHMAN HAYGOOD, L.L.P. | ATTN: TRISTAN MANTHEY; CHERIE DESSAUER NOBLES; JOSEPH A. CANECO | 201 ST. CHARLES AVE. | 46TH FLOOR | NEW ORLEANS | LA | 70170 |
| OFFICIAL UNSECURED CREDITORS OF CROSBY TUGS, LLC & CROSBY DREDGING, LLC | C/O SEWARD & KISSEL LLP | ATTN: ROBERT J. GAYDA; CATHERINE V. LOTEMPIO; SHIVANI D. PATEL | ONE BATTERY PARK PLAZA | | NEW YORK | NY | 10004-1408 |
| ON DECK | C/O THE CORPORATION TRUST COMPANY | CORPORATION TRUST CENTER | 1209 ORANGE ST | | WILMINGTON | DE | 19801 |
| ON DECK | CUT OFF BRANCH | 4700 W. DAYBREAK PKWY. | SUITE 200 | | SOUTH JORDAN | UT | 84009 |
| ORACAP LLC | | HARVARD BUSINESS SERVICES, INC. | 16192 COASTAL HWY. | | LEWES | DE | 19958 |
| OVERTIME CAPITAL | | ONE WORLD TRADE CENTER | 285 FULTON ST. | SUITE 850 | NEW YORK | NY | 10007 |
| PARKVIEW ADVANCE | | 600 SUMMER ST. | | | STAMFORD | CT | 6901 |
| PEDRO COLON SOLORVANO | C/O THE CALUDA GROUP, LLC | ATTN: WILLIAM G. CHERBONNIER, JR. | 2550 BELLE CHASSE HWY | STE 215 | GRETNA | LA | 70053 |
| PINNACLE BUSINESS FUNDING LLC | | 1202 AVENUE U | STE. 1115 | | BROOKLYN | NY | 11229 |
| PINNACLE BUSINESS FUNDING LLC | C/O THE LLC | 75-19 147TH STREET | | | FLUSHING | NY | 11367 |
| PLAQUEMINES PARISH ASSESSOR OFFICE | | 106 AVE G | | | BELLE CHASSE | LA | 70037-2710 |
| PLAQUEMINES PARISH SALES TAX DIVISION | | 33 F. EDWARD HEBERT BLVD., BLDG. 102, SUITE 345 | | | BELLE CHASSE | LA | 70037 |
| PLAQUEMINES PARISH SHERIFF | | 8022 HIGHWAY 23 STE 302 | | | BELLE CHASSE | LA | 70037-2402 |
| PNC BANK, NATIONAL ASSOCIATION | C/O BLANK ROME LLP | ATTN: GREGORY F. VIZZA | ONE LOGAN SQUARE | 130 N. 18TH STREET | PHILADELPHIA | PA | 19103 |
| PNC BANK, NATIONAL ASSOCIATION | C/O BLANK ROME LLP | ATTN: REGINA STANGO KELBON, LAWRENCE R. THOMAS, GREGORY F. VIZZA | 1201 N. MARKET STREET | SUITE 800 | WILMINGTON | DE | 19801 |
| PNC EQUIPMENT FINANCE, LLC | ATTN: DAVID VERLIZZO | 655 BUSINESS CENTER DRIVE | SUITE 250 | | HORSHAM | PA | 19044 |

In re: Crosby Marine Transportation, LLC, et al.
Case Number: 26-10678 (MSG)



**Exhibit A**
Served Via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| PNC EQUIPMENT FINANCE, LLC | ATTN: JOHN E. LUCIAN | ONE LOGAN SQUARE | 130 NORTH 18TH STREET | | PHILADELPHIA | PA | 19103 |
| PNC EQUIPMENT FINANCE, LLC | C/O BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | ATTN: PATRICK K. CAMERON | 100 LIGHT STREET | | BALTIMORE | MD | 21202 |
| POST ROAD EQUIPMENT FINANCE SPV, LLC | C/O LISKOW & LEWIS | ATTN: RAYMOND T. WAID; ELIZABETH B. MCINTOSH | 701 POYDRAS STREET | SUITE 5000 | NEW ORLEANS | LA | 70139 |
| POST ROAD EQUIPMENT FINANCE SPV, LLC F/K/A ENCINA EQUIPMENT FINANCE SPV, LLC | ATTN: KATIE BRANCH | 601 MERRITT 7 | STE 7 | | NORWALK | CT | 06851-1097 |
| POST ROAD EQUIPMENT FINANCE SPV, LLC F/K/A ENCINA EQUIPMENT FINANCE SPV, LLC | ATTN: RAYMOND T. WAID | 701 POYDRAS STREET | SUITE 5000 | | NEW ORLEANS | LA | 70139 |
| REBSTOCK SUPPLY COMPANY | | 18708 WEST MAIN | | | GALLIANO | LA | 70354 |
| REGIONS COMMERCIAL EQUIPMENT FINANCE, LLC | | 1900 5TH AVENUE NORTH | SUITE 2400 | | BIRMINGHAM | AL | 35203 |
| REGIONS COMMERCIAL EQUIPMENT FINANCE, LLC | ATTN: HAROLD J. FLANAGAN | 201 ST. CHARLES AVENUE | SUITE 3300 | | NEW ORLEANS | LA | 70170 |
| RELIANCE FINANCIAL FL, LLC | | CORPORATION CRETIONS NETWORK INC. | 801 US HIGHWAY 1 | | NORTH PALM BEACH | FL | 33408 |
| RELIANCE FINANCIAL FL, LLC | C/O EPSTEIN & FAHRENKOPF, LLP LOGAN FAHRENKOPF | 205 HUDSON STREET | FLOOR 7 | | NEW YORK | NY | 10013 |
| RETIF OIL & FUEL LLC | | 1840 JUTLAND DRIVE | | | HARVEY | LA | 70058 |
| RETIF OIL & FUEL, LLC | C/O TROUTMAN PEPPER LOCKE, LLP | ATTN: JASON M. CERISE, OMER F. KUEBEL | 601 POYDRAS STREET | SUITE 2660 | NEW ORLEANS | LA | 70130 |
| RETIF OIL & FUEL, LLC | C/O TROUTMAN PEPPER LOCKE, LLP | ATTN: PHILIP EISENBERG | 600 TRAVIS STREET | SUITE 2800 | HOUSTON | TX | 77002 |
| ROCKET CAPITAL NY, LLC | | 19950 WEST COUNTRY CLUB DRIVE | SUITE 902 | | AVENTURA | FL | 33180 |
| SAMARITAN FUND PROGRAM, LLC | C/O DUPLASS, APLC | ATTN: LINDSEY M. VALENTI | 400 METAIRIE ROAD | SUITE 600 | METAIRIE | LA | 70005 |
| SEA ROPES LLC | | P. O. BOX 384 | | | BELLE CHASSE | LA | 70037 |
| SKYLAR TAYLOR | C/O LUNSFORD, BASKIN & PRIEBE, PLLC | ATTN: JENNIFER EDDINGTON PRIEBE | 5333 MAGAZINE STREET | | NEW ORLEANS | LA | 70115 |
| SOUTH COAST DIESEL, L.L.C. | C/O ROBERT LANDRY LAW FIRM, LLC | ATTN: ROBERT J. LANDRY | 7837 MAIN STREET | | HOUMA | LA | 70360 |
| SOUTH LAFOURCHE BANK & TRUST COMPANY | MAIN OFFICE | 13226 WEST MAIN | PO BOX 489 | | LAROSE | LA | 70373 |
| SOUTHERN CRANE & HYDRAULICS, INC. | | P.O. BOX 39 | | | BOURG | LA | 70343 |
| SOUTHWEST SHIPYARD L.P | | DEPT. 116 | PO BOX 4458 | | HOUSTON | TX | 77210-4458 |
| SPI/MOBILE PULLEY WORKS INC. | | P. O. BOX 50010 | | | MOBILE | AL | 36605 |
| SQ ADVANCE | | REGISTERED AGENTS INC. | 7901 4TH ST. N | STE 300 | ST. PETERSBURG | FL | 33702 |
| SQ ADVANCE | C/O ATLAS ACQUISITIONS LLC | ATTN: AVI SCHILD | 492C CEDAR LANE | STE 442 | TEANECK | NJ | 7666 |
| ST. MARY PARISH TAX COLLECTOR | | 1455 RAILROAD AVE | | | MORGAN CITY | LA | 70380 |
| STATE BANK & TRUST COMPANY | C/O NEWMAN, MATHIS, BRADY & SPEDALE | ATTN: JEFFREY TOEPFER | 3501 N. CAUSEWAY BLVD. | SUITE 300 | METAIRIE | LA | 70002 |
| STATE BANK & TRUST COMPANY | CUT OFF BRANCH | 14828 WEST MAIN | | | CUT OFF | LA | 70345 |
| STATE OF LA ATTORNEY GENERAL CIVIL DIV | ATTN: CHRIS LENTO | PO BOX 94005 | | | BATON ROUGE | LA | 70804-9005 |
| STATE OF LA-DEPT OF REVENUE | | 617 NORTH THIRD STREET | | | BATON ROUGE | LA | 70802-5432 |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | PO BOX 94095 | | | BATON ROUGE | LA | 70804-4095 |
| SURGE FUNDING LLC | | HYS TAX AND ACCOUNTING FIRM INC. | 103 CHESTER AVE. | | BROOKLYN | NY | 11218 |
| SURGE FUNDING LLC | ATTN: SAMUEL OLLUNGA | 41 MADISON AVENUE | 31ST FLOOR | | NEW YORK | NY | 10010 |
| T&T SALVAGE LLC & XENOS MARINE LLC | C/O SCHOUEST, BAMDAS, SOSHEA & BENMAIER PLLC | ATTN: ROBERT P. VINING | 1001 MCKINNEY ST. | SUITE 1400 | HOUSTON | TX | 77002 |
| TERREBONNE PARISH SHERIFF'S OFFICE | ATTN ;SHERIFF TIMOTH SOIGNET | P.O. BOX 1990 | 3441 WEST PARK AVE. | | GRAY | LA | 70359 |
| THE GRAY INSURANCE COMPANY | C/O KELLY HART PITRE | ATTN: RICK M. SHELBY | 400 POYDRAS STREET | SUITE 1812 | NEW ORLEANS | LA | 70130 |
| THOMA SEA MARINE CONSTRUCTORS | | P.O. BOX 399 | | | BOURG | LA | 70343 |
| THOMA-SEA MARINE CONSTRUCTORS, L.L.C. | C/O KEAN MILLER LLP1 | ATTN: CHRISTOPHER T. CAPLINGER | 909 POYDRAS ST | SUITE 3600 | NEW ORLEANS | LA | 70112 |
| TRITON DIVING SERVICES, LLC | C/O LOOPER GOODWINE P.C. | ATTN: PAUL J. GOODWINE, LINDSEY M. JOHNSON | 650 POYDRAS STREET | SUITE 2400 | NEW ORLEANS | LA | 70130 |
| TRUE BUSINESS FUNDING | | INTERSTATE AGENT SERVICES, LLC | 8 CARROLL DR. | | SUFFERN | NY | 10901 |
| US ATTORNEY FOR ED LA BANKRUPTCY | | 650 POYDRAS ST STE 1600 | | | NEW ORLEANS | LA | 70130-7212 |
| US DEPARTMENT OF JUSTICE | ATTN: ATTORNEY GENERAL | 950 PENNSYLVANIA AVE NW | | | WASHINGTON, | DC | 20530 |
| VACCO MARINE, INC. | | P.O. BOX 8032 | | | HOUMA | LA | 70361 |
| WEB BANK | C/O LIBERTAS FUNDING LLC | 411 WEST PUTNAM AVENUE | SUITE 220 | | GREENWICH | CT | 6830 |
| WHITE FLEET ABANDONMENT, LLC | ATTN: GENERAL COUNSEL | 2107 RESEARCH FOREST DR. | STE. 200 | | THE WOODLANDS | TX | 77380 |
| WHITE FLEET ABANDONMENT, LLC | C/O THE CORPORATION TRUST COMPANY | 1209 ORANGE STREET | | | WILMINGTON | DE | 19801 |
| WYNWOOD CAPITAL GROUP | C/O THE REGISTERED AGENT | 20200 W. DIXIE HIGHWAY | SUITE 608 | | MIAMI | FL | 33180 |

In re: Crosby Marine Transportation, LLC, et al.
Case Number: 26-10678 (MSG)

Page 4 of 4