## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

In re:                                                          **Bankruptcy Case No.:** 26–10678

Crosby Marine Transportation, LLC                              **Chapter** 11

**Debtor**

# NOTICE OF DEFICIENCY

**To:** Maro Petkovich, Jr.

Your **Notice of Hearing** is/are deficient for the following reason(s):

    Notice of Hearing contains an incorrect date.
    Notice of Hearing contains an incorrect time.

    Per the Crosby Omnibus hearing dates, please amend to August 11, 2026 at 9:00 am.

Related document(s):

*599* – Notice of Hearing by *SECTION A TeleConference Line: 1–504–517–1385 Access Code 129611 Filed by Ally Bank (RE: related document(s)598 Motion for Relief From Stay filed by Creditor Ally Bank, Motion for Adequate Protection). Hearing scheduled for 8/12/2026 at 01:00 PM by *SECTION A TeleConference Line: 1–504–517–1385 Access Code 129611. (Petkovich, Maro)

*602* – Notice of Hearing by *SECTION A TeleConference Line: 1–504–517–1385 Access Code 129611 Filed by Ally Bank (RE: related document(s)601 Motion for Relief From Stay filed by Creditor Ally Bank, Motion for Adequate Protection). Hearing scheduled for 8/12/2026 at 01:00 PM by *SECTION A TeleConference Line: 1–504–517–1385 Access Code 129611. (Petkovich, Maro)

*604* – Notice of Hearing by *SECTION A TeleConference Line: 1–504–517–1385 Access Code 129611 Filed by Ally Bank (RE: related document(s)603 Motion for Relief From Stay filed by Creditor Ally Bank, Motion for Adequate Protection). Hearing scheduled for 8/12/2026 at 01:00 PM by *SECTION A TeleConference Line: 1–504–517–1385 Access Code 129611. (Petkovich, Maro)

The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.

New Orleans, Louisiana, July 10, 2026.

Kevin Lew
U.S.B.C. Clerk's Office