**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | * | |
| | | **CASE NO. 26-10678** |
| **CROSBY MARINE** | * | **SECTION A** |
| **TRANSPORTATION, ET AL** | * | **Chapter 11** |
| Debtors | * | |

**************************************************************************

**NOTICE OF WITHDRAWAL OF PROOF OF**
**CLAIM NUMBERS 46-1**

NOW INTO COURT, through their undersigned counsel, comes South Lafourche Bank &

Trust Company, and pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, hereby

gives notice of withdrawal of its Proof of Claim No. 46-1 filed on July 16, 2026.

Respectfully Submitted:

*Heather L. Alexis*

Heather LaSalle Alexis
**HINSHAW & CULBERTSON LLP**
400 Poydras Street, Ste. 3150
New Orleans, Louisiana 70130
Telephone: (504) 904-8060
Facsimile: (312) 704-3001
Email: halexis@hinshawlaw.com

ATTORNEYS FOR SOUTH LAFOURCHE BANK &
TRUST COMPANY

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing pleading has been

served was served by first class mail, postage prepaid, to those parties listed below:

Crosby Marine Transportation, LLC
c/o Kurt Crosby
P.O. Box 1226
Galliano, LA

Amanda B. George
**Office of the U.S. Trustee**
DOJ-UST
600 S. Maestri Place
Suite 840-T
New Orleans, LA 70130

17348\330979430.v1

2

Greta M. Brouphy
Katherine E. Clark
Benjamin Kadden
Coleman Torrans
Lugenbuhl Wheaton Peck Rankin & Hubbard
601 Poydras Street, Ste 2775
New Orleans, LA 70130

Michael D. Rubenstein
First City Tower
1001 Fannin Street
Ste. 1800
Houston, TX  77002

New Orleans, Louisiana on this 20th day of July, 2026.


Heather LaSalle Alexis

2