**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE TRANSPORTATION,** | § | |
| **LLC,** | § | **CHAPTER 11** |
| | § | **COMPLEX CASE** |
| **Debtors.**[1] | § | |
| | § | **SECTION: A** |

**MONTHLY STAFFING REPORT AND MONTHLY COMPENSATION REPORT OF SIERRACONSTELLATION PARTNERS, LLC FOR JUNE 1 – 30, 2026 AND NOTICE OF OPPORTUNITY TO OBJECT**

**PLEASE TAKE NOTICE THAT** in accordance with that certain *Order Authorizing the Retention and Employment of SierraConstellation Partners, LLC to Provide Chief Restructuring Officer, Deputy Chief Restructuring Office, and Additional Personnel for the Debtors Effective as of the Petition Date*, entered on May 1, 2026 [ECF Doc. 327], the Debtors file, for the period of June 1, 2026 to June 30, 2026, (1) a Monthly Staffing Report and (2) a Monthly Compensation Report via the following exhibits:

> **Exhibit A**: Summary of Hours by Professional
>
> **Exhibit B**: Summary of Hours by Task
>
> **Exhibit C**: Summary of Expenses
>
> **Exhibit D**: Detailed Time Entries by Professional Task

**PLEASE TAKE FURTHER NOTICE THAT** parties in interest shall have fourteen (14) calendar days after the date each Monthly Staffing Report and Monthly Compensation

---

[1]     The Debtors are, in addition to Crosby Marine Transportation, LLC, Crosby Tugs, L.L.C.; Crosby Dredging, LLC; Bertucci Contracting Company, L.L.C., Crosby Inshore Marine Services, LLC, Crosby Marine Repair, L.L.C., Crosby Offshore Marine Service, LLC, Kurt Crosby, LLC, Tala Marine, LLC, Webb Crosby, LLC, Crosby Inland Marine, LLC, Crosby Real Estate, LLC, Tala Real Estate, LLC, and Crosby Enterprises, L.L.C.

Report is filed with the Court and served, or **August 6, 2026** (the "Objection Deadline"), to formally object.

Date: July 23, 2026

Respectfully submitted:

*/s/ Benjamin W. Kadden*
Benjamin W. Kadden, La. Bar No. 29927
bkadden@lawla.com
Stewart F. Peck, La. Bar No. 10403
speck@lawla.com
Douglas S. Draper, La. Bar No. 5073
ddraper@lawla.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@lawla.com
Coleman L. Torrans, La Bar No. 38917
ctorrans@lawla.com
Katherine E. Clark, La. Bar No. 40180
kclark@lawla.com
Avery E. Autin, La. Bar No. 40262
aautin@lawla.com
Samuel J. Riccardi, La. Bar No. 41386
sriccardi@lawla.com
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard (A Law Corporation)**
601 Poydras Street, Suite 2775
New Orleans, LA  70130
Telephone: (504) 568-1990
Fax: (504) 310-9195
***Counsel for the Debtors and Debtors in possession***

2