Sierra Constellation Partners

**FILTERS USED :**

**Time Expense Date In :** 6/1/2026 To 6/30/2026

and **Project In :** Project Bayou Phase II: | Crosby Enterprises, LLC

**Ordering by Employee ID**

| | B-Hours | Cost | Services | Expenses | Total |
|---|---|---|---|---|---|
| **Bossidy Tim**- Tim Bossidy | 283.10 | $811.42 | $229,713.25 | $0.00 | $229,713.25 |
| **Clark Ben**- Ben Clark | 277.10 | $650.03 | $180,123.75 | $0.00 | $180,123.75 |
| **Perkins Lawrence**- Lawrence Perkins | 141.50 | $1,200.00 | $169,800.00 | $0.00 | $169,800.00 |
| **Grand Totals:** | **701.70** | | **579,637.00** | **$0.00** | **$579,637.00** |