UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 26-10678 |
| | * | |
| CROSBY MARINE TRANSPORTATION LLC | * | CHAPTER 11 (Jointly Administered) |
| | * | |
| Debtors[1] | * | SECTION "A" |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FORMAL NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to §§ 102 and 1109(b) of the United States Bankruptcy Code and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned requests that copies of all notices (given or required to be given in these jointly administered bankruptcy cases) and copies of all papers (served or required to be served in these jointly administered bankruptcy cases) be provided to and served upon the following counsel on behalf of **D&T TUG AND BARGE SHIPPING SALVAGE AGENCY, LTD. D/B/A D&T SHIPPING ("D&T")**:

Joseph P. Hebert
LISKOW & LEWIS
1200 Camellia Blvd.
Lafayette, LA 70508
Telephone:  (337) 232-7424
Fax:  (337) 267-2399
Email:  *jphebert@liskow.com*

PLEASE TAKE FURTHER NOTICE that the foregoing request includes without limitation the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy

---

[1]     An order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 26-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10680], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681], was entered on March 24, 2026, [No. 2610678, ECF Doc. 9; No. 26- 10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4, No. 26-10681, ECF Doc. 4].

-1-

#6996441v1

Procedure and also includes without limitation any plan of reorganization or liquidation and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these jointly administered bankruptcy cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic transmission, facsimile or otherwise.

PLEASE TAKE FURTHER NOTICE that D&T intends that neither this notice of appearance, nor any later appearance, pleading, claim or suit, shall waive, or be deemed or construed as a waiver of, (1) D&T's right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge, (2) D&T's right to trial by jury in any proceeding in this case or any action, controversy or proceeding related to these jointly administered bankruptcy cases, (3) D&T's right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which D&T is or may be entitled under agreement, in law or in equity, all such rights and recoupments being expressly reserved by D&T.

Respectfully submitted:

/s/ Joseph P. Hebert
Joseph P. Hebert
(LA #6734; TX #00789095)
Liskow & Lewis, APLC
1200 Camellia Blvd., Suite 300
Lafayette, LA 70508
Telephone: (337) 232-7424
Fax: (337) 267-2399
Email: *jphebert@liskow.com*

*Attorneys for D&T Tug and Barge Shipping*
*Salvage Agency, Ltd. d/b/a D&T Shipping*

-2-

#6996441v1