**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO: 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE** | § | |
| **TRANSPORTATION, LLC,** | § | **CHAPTER 11** |
| | § | **COMPLEX CASE** |
| **DEBTORS.**[1] | § | |
| | § | **SECTION A** |

## AMENDED SCHEDULING ORDER[2]

Considering the *Debtors' Expedited Motion (I) To Approve Allocation of Cash Proceeds to Assets Sold by Debtors to Breakwater Buyer, LLC in Going Concern Sale, (II) To Set a Hearing and Notice Procedures for Allocation Determination, and (III) for Related Relief* (the "Allocation Motion"), [ECF Doc. 935], filed by the above-captioned debtors and debtors-in-possession (the "Debtors"), and the Court having determined that an evidentiary hearing is required,

**IT IS ORDERED** that:

1. The Debtors shall file amendments to the Allocation Motion (the "Revised

---

[1] On March 24, 2026, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 26-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679], (ii) Crosby Dredging, LLC [No. 26-10678], and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681]. [No. 26-10678, ECF Doc. 9]. On July 21, 2026, the Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 26-10678], as lead case, with the later-filed Chapter 11 bankruptcy cases of (i) Crosby Inshore Marine Service, L.L.C. [No. 26-11734], (ii) Crosby Marine Repair, L.L.C. [No. 26-11735], (iii) Crosby Offshore Marine Service, L.L.C. [No. 26-11736], (iv) Kurt Crosby, L.L.C. [No. 26-11737], (v) Tala Marine, L.L.C. [No. 26-11738], (vi) Webb Crosby, L.L.C. [No. 26-11739], (vii) Crosby Inland Marine, LLC [No. 26-11740], (viii) Crosby Real Estate, LLC [No. 26-11741], (ix) Tala Real Estate, LLC [No. 26-11742], and (x) Crosby Enterprises, L.L.C. [No. 26-11743]. [No. 26-10678, ECF Doc. 663]. On August 7, 2026, the Court entered a third Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 26-10678], as lead case, with later-filed Chapter 11 bankruptcy cases of (i) Susan Marie, LLC [No. 26-11960], (ii) Vinton Crosby, LLC [No. 26-11962], (iii) Tara Crosby, LLC [No. 26-11963]; and (iv) Crosby & Son Towing, LLC [No. 26-11964]. [ECF Doc. 26-10678, ECF Doc. 780].

[2] This Amended Scheduling Order amends and supersedes the Court's Scheduling Order dated September 4, 2026, [ECF Doc. 939], as stated at the status conference held on September 18, 2026, [ECF Doc. 1012].

Allocation Motion") no later than **Tuesday, September 22, 2026, at 12:00 p.m.**

2. The Court will hold a status conference on the Revised Allocation Motion on **Thursday, September 24, 2026, at 9:30 a.m.** before the undersigned at the United States Bankruptcy Court, Eastern District of Louisiana, 500 Poydras Street, Courtroom B-709, New Orleans, Louisiana, 70130. Parties in interest may participate in the status conference (i) in-person; (ii) by telephone only (Dial-in 504.517.1385, Access Code 129611); or (iii) by telephone using the dial-in number and video using https://gotomeet.me/JudgeGrabill. Parties in interest are advised to review this Court's Amended General Order 2021-2 for information on conduct of hearings, available at https://www.laeb.uscourts.gov/.

3. Parties in interest shall exchange exhibits and file witness and exhibit lists into the record in the manner prescribed by § E of this Court's Amended General Order 2021-2, no later than **Friday, September 25, 2026, at 12:00 p.m.**

4. Any objections to the Revised Allocation Motion must be filed and properly served no later than **Monday, September 28, 2026, at 5:00 p.m.** Any reply to the objections must be filed and properly served no later than **Thursday, October 1, 2026, at 5:00 p.m.**

**IT IS FURTHER ORDERED** that the Debtors shall IMMEDIATELY serve this Order by first-class U.S. Mail within three (3) days on all parties not receiving electronic notice through this Court's CM/ECF system pursuant to applicable Federal Rules of Bankruptcy Procedure, this Court's Local Rules, this Court's Complex Case Procedures, and any Order issued by this Court limiting notice and file a certificate of service into the record as soon as practicable.

New Orleans, Louisiana, September 18, 2026.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE