**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 26-10678** |
| | § | **(JOINTLY ADMINISTERED)** |
| **CROSBY MARINE** | § | |
| **TRANSPORTATION, LLC,** | § | **CHAPTER 11** |
| | § | **COMPLEX CASE** |
| **Debtors.**[1] | § | |
| | § | **SECTION: A** |

# *EX PARTE* MOTION TO CONTINUE HEARING ON *MOTION OF GUIDRY INTERESTS FOR ENTRY OF AN ORDER RECOGNIZING STANDING TO CHALLENGE DIP FINANCING ORDER* [P-510]

NOW INTO COURT, through undersigned counsel, come Paddy Crosby, the Lauren M. Guidry Trust, the Aaron J. Guidry Trust, Lauren Guidry Leyrer, and Aaron J. Guidry (collectively, the "Movants"), who respectfully move this Court for entry of an order continuing the hearing on the "Motion of Guidry Interests for Entry of an Order Recognizing Standing to Challenge DIP Financing Order" (the "Motion") **[ECF Doc. 510]** to November 10, 2026. In support thereof, Movants respectfully represent as follows.

[1] The Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 26-10678] ("**Crosby Marine**"), as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Tugs, L.L.C. [No. 26-10679] ("**Crosby Tugs**"), (ii) Crosby Dredging, LLC [No. 26-10678] ("**Crosby Dredging**"), and (iii) Bertucci Contracting Company, L.L.C. [No. 26-10681] ("**Bertucci**"), on March 24, 2026, [No. 26-10678, ECF Doc. 9; No. 26-10679, ECF Doc. 4; No. 26-10680, ECF Doc. 4; No. 26-10681, ECF Doc. 4]. (collectively, Crosby Marine, Crosby Tugs, Crosby Dredging are the "**Original Crosby Debtors**"). The Court entered an Order directing joint administration of the Chapter 11 bankruptcy case of Crosby Marine Transportation, LLC [No. 26-10678], as lead case, with the Chapter 11 bankruptcy cases of (i) Crosby Inshore Marine Service, L.L.C. [No. 26-11734], (ii) Crosby Marine Repair, L.L.C. [No. 26-11735], (iii) Crosby Offshore Marine Service, L.L.C. [No. 26-11736], (iv) Kurt Crosby, L.L.C. [No. 26-11737], (v) Tala Marine, L.L.C. [No. 26-11738], (vi) Webb Crosby, L.L.C. [No. 26-11739], (vii) Crosby Inland Marine, LLC [No. 26-11740], (viii) Crosby Real Estate, LLC [No. 26-11741], (ix) Tala Real Estate, LLC [No. 26-11742], and (x) Crosby Enterprises, L.L.C. [No. 26-11743], on July 21, 2026. [No. 26-10678, ECF Doc. 663; No. 26-11734, ECF Doc. 10; No. 26-11735, ECF Doc. 9; No. 26-11736, ECF Doc. 9; No. 26-11737, ECF Doc. 9; No. 26-11738, ECF Doc. 9; No. 26-11739, ECF Doc. 9; No. 26-11740, ECF Doc. 9; No. 26-11741, ECF Doc. 9; No. 26-11742, ECF Doc. 9; No. 26-11743, ECF Doc. 9] those entities added in the Order dated July 21, 2026 at ECF Doc. 663 are collectively the "**Additional Crosby Debtors**"). (The Original Crosby Debtors plus the Additional Crosby Debtors are the "**Crosby Debtors**")

1.

On June 8, 2026, the Movants filed the Motion seeking recognition of their standing to challenge the Court's *Final Order (A) Authorizing Debtors to (I) Obtain Postpetition Financing and (II) Use Cash Collateral, (B) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (C) Granting Adequate Protection, (D) Modifying Automatic Stay, and (E) Granting Related Relief* (the "DIP Financing Order") **[ECF Doc. 284]**, in compliance with the procedures established under that Order for instituting challenges to its provisions.

2.

On August 24, 2026, Movants filed a motion seeking to continue the hearing on the motion from September 10, 2026 until October 15, 2026 [**ECF Doc. 862**]. The Court subsequently granted the motion and continued the hearing accordingly [**ECF Doc. 919**]. Movants respectfully seek an additional extension of the hearing on their Motion until November 10, 2026.

3.

Under Federal Rule of Bankruptcy Procedure 9006(b)(1), when a court order requires or allows an act to be performed within a specified period, the court may—at any time and for any cause—extend the time to act if a request is made before the period expires. Fed. R. Bankr. P. 9006(b)(1).

4.

**Counsel for the Debtors have indicated that they have no objection to the continuance requested herein.**

5.

The requested continuance is made in good faith and is not sought for purposes of delay. The proposed extension is warranted because there is no urgency requiring the Court to resolve the Motion at this time, and the additional time will permit the parties to further develop the factual and legal record necessary for the Court's consideration of the Motion.

WHEREFORE, the Movants respectfully request that the Court enter an order (a) continuing the hearing on the Motion to November 10, 2026; and (b) granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

THE DERBES LAW FIRM, L.L.C.

*/s/ Albert J. Derbes, IV*

ALBERT J. DERBES, IV (LA Bar No. 20164)
ERIC J. DERBES (LA Bar No. 23464)
THERESA M. LEITH (La. Bar No. 41835)
THE DERBES LAW FIRM, LLC
3027 Ridgelake Drive
Metairie, LA 70002
Telephone: (504) 207.0909
Facsimile: (504) 832.0322
Email: ajdiv@derbeslaw.com
ederbes@derbeslaw.com
tleith@derbeslaw.com
*Attorneys for Paddy Crosby, the Lauren M. Guidry Trust, the Aaron J. Guidry Trust, Lauren Guidry Leyrer and Aaron J. Guidry*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served on September 22nd, 2026, using the CM/ECF system, which will send notice of electronic filing to all counsel.

*/s/ Albert J. Derbes, IV*
Albert J. Derbes, IV (20164)